FILED 2009 APR 27 PM 3:54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

John M. Brown
Vincent E. Nowak
Mullin Hoard & Brown, LLP
P.O. Box 31656
Amarillo, TX 79120
806-372-5050
806-371-6230

ATTORNEYS FOR: Druvi Jayatilaka

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Druvi Jayatilaka | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV09-02932 PA (CWx) |
| v. | |
| National Board of Medical Examiners | CERTIFICATION AND NOTICE OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Druvi Jayatilaka
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Druvi Jayatilaka                                            Plaintiff
National Board of Medical Examiners      Defendant

4/22/09
Date

_[signature]_
Sign
Druvi Jayatilaka
Attorney of record for or party appearing in pro per

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)