Name and address:
Mullin Hoard & Brown, LLP
John M. Brown, Esq., California SBN 87985
Vincent E. Nowak, Esq., Texas SBN 15121550
P.O. Box 31656
Amarillo, TX 79120-1656
(806) 372-5050; Fax: (806) 372-5086
jmb@mhba.com; venowak@mhba.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Druvi Jayatilaka | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 09-2932 PA (CWx) |
| v. | |
| National Board of Medical Examiners | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE:  Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Vincent E. Nowak                    , hereby apply to the Court under Local Rule 83-2.8.2
for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant:
Druvi Jayatilaka                       by whom I have been retained.

My *out-of-state* business information is as follows:
Mullin Hoard & Brown, L.L.P.
*Firm Name*

500 South Taylor Street, Suite 800
*Street Address*                       venowak@mhba.com

Amarillo, Texas 79101                  (806) 372-5086
*City, State, Zip*                     *E-Mail Address*
(806) 372-5050                         (806) 372-5086
*Telephone Number*                     *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Texas | 1990 |
| United States District Court Northern District of Texas | 8/22/1995 |
| U.S. Supreme Court | 6/27/1997 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____ as local counsel, whose business information is as follows:

_____
*Firm Name*

_____
*Street Address*

_____           _____
*City, State, Zip*                                    *E-Mail Address*

        _____           _____
        *Telephone Number*                       *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated   5\11\09

                                        Vincent E. Nowak
                                        *Applicant's Name (please print)*

                                        _____
                                        *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated   _____

                                        _____
                                        *Designee's Name (please print)*

                                        _____
                                        *Designee's Signature*

                                        _____
                                        *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 8, 2009

Re:  Vincent E. Nowak, State Bar Number 15121550

To Whom It May Concern:

This is to certify that Ms. Vincent E. Nowak was licensed to practice law in Texas on November 2, 1990, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Nowak's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/lg

