NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553) (gtenhoff@cooley.com)
WENDY J. BRENNER (198608) (wbrenner@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto,  CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

ATTORNEYS FOR:  NATIONAL BOARD OF MEDICAL EXAMINERS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant(s) | CASE NUMBER<br><br>CV 09-02932 PA (CWx)<br><br>---<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant National Board of Medical Examiners ("NBME")
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

|                            PARTY                            |               CONNECTION               |
|-------------------------------------------------------------|----------------------------------------|
| (List the names of all such parties and identify their connection and interest.) | |
| National Board of Medical Examiners | Defendant |
| Druvi Jayatilaka | Plaintiff |
| National Union Fire Insurance Company of Pittsburgh, PA | Insurer for NBME |

6/1/09
Date

Sign

GREGORY C. TENHOFF (154553)

Attorney of record for or party appearing in pro per

---

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

### Certification and Notice of Interested Parties

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

795142 v2/PA                          1.                    PROOF OF SERVICE
                                                    CASE NO. CV-09-02932 PA (CWx)

on the following part(ies) in this action:

John Mark Brown
(email: jmb@mhba.com)
Vincent E. Nowak
(email: venowak@mhba.com)
Mullin Hoard & Brown LLP
500 South Taylor Street
Suite 800
P.O. Box 31656
Amarillo, TX 79120-1656
Phone: (806) 372-5050
Fax: (806) 372-5086
<u>Attorneys for Plaintiff Druvi Jayatilaka</u>

Executed on June 1, 2009, at Palo Alto, California.

_____
Lori L. O'Dell

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

795142 v2/PA

2.

PROOF OF SERVICE
CASE NO. CV-09-02932 PA (CWx)