**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 09–2932 PA (CWx) | Date | June 10, 2009 |
|---|---|---|---|
| Title | Druvi Jayatilaka v. Nat'l Board of Medical Examiners | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

The Clerk's Office has informed the Court that Vincent Nowak, counsel for plaintiff Druvi Jayatilaka, has failed to properly submit an "Application of Non-Resident Attorney to Appear in a Specific Case," along with the $185.00 pro hac vice appearance fee. Plaintiff's counsel was mailed a "Notice of Pro Hac Vice Application and Filing Fee Due" on April 27, 2009, 2009. In this Notice, Plaintiff's counsel was informed that the Judge assigned to this matter would be notified of non-compliance within thirty days of the Notice. Pursuant to Local Rule 83-2.1, only attorneys "admitted to the Bar of or permitted to practice before this Court" may appear before the Court. Accordingly, Vincent Nowak may not appear in this matter unless he submits the required Application and filing fee and the Application is approved by the Court. Any further appearances by Mr. Nowak without approval by the Court may result in the imposition of sanctions.

IT IS SO ORDERED.

Initials of Preparer

cc: