COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |

Pursuant to Local Rule 7–1, it is hereby stipulated by and between Plaintiff Druvi Jayatilaka and Defendant the National Board of Medical Examiners, by and through their attorneys of record herein, as follows:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

796095 v2/PA      1.      STIPULATION AND [PROPOSED] ORDER
CONTINUING SCHEDULING CONFERENCE
CV 09-02932 PA (CWx)

1. Pursuant to the Court's June 3, 2009 order, the Scheduling Conference in this case is scheduled for Monday, July 27, 2009 at 10:30 a.m.

2. The parties hereto agree that the Scheduling Conference be continued for one week, until Monday August 3, 2009, or as soon thereafter as the matter may be scheduled.

3. The parties further stipulate that they will abide by all due dates under the Local Rules and the Court's June 3, 2009 order, including the parties' obligation to meet and confer and to prepare a jointly signed report for the Court, as originally set and determined by the July 27, 2009 Scheduling Conference.

4. This stipulation is made for good cause, as set forth in the attached Declaration of Gregory C. Tenhoff in Support of the Stipulation and [Proposed] Order Continuing Scheduling Conference, which involve long-standing, international travel plans with his family, including non-refundable airline tickets purchased at significant expense.

Dated: June 25, 2009

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

_____
GREGORY C. TENHOFF
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

Dated: June 25, 2009

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
VINCENT E. NOWAK (pro hac vice)

_____
~~VINCENT E. NOWAK~~ John M. Brown
Attorneys for the Plaintiff
DRUVI JAYATILAKA

//

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

796095 v2/PA

2.

STIPULATION AND [PROPOSED] ORDER
CONTINUING SCHEDULING CONFERENCE
CV 09-02932 PA (CWX)

|  |  |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | The Court, having considered the above Stipulation, and good cause |
| 3 | appearing, hereby orders that the Scheduling Conference originally scheduled for |
| 4 | Monday, July 27, 2009 at 10:30 a.m. be hereby continued until Monday August 3, |
| 5 | 2009 at _____, or until _____ at _____. |
| 6 |  |
| 7 | Dated: _____   _____ |
| 8 | Honorable Percy Anderson<br>United States District Court Judge |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

796095 v2/PA

3.

STIPULATION AND [PROPOSED] ORDER
CONTINUING SCHEDULING CONFERENCE
CV 09-02932 PA (CWx)