COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE** |

The Court, having considered the Stipulation and [Proposed] Order Continuing Scheduling Conference, filed concurrently herewith, and good cause appearing, hereby orders that the Scheduling Conference originally scheduled for Monday, July 27, 2009 at 10:30 a.m. be hereby continued until Monday August 3, 2009 at _____, or until _____ at _____.

Dated: _____     _____
                                 Honorable Percy Anderson
                                 United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

796642 v1/PA                    1.          **[PROPOSED] ORDER CONTINUING
                                             SCHEDULING CONFERENCE
                                             CV 09-02932 PA (CWx)**