COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>          Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**DECLARATION OF GREGORY C. TENHOFF IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE FOR ONE WEEK** |

I, Gregory C. Tenhoff, declare as follows:

**1.**  I am an attorney licensed to practice law in the State of California and I am admitted to practice before this Court. I am a partner with the law firm of Cooley Godward Kronish LLP, counsel of record for Defendant National Board of Medical Examiners. I make this declaration of my own personal knowledge and could and would competently testify hereto.

///

2. The parties have filed a Stipulation and [Proposed] Order Continuing Scheduling Conference, filed concurrently herewith, to continue the Scheduling Conference currently set for Monday July 27, 2009, for one week until Monday August 3, 2009, or as soon thereafter as the matter may be scheduled at the Court's convenience.

3. The Parties' request to continue the initial scheduling conference is initiated by me for good cause. Unfortunately, well-before I was aware of this Case, and well-before this Court issued its June 3, 2009 Scheduling Order, I purchased nonrefundable airline tickets, and made other travel plans, to take my entire family to Germany from July 18 through July 31, 2009. These airline tickets were purchased at significant expense and my family members have arranged their schedules around these travel dates.

///

///

///

///

///

///

///

///

CooleyGodward
Kronish LLP
Attorneys At Law
Palo Alto

796210 v1/PA

2.

DECLARATION OF GREGORY C. TENHOFF
CV 09-02932 PA (CWx)

4. Plaintiff Druvi Jayatilaka, through his counsel, has stipulated to this continuance. There has not been a prior request for a continuance in this case and no other deadlines set forth in the Court's June 3, 2009 Scheduling Order shall be affected by this short continuance. Accordingly, we respectfully request that the Scheduling Conference be so continued.

This declaration was executed by me this 25th day of June, 2009, in Palo Alto, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

COOLEY GODWARD KRONISH LLP

_____
GREGORY C. TENHOFF (154553)
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

796210 v1/PA      3.      DECLARATION OF GREGORY C. TENHOFF
CV 09-02932 PA (CWx)


Case 2:09-cv-02932-PA-CW   Document 17-3   Filed 06/25/09   Page 4 of 5   Page ID #:77

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, Five Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306-2155. On the date set forth below I served the documents described below in the manner described below:

**Stipulation and [Proposed] Order Continuing Scheduling Conference; Declaration of Gregory C. Tenhoff in Support of Stipulation and [Proposed] Order Continuing Scheduling Conference for One Week; [Proposed] Order Continuing Scheduling Conference**

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Palo Alto, California.

[ ] (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.


COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

795142 v2/PA

1.

PROOF OF SERVICE
CASE NO. CV-09-02932 PA (CWx)

☐ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

John Mark Brown
(email: jmb@mhba.com)
Vincent E. Nowak
(email: venowak@mhba.com)
Mullin Hoard & Brown LLP
500 South Taylor Street
Suite 800
P.O. Box 31656
Amarillo, TX 79120-1656
Phone: (806) 372-5050
Fax: (806) 372-5086
<u>Attorneys for Plaintiff Druvi Jayatilaka</u>

Executed on June 25, 2009, at Palo Alto, California.

*/s/ Lori L. O'Dell*
Lori L. O'Dell

---

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

795142 v2/PA

2.

**PROOF OF SERVICE**
CASE NO. CV-09-02932 PA (CWx)