Name and address:
Mullin Hoard & Brown, LLP
John M. Brown, Esq., California SBN 87985
Vincent E. Nowak, Esq., Texas SBN 15121550
P.O. Box 31656
Amarillo, TX 79120-1656
(806) 372-5050; Fax: (806) 372-5086
jmb@mhba.com; venowak@mhba.com

**ORIGINAL**

*Lodged Order*

FILED 2009 JUL 13 PM 4:34 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Druvi Jayatilaka<br><br>Plaintiff(s)<br>v.<br>National Board of Medical Examiners<br><br>Defendant(s). | CASE NUMBER<br>CV 09-2932 PA (CWx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Vincent E. Nowak _____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant:
Druvi Jayatilaka _____ by whom I have been retained.

My *out-of-state* business information is as follows:
Mullin Hoard & Brown, L.L.P.
*Firm Name*

500 South Taylor Street, Suite 800
*Street Address*

Amarillo, Texas 79101                         venowak@mhba.com
*City, State, Zip*                            *E-Mail Address*

(806) 372-5050                                (806) 372-5086
*Telephone Number*                            *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Texas | 1990 |
| United States District Court Northern District of Texas | 8/22/1995 |
| U.S. Supreme Court | 6/27/1997 |

PAID JUL 13 2009 Clerk, US District Court COURT 4612 PAGE 1 of 2

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

G-64 (09/08)      APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Alisa Morgenthaler as local counsel, whose business information is as follows:

Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP
*Firm Name*

10250 Constellation Blvd., 19th Floor
*Street Address*

Los Angeles, CA 90067
*City, State, Zip*

amorgenthaler@glaserweil.com
*E-Mail Address*

310-282-6287
*Telephone Number*

310-556-2920
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated 7/13/09

Vincent E. Nowak
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated 7/13/09

Alisa Morgenthaler
*Designee's Name (please print)*

*Designee's Signature*

146940
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 8, 2009

Re:   Vincent E. Nowak, State Bar Number 15121550

To Whom It May Concern:

This is to certify that Ms. Vincent E. Nowak was licensed to practice law in Texas on November 2, 1990, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Nowak's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/lg



# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On July 13, 2009, at the direction of a member of the Bar of this Court, I served the within:

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

Gregory C. Tenhoff, Esq.
Cooley, Godward, Kronish, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000
(650) 857-0663 (fax)

[X] (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

[ ] (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number: .

Executed this 13th day of July, 2009, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ERIKA BARBOUR