MULLIN HOARD & BROWN, LLP
John M. Brown, Esq., California SBN 87985
Vincent E. Nowak, Esq., Texas SBN 15121550
P.O. Box 31656
Amarillo, TX  79120-1656
(806) 372-5050; Fax: (806) 372-5086
jmb@mhba.com; venowak@mhba.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DRUVI JAYATILAKA, | CASE NUMBER   CV 09-2932 PA (CWx) |
|---|---|
| Plaintiff(s) | |
| v. | ORDER ON |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Vincent E. Nowak__,
                                                          *Applicant's Name*

of __Mullin Hoard & Brown, LLP, P.O. Box 31656, Amarillo, TX  79120__
         *Firm Name / Address*

__(806) 337-1105__                                      __venowak@mhba.com__
*Telephone Number*                                       *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  Plaintiff Druvi Jayatilaka

and the designation of __Alisa M. Morgenthaler (SBN: 146940)__
                        *Local Counsel Designee /State Bar Number*

of Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP, 10250 Constellation Blvd., 19th Fl., Los Angeles, CA 90067
                        *Local Counsel Firm / Address*

__(310) 553-3000__                                      __amorgenthaler@glaserweil.com__
*Telephone Number*                                       *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   X  GRANTED

   ☐  DENIED.  Fee, if paid, shall be returned by the Clerk.

                                                        *[signature]*

Dated  July 15, 2009                                    _____
                                                        U. S. District Judge

682098-1   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE