COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT
## WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR SELECTION OF ATTORNEY SETTLEMENT OFFICER AND FILING OF FORM ADR-02**<br><br>Trial date: April 6, 2010 |

Pursuant to Local Rule 7-1, it is hereby stipulated by and between Plaintiff Druvi Jayatilaka and Defendant National Board of Medical Examiners (the "parties"), by and through their attorneys of record herein, as follows:

1. Pursuant to the Court's July 27, 2009 In Chambers order (the "In Chambers Order"), the parties are required to (a) select and obtain the approval of an Attorney Settlement Officer who will conduct a settlement conference, (b) notify the Attorney Settlement Officer Panel Coordinator of the approval, and (c) file a form ADR-2, Stipulation Regarding Attorney Settlement Officer, all within ten (10) days after the In Chambers Order (i.e., by August 6, 2009).

2. The In Chambers order was not docketed until August 3, 2009 and the parties did not receive notice of the In Chambers Order until August 4, 2009.

3. Because the parties will need more than two days to select and obtain the approval of an Attorney Settlement Officer, and to complete the remaining items set forth in the In Chambers Order, the parties hereby agree to extending the August 6, 2009 deadline set forth in the In Chambers Order, and hereby request the Court's permission to do same.

4. The parties hereby agree that such deadline shall be continued for ten (10) days from the date the In Chambers order was docketed – that is, until Thursday, August 13, 2009.

5. The parties have not previously requested a continuance in regards to the selection and notification of an Attorney Settlement Officer, or the filing of the form ADR-02.

//
//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

798822 v1/PA        2.        STIPULATION AND [PROPOSED] ORDER
CONTINUING DEADLINE FOR ATTORNEY
OFFICER SELECTION

6. This stipulation is made for good cause, which includes granting the parties a reasonable amount of time to consider potential Attorney Settlement Officer candidates, and to confer regarding the selection of a mutually-agreeable Attorney Settlement Officer.

Dated: August 5, 2009

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

_____
WENDY J. BRENNER
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

Dated: August 5, 2009

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
VINCENT E. NOWAK (*pro hac vice*)

_____
VINCENT E. NOWAK
Attorneys for the Plaintiff
DRUVI JAYATILAKA

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Percy Anderson
United States District Court Judge