COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>  Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**ORDER CONTINUING DEADLINE FOR SELECTION OF ATTORNEY SETTLEMENT OFFICER AND FILING OF FORM ADR-02**<br><br>Trial date: April 6, 2010 |

The Court, having considered the Stipulation and [Proposed] Order Continuing Deadline for Selection of Attorney Settlement Officer and Filing of Form ADR-02 filed concurrently herewith, and good cause appearing, hereby orders that the August 6, 2009 deadline for selection of the attorney settlement officer and filing of Form ADR-02 set forth in the Court's July 27, 2009 In Chambers Order be continued until Thursday, August 13, 2009.

Dated: August 6, 2009

_____
Honorable Percy Anderson
United States District Court Judge