# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Druvi Jayatilaka | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | CV 09-2932-PA (CWx) |
| National Board of Medical Examiners  Defendant(s). | **STIPULATION REGARDING SELECTION OF ATTORNEY SETTLEMENT OFFICER** |

**CHECK ONLY ONE BOX:**
**Pursuant to the ADR Pilot Program:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for an early settlement conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the early settlement conference.

☑ The parties stipulate that Deborah Crandall Saxe _____ may serve as the Attorney Settlement Officer for a Local Civil Rule 16-15 Settlement Conference in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the Local Civil Rule 16-15 Settlement Conference.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer in the above-captioned case from the following area of law: _____

**Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:**

☐ The parties stipulate that _____ may serve as the Attorney Settlement Officer for the settlement proceedings in the above-captioned case. Plaintiff has obtained the consent of the Attorney Settlement Officer who will conduct the settlement proceedings.

☐ The parties request the Program Coordinator to randomly assign an Attorney Settlement Officer for the settlement proceedings in the above-captioned case from the following area of law: _____

Dated: 8/13/09

_____
Attorney For Plaintiff

Dated: _____

_____
Attorney For Plaintiff

Dated: 8/13/09

_____ GREGORY C TENHOFF
Attorney For Defendant

Dated: _____

_____
Attorney For Defendant

**Attorney for Plaintiff to electronically file original document:**