**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Druvi Jayatilaka<br><br>PLAINTIFF(S)<br>v.<br><br>National Board of Medical Examiners<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-02932 PA (CWx)<br><br>**NOTICE OF ASSIGNMENT OF ATTORNEY SETTLEMENT OFFICER** |

Deborah Crandall Saxe   is assigned to serve as the Attorney Settlement Officer in the above-captioned case.  This assignment is made:

☒ Pursuant to the ADR Pilot Program:

　　☒　The parties have stipulated to appointment of the above-named Attorney Settlement Officer.

　　☐　Plaintiff has not notified the ADR Department of the name of the Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Manager of ADR Programs.

　　☐　The parties have agreed to the random selection of an Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to the Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Manager of ADR Programs.

☐ Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:

　　☐　The parties have stipulated to appointment of the above-named Attorney Settlement Officer.

　　☐　The parties have agreed to the random selection of an Attorney Settlement Officer.  The above-named Attorney Settlement Officer has been randomly selected by the Manager of ADR Programs.

The settlement proceeding in this case is to be completed no later than:

　　☒　**2/8/10**   , as ordered by the assigned judge.

　　☐　forty-five days prior to the final pretrial conference, consistent with Local Rule 16-15.2.

Clerk, U.S. District Court

Dated: August 20, 2009　　　　　　　　　By: _(signature)_
　　　　　　　　　　　　　　　　　　　　　Manager of Alternative Dispute Resolution Programs

ADR Manager to electronically file original and cc: Attorney Settlement Officer

ADR-11 (07/08)　　　　**NOTICE OF APPOINTMENT OF ATTORNEY SETTLEMENT OFFICER**