COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　　Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S ALLEGATIONS AND PRAYER REGARDING COMPENSATORY DAMAGES**<br><br>Date:  Monday October 26, 2009<br>Time:  1:30 p.m.<br>Court Room:  15<br>Judge:  Hon. Percy Anderson<br><br>Complaint Filed:  April 27, 2009<br>Trial Date:  April 6, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS-OF-RECORD:**

**PLEASE TAKE NOTICE** that at 1:30 p.m. on Monday October 26, 2009 in Courtroom 15 of the above-captioned District Court for the Central District of California, Defendant National Board of Medical Examiners ("NBME"), will and hereby does move pursuant to Federal Rule of Civil Procedure 12(f) to strike

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

802245 v1/PA

1.

NBME'S NOTICE OF MOTION AND MOTION TO STRIKE COMPENSATORY DAMAGES
CASE NO. CV 09-02932 PA (CWx)

1  Plaintiff's allegations relating to, and prayer for, compensatory damages as alleged
2  in his Complaint, filed April 24, 2009.  This motion is made following the
3  conference of counsel pursuant to L.R. 7–3, which took place on various dates
4  between August 25, 2009 and September 26, 2009.  *See* Declaration of Wendy
5  Brenner, submitted herewith.

6  Plaintiff's allegations relating to, and prayer for, compensatory damages in
7  conjunction with the Complaint's Count I are improper because they are not
8  recoverable as a matter of law under Title III of the ADA.  *See* 42 U.S.C. § 12188
9  (incorporating remedies under 42 U.S.C. 2000a-3(a) and authorizing only
10 injunctive relief and attorney's fees in Title III suits brought by private plaintiffs).
11 Specifically, NBME respectfully requests that the Court strike the following text
12 from Plaintiff's Complaint: (1) Paragraph 34, which states, "[a]s a result of the
13 NBME's violation of the ADA, Jayatilaka has suffered or will suffer great injury,
14 including, but not limited to, lost employment opportunities, out-of-pocket
15 pecuniary losses, and severe emotional distress and anguish"; and (2) Page 12, lines
16 1-2, in which the prayer requests that the Court, "enter judgment against the
17 Defendant awarding such compensatory damages as may be proven by Jayatilaka
18 and to which he is entitled."

19 Dated:   October  2, 2009          COOLEY GODWARD KRONISH LLP
                                      GREGORY C. TENHOFF (154553)
20                                    WENDY J. BRENNER (198608)
21
22                                           /S/
                                      _____
23                                    WENDY J. BRENNER (198608)
                                      Attorneys for the Defendant
24                                    NATIONAL BOARD OF MEDICAL
                                      EXAMINERS
25
26
27
28

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

802245 v1/PA                   2.                    NBME'S NOTICE OF MOTION AND MOTION
                                                     TO STRIKE COMPENSATORY DAMAGES
                                                     CASE NO. CV 09-02932 PA (CWx)