COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>                    Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**DECLARATION OF WENDY BRENNER IN SUPPORT OF DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION TO STRIKE PLAINTIFF'S ALLEGATIONS AND PRAYER REGARDING COMPENSATORY DAMAGES**<br><br>Date:  Monday October 26, 2009<br>Time:  1:30 p.m.<br>Court Room:  15<br>Judge:  Hon. Percy Anderson<br><br>Complaint Filed:  April 27, 2009<br>Trial Date:  April 6, 2010 |

I, Wendy J. Brenner, declare:

**1.**      I am an attorney licensed to practice in the State of California.  I am a partner with the firm of Cooley Godward Kronish LLP, attorneys of record for the National Board of Medical Examiners ("NBME").  I have personal knowledge of

1  the facts contained in this declaration and could and would testify competently to

2  the same if called as a witness.

3     **2.**     Following the parties' submission on July 13, 2009 of the Joint

4  Scheduling Report in this matter, which identified a dispute concerning the

5  Plaintiff's prayer for compensatory damages, I contacted Plaintiff's counsel, Vince

6  Nowak, to determine if the pleading dispute could be resolved through a stipulation.

7  I sent Mr. Nowak an email to this effect on September 9, 2009, which followed an

8  earlier email sent to Mr. Nowak on August 25, 2009 by my colleague, Gregory C.

9  Tenhoff, another partner with Cooley Godward Kronish LLP representing the

10  NBME, making the same inquiry.  After receiving no response from Mr. Nowak to

11  Mr. Tenhoff's August 25, 2009 email, and no response to my September 9, 2009

12  email, I sent two additional emails to Mr. Nowak, one on September 14, 2009 and

13  one on September 15, 2009, again asking for a response concerning this issue.

14  Attached as Exhibit A are true and correct copies of the emails described in this

15  paragraph that I sent to Mr. Nowak.

16     **3.**     On September 16, 2009, I had a telephone conversation with

17  Mr. Nowak where we discussed this issue.  During that call, Mr. Nowak asked me

18  to provide citations to the legal authority in support of our position that

19  compensatory damages are not available as a matter of law.  On September 16,

20  2009, I sent Mr. Nowak a copy of the parties' Joint Scheduling Report, and directed

21  him to the paragraph containing the citations he requested.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Cooley Godward
Kronish LLP
Attorneys At Law
Palo Alto

806009 v1/HN                           2.                    **Brenner Declaration ISO Deft.'s
Motion to Strike
Case No. CV 09-02932 PA (CWx)**

1    **4.**    After sending this authority to Mr. Nowak on September 16, 2009,

2  over the next ten days, I sent Mr. Nowak three additional emails asking whether the

3  Plaintiff would stipulate to amend the Complaint to strike the prayer for

4  compensatory damages.  True and correct copies of these emails are attached hereto

5  as Exhibit B.  I received no response from Mr. Nowak to these emails.

6        Executed on October 2, 2009 in Palo Alto, California.

7        I declare under penalty of perjury under the laws of the United States that the

8  foregoing is true and correct.

9                                                    /S/

10                                          Wendy J. Brenner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley Godward
Kronish LLP
Attorneys At Law
Palo Alto

806009 v1/HN                                3.                   Brenner Declaration ISO Deft.'s
Motion to Strike
Case No. CV 09-02932 PA (CWx)

# EXHIBIT A

## Brenner, Wendy

| | |
|---|---|
| **From:** | Brenner, Wendy |
| **Sent:** | Tuesday, September 15, 2009 8:08 AM |
| **To:** | 'Vince Nowak' |
| **Cc:** | Tenhoff, Gregory; 'Gail Hanson' |
| **Subject:** | RE: Jayatilaka v. NBME -- additional doctors + depositions |

Hi Vince --

Thanks for the response. We will go ahead and assume your arbitration is not going to move, and schedule the depositions to follow it.

We are now proposing the following -- Dushenko and Levine on October 6th and 7th (respectively), and Jayatilaka on October 14th. As before, if we don't hear anything from you in the next 1-2 days, we will assume these dates work, and will send out subpoenas/deposition notices.

Also, just a reminder, we also need responses on: (1) are you sending documents? and (2) are you going to amend your pleadings, per our earlier correspondence?

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ♦ 3000 El Camino Real
Palo Alto, CA 94306-2155
Direct: 650-843-5371 ♦ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ♦ Practice: www.cooley.com/litigation

---

**From:** Vince Nowak [mailto:venowak@mhba.com]
**Sent:** Monday, September 14, 2009 10:33 AM
**To:** Brenner, Wendy
**Subject:** RE: Jayatilaka v. NBME -- additional doctors + depositions

Sorry. I was trying to move an Arizona arbitration that starts on the 28th. As of now, it is still on and is expected to take at least three days. I will know more (hopefully) w/n the next few days.

---

**From:** Brenner, Wendy [mailto:BRENNERWJ@cooley.com]
**Sent:** Monday, September 14, 2009 12:31 PM
**To:** Vince Nowak; Gail Hanson
**Cc:** Tenhoff, Gregory
**Subject:** RE: Jayatilaka v. NBME -- additional doctors + depositions

Vince -- We have not received any response to our messages below.

We would like to proceed with depositions. Here is the schedule we are proposing:

-- Dushenko -- 9/29
-- Levine -- 9/30
-- Jayatilaka -- 10/6

If we don't hear anything from you in the next 1-2 days, we will assume these dates work, and will send out subpoenas/deposition notices.

Also, please confirm asap whether additional documents are coming.

Thanks.


Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ♦ 3000 El Camino Real
Palo Alto, CA  94306-2155
Direct: 650-843-5371 ♦ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ♦ Practice: www.cooley.com/litigation

---

**From:** Brenner, Wendy
**Sent:** Wednesday, September 09, 2009 8:04 AM
**To:** 'Vince Nowak'; 'Gail Hanson'
**Cc:** Tenhoff, Gregory
**Subject:** FW: Jayatilaka v. NBME -- additional doctors + depositions

Hi Vince & Gail --

Just following up on the two issues below.  We are hoping to nail down these two issues asap.

Also, we received your written document responses -- thank you.  We are wondering if documents are also coming and, if so, when we can expect them.

Thanks.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ♦ 3000 El Camino Real
Palo Alto, CA  94306-2155
Direct: 650-843-5371 ♦ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ♦ Practice: www.cooley.com/litigation

---

Hi Vince -- the weeks of September 21 and 28 look best for me.  I'm assuming we'll plan on Dushenko and Levine first, and then your client.  My preference would be to take Dushenko and Levine on back to back days, and then have at least one day

after their depos to get ready for Mr. Jayatilaka's deposition.

Please let me know what would work.

Also, can we stipulate on a first amended complaint that deletes the jury demand and the prayer for compensatory damages (not attorneys' fees)?  I would like to avoid a motion on the pleadings if we possibly can do so.

Thanks.


**Gregory C. Tenhoff**
Cooley Godward Kronish LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Direct: 650/843-5054 • Fax: 650/849-7400
tenhofgc@cooley.com
Bio: www.cooley.com/tenhoff • Practice: www.cooley.com/litigation

---

**From:** Vince Nowak [mailto:venowak@mhba.com]
**Sent:** Friday, August 21, 2009 1:35 PM
**To:** Brenner, Wendy
**Cc:** Gail Hanson
**Subject:** RE: Jayatilaka v. NBME -- additional doctors + depositions

I just finished a trial and am in the MIss. Supreme Court Tuesday.  I will reply when I return on Wednesday.  What looks good for you for depos in September?

---

**From:** Brenner, Wendy [mailto:BRENNERWJ@cooley.com]
**Sent:** Friday, August 21, 2009 3:13 PM
**To:** Vince Nowak
**Cc:** Gail Hanson; Tenhoff, Gregory
**Subject:** RE: Jayatilaka v. NBME -- additional doctors + depositions

Hi Vince -- Just following up again on the message below.  Any progress with either item?

I am leaving on vacation tomorrow for one week -- therefore, if you respond sometime after today, please be sure to copy Greg Tenhoff on the response.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ◆ 3000 El Camino Real
Palo Alto, CA  94306-2155
Direct: 650-843-5371 ◆ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ◆ Practice: www.cooley.com/litigation

---

**From:** Brenner, Wendy
**Sent:** Tuesday, August 11, 2009 9:10 AM
**To:** 'Vince Nowak'
**Cc:** 'Gail Hanson'; Tenhoff, Gregory
**Subject:** RE: Jayatilaka v. NBME -- additional doctors + depositions

Vince --

Just following up on the message below.

-- Any luck securing a list of possible deposition dates?

-- Gail provided us with the names of two additional psychologists -- Jeckel in Illinois and Higgins in Los Alamitos, California. Have you been able to get from Jayatilaka the name of the additional psychologist in New Jersey? Also, it appears we are still missing one California psychologist. It is unclear whether Higgins is the one Jayatilaka saw in 2006, or if she is the one Pratty referred him to -- either way, we are still missing one.

Thanks.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ◆ 3000 El Camino Real
Palo Alto, CA 94306-2155
Direct: 650-843-5371 ◆ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ◆ Practice: www.cooley.com/litigation

---

**From:** Brenner, Wendy
**Sent:** Wednesday, August 05, 2009 2:29 PM
**To:** Vince Nowak
**Cc:** 'Gail Hanson'; Tenhoff, Gregory
**Subject:** Jayatilaka v. NBME -- additional doctors + depositions

Vince --

I am following up on two separate issues related to the Jayatilaka matter.

**Additional Physicians**

First, we do not believe we have obtained the names of all of the psychologists who have treated Jayatilaka.

**Illinois.** Dr. Dushenko's report states that when Jayatilaka was living in Illinois, "he saw at least two psychologists, one of whom helped him both with enhancing relaxation and

developing focusing techniques to assist in taking his medical comprehensive exam." Plaintiff has identified only one psychologist in Illinois so far -- Dr. James F. Sipich, Ph.D. Can we please get the name of the second psychologist with whom Jayatilaka consulted in Illinois?

**New Jersey.** Dr. Dushenko's report states that Jayatilaka saw a psychologist in New Jersey for biofeedback treatment. So far, Jayatilaka has not identified that doctor. Can we please get the name of that individual?

**California.** Dr. Dushenko's report states: "At some point (apparently in 2006, before traveling to Mayo clinic in Minnesota), he did see a psychologist in California for several visits. She was able to get him to utilize Guided Imagery techniques to calm down, relax and focus somewhat more effectively." The only person who was identified in Plaintiff's First Amended Disclosure Statement was James S. Pratty, M.D. (identified as Plaintiff's psychiatrist). However, this does not seem to be the female described above in Dr. Dushenko's report. Also, Dr. Dushenko's report stated that Pratty referred Jayatilaka to another female psychologist or psychiatrist for "psychotherapy" and who also "did some limited psychological testing." This person has also not yet been identified. Can we please get the names of these individuals as well?

## Depositions

We would like to start scheduling depositions. The plan was to start with Levine and Dushenko, followed by Jayatilaka. Can you please let us know dates in August (no earlier than the week of August 24th) and September that these individuals would be free for deposition? We are envisioning two trips -- one trip down to depose Levine and Dushenko, and then a subsequent trip for Jayatilaka's deposition.

Thanks for your assistance.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ◆ 3000 El Camino Real
Palo Alto, CA 94306-2155
Direct: 650-843-5371 ◆ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ◆ Practice: www.cooley.com/litigation

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT B

**Brenner, Wendy**

| | |
|---|---|
| **From:** | Brenner, Wendy |
| **Sent:** | Wednesday, September 23, 2009 10:44 AM |
| **To:** | 'Vince Nowak' |
| **Cc:** | Tenhoff, Gregory; 'Gail Hanson' |
| **Subject:** | RE: NBME/Jayatilaka |

Vince --

I am sorry to pester you, but our deadline for a motion to address the pleading issue (compensatory damages) is coming up.  Please advise on or before tomorrow whether you will amend the Complaint to strike that request.  If we don't hear anything, we will assume that you are not going to amend.

Thanks.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ♦ 3000 El Camino Real
Palo Alto, CA  94306-2155
Direct: 650-843-5371 ♦ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ♦ Practice: www.cooley.com/litigation

---

| | |
|---|---|
| **From:** | Brenner, Wendy |
| **Sent:** | Monday, September 21, 2009 4:19 PM |
| **To:** | 'Vince Nowak' |
| **Cc:** | Tenhoff, Gregory; 'Gail Hanson' |
| **Subject:** | RE: NBME/Jayatilaka |

Hi Vince -- Just following up on my message below.  Do you have any updates for us?  As a reminder, the three outstanding topics are:  (1) we need more information on the division of labor between Dushenko and Levine; (2) amending the pleadings; and (3) documents.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ♦ 3000 El Camino Real
Palo Alto, CA  94306-2155
Direct: 650-843-5371 ♦ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ♦ Practice: www.cooley.com/litigation

---

| | |
|---|---|
| **From:** | Brenner, Wendy |
| **Sent:** | Thursday, September 17, 2009 1:51 PM |
| **To:** | 'Vince Nowak' |
| **Cc:** | Tenhoff, Gregory; 'Gail Hanson' |
| **Subject:** | NBME/Jayatilaka |

Vince --

I am officially confirming the deposition schedule we discussed --

**B-1**

Dushenko -- October 7
Levine -- October 8
Jayatilaka -- October 9

We may switch the order of Dushenko and Levine.  As I understand it, you are trying to gather more information about who did what -- based on what we hear from you, we will decide whether to switch them.

We will plan for these depositions to take place in Long Beach.  We are still identifying a location.

Also, just a reminder -- we are waiting for responses on (1) whether documents are coming and when we can expect them; and (2) whether you are going to amend the pleadings.

Thanks.

Wendy Brenner
Cooley Godward Kronish LLP
Five Palo Alto Square ♦ 3000 El Camino Real
Palo Alto, CA  94306-2155
Direct: 650-843-5371 ♦ Fax: 650-849-7400
Bio: www.cooley.com/brennerwj ♦ Practice: www.cooley.com/litigation

**B-2**