COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION TO STRIKE PLAINTIFF'S ALLEGATIONS AND PRAYER REGARDING COMPENSATORY DAMAGES**<br><br>Complaint Filed: April 27, 2009<br>Trial Date: April 6, 2010 |

This matter having come before this Court on Defendant's Motion to Strike Plaintiff's Allegations and Prayer Regarding Compensatory Damages, the Court having reviewed the filings in support of and in opposition to the motion, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Strike Plaintiff's Allegations and Prayer Regarding Compensatory Damages is granted. The Court hereby orders following language be stricken from Plaintiff's Complaint, filed April 27, 2009: (1) Paragraph 34, which states, "[a]s a result of the NBME's

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

802441 v1/PA                    1.                    [PROPOSED] ORDER GRANTING
                                                      NBME'S MOTION TO STRIKE
                                                      CASE NO. CV 09-02932 PA (CWx)

violation of the ADA, Jayatilaka has suffered or will suffer great injury, including, but not limited to, lost employment opportunities, out-of-pocket pecuniary losses, and severe emotional distress and anguish"; and (2) Page 12, lines 1-2, in which the prayer requests that the court, "enter judgment against the Defendant awarding such compensatory damages as may be proven by Jayatilaka and to which he is entitled."

In addition, in light of the facts that: (1) the Parties agreed and stipulated in the Joint Scheduling Conference Report, filed July 13, 2009, that Plaintiff is not entitled to a jury trial under Title III of the ADA; (2) the Plaintiff has not moved to amend his Complaint to delete his demand for a jury trial; and (3) this Court has scheduled this case as a court trial to begin on April 6, 2010, the Court hereby orders the following language also be stricken from Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 12(f)(1): "Jayatilaka hereby demands a trial by jury for all issues in this case that may be triable by a jury of his peers." (Compl., at ¶ 40).

Dated: _____    _____
Honorable Percy Anderson
United States District Court Judge