# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT
# WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　　Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**ORDER GRANTING STIPULATION TO FILE PLAINTIFF'S AMENDED COMPLAINT TO DELETE PLAINTIFF'S ALLEGATIONS AND PRAYER REGARDING COMPENSATORY DAMAGES AND REQUEST FOR A JURY TRIAL** |

The Court, having considered the Stipulation to File Plaintiff's Amended Complaint to Delete Plaintiff's Allegations and Prayer Regarding Compensatory Damages and Request for a Jury Trial (the "Stipulation"), filed concurrently herewith, and good cause appearing, HEREBY ORDERS THE FOLLOWING:

　　1.　　The proposed amended Complaint, attached as Exhibit A to the Stipulation, be and hereby is deemed to be the First Amended Complaint and is deemed filed and served as of the date that this Order is entered by the Clerk.

　　2.　　Defendant's response to the First Amended Complaint is due within twenty (20) days of the date that this Order is entered by the Clerk.

//

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

803352 v3/PA

1.

[PROPOSED] ORDER GRANTING STIPULATION
TO FILE PLAINTIFF'S AMENDED COMPLAINT
CV 09-02932 PA (CWx)

3. Pursuant to the Parties' Stipulation, Defendant's Motion to Strike Plaintiff's Allegations and Prayer Regarding Compensatory Damages is deemed moot and withdrawn. Accordingly, the hearing on this Motion originally scheduled for October 26, 2009 at 1:30 p.m. is cancelled.

Dated: October 23, 2009

_____
Honorable Percy Anderson
United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

803352 v3/PA

2.

[PROPOSED] ORDER GRANTING STIPULATION
TO FILE PLAINTIFF'S AMENDED COMPLAINT
CV 09-02932 PA (CWx)