Vincent E. Nowak, Texas State Bar No. 15121550
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Alisa M. Morgenthaler, State Bar No. 146940
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-6287
Facsimile: (310) 556-2920

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>  Defendant. | Case No. CV 09-2932 PA (CWx)<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS NANCY L. NUSSBAUM, CATHERINE FARMER, AND GEORGE LITCHFORD, AND BRIEF IN SUPPORT**<br><br>Trial Date: April 6, 2010<br><br>[Assigned to the Honorable Percy Anderson]<br><br>Date:  2/22/10<br>Time:  1:30 p.m.<br>Dept:  Ctrm 15 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Druvi Jayatilaka ("Plaintiff") hereby withdraws his Motion to Exclude Opinions and Testimony of Defendant's Experts Nancy L. Nussbaum, Catherine Farmer, and George Litchford, and Brief in Support (the "Motion"), which was set for hearing in Courtroom 15 of the United States

District Court, Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, on February 22, 2010, at 1:30 p.m. Plaintiff's withdrawal of the Motion is without prejudice to his right to refile the Motion, or to file a similar motion, at a later time.

Respectfully submitted,

MULLIN, HOARD & BROWN, LLP

By: *Vincent E. Nowak*
Vincent E. Nowak
Texas SBN 15121550
MULLIN HOARD & BROWN, LLP
P. O. Box 31656
Amarillo, Texas 79120-1656
806.372.5050 (Phone)
806.372.5086 (Fax)
jmb@mhba.com (e-mail)
vnowak@mhba.com (e-mail)
Attorneys for Plaintiff,
DRUVI JAYATILAKA

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

     On February 2, 2010, at the direction of a member of the Bar of this Court, I served the within:

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS NANCY L. NUSSBAUM, CATHERINE FARMER, AND GEORGE LITCHFORD, AND BRIEF IN SUPPORT**

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

Gregory C. Tenhoff, Esq.
(gtenhoff@cooley.com)
Wendy J. Brenner, Esq.
(wbrenner@cooley.com)
Cooley, Godward, Kronish, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

[X] (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

[X] (BY –E-MAIL) I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail addresses listed above.

Executed this 2nd day of February, 2010, at Los Angeles, California.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ERIKA BARBOUR

700531-1