FILED
CLERK, U.S. DISTRICT COURT

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA<br><br>PLAINTIFF(S)<br>v.<br>NATIONAL BOARD OF MEDICAL EXAMINERS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-2932 PA (CWx)<br><br>**ORDER STRIKING FILED DOCUMENTS<br>FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Motions are untimely and lacks the appropriate meet and confer notice. Plaintiff is referred to Local Rule 6-1 and 7-3. In addition plaintiff is referred to the Court's Scheduling Order regarding joint motions in limine.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| Document Entitled | Filed |
|---|---|
| Motion in Limine to Exclude Opinions and Testimony of Deft. Experts | February 1, 2010 (Dkt. 38) |
| Motion in Limine to Exclude Opinions and Testimony of Deft. Experts | February 1, 2010 (Dkt. 39) |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

February 2, 2010
Date

_____
United States District Judge

CV-80 (12/95)     ORDER STRIKING FILED DOCUMENTS FROM THE RECORD