COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**JOINT SUMMARY OF WITNESS TESTIMONY** |

Pursuant to this Court's July 27, 2009 Civil Minutes Order and the August 3, 2008 Amended Scheduling Order, the parties hereby submit this Joint Summary of Witness Summary of Witness Testimony.

## I. PLAINTIFF'S WITNESS LIST AND SUMMARIES.

Plaintiff anticipates calling at trial the witnesses listed below in its case in chief. Pursuant to this Court's August 3, 2009 Civil Trial Order, the Plaintiff will introduce direct testimony by way of a witness declarations executed under penalty of perjury, unless otherwise noted below.

**1.  Druvi Jayatilaka.**  Jayatilaka is the plaintiff in this case. He will testify to his disability, his request for accommodations from NBME, and NBME's denial of reasonable accommodations.

**2.  Dr. Terrance Dushenko.**  Dr. Dushenko has been designated as an expert witness multiple times throughout the discovery process in this case. Also, Dr. Dushenko was one of Jayatilaka's treating neuropsychologists who initially evaluated all of the neuropsychological tests summarized in a May 21, 2008 Neuropsychological Evaluation that was submitted to the NBME. Dr. Dushenko will testify to his qualifications and will offer expert testimony that Plaintiff Druvi Jayatilaka's available medical records, neuropsychological tests, and other evidence do indicate that Jayatilaka has a diagnosed Cognitive Learning Disorder N.O.S.; and do indicate that Jayatilaka has functional limitation of a major life activity as compared to most people. Dr. Dushenko will also testify that it is his recommendation that Jayatilaka receive double the standard time as a reasonable accommodation by the NBME.

**3.  Dr. George Jayatilaka.**  Dr. Jayatilaka is the Plaintiff's father. He will testify to Jayatilaka's disability and the continued effects the disability has on Jayatilaka.

Jayatilaka reserves the right to call witnesses not identified herein for purposes of rebuttal or impeachment.

## II. DEFENDANT NBME'S WITNESS LIST AND SUMMARIES.

Defendant anticipates calling at trial the witnesses listed below in its case in chief. Pursuant to this Court's August 3, 2009 Civil Trial Order, the Defendant will

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT SUMMARY OF WITNESS TESTIMONY
CASE NO. CV 09-02932 PA (CWx)

introduce direct testimony by way of a witness declarations executed under penalty of perjury, unless otherwise noted below.

1.     **Dr. George Litchford.**  Dr. Litchford has been designated as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2).  Dr. Litchford will testify to his qualifications and will offer expert testimony that Plaintiff Druvi Jayatilaka's available medical records, neuropsychological tests, and other evidence do *not* indicate that Jayatilaka has any alleged Reading Disorder, Learning Disorder, or Mixed Expressive-Receptive Language Disorder; and do *not* indicate that Jayatilaka has any functional limitation of any major life activity.  Dr. Litchford also will testify to the information he provided to the NBME that the NBME then used to deny Jayatilaka's demand for accommodations on the USMLE Step 2 CK.

2.     **Dr. Nancy Nussbaum.**  Dr. Nussbaum has been designated as an expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2).  Dr. Nussbaum will testify as to her qualifications and will offer expert testimony that Plaintiff's available medical records, neuropsychological tests, and other evidence do *not* indicate that Jayatilaka has Cognitive Disorder Not Otherwise Specified; and do *not* indicate that Jayatilaka has any functional impairment of any major life activity.  Dr. Nussbaum also will testify to the information she provided to the NBME that the NBME then used to deny Jayatilaka's demand for accommodations on the USMLE Step 2 CK.

3.     **Dr. Catherine Farmer.**  Dr. Farmer is the Manager of Disability Services and ADA Compliance Officer at the National Board of Medical Examiners ("NBME").  Dr. Farmer's testimony will be introduced by way of deposition transcript designations, which the NBME files concurrently herewith under separate cover.  Dr. Farmer's deposition testimony will explain the processes and procedures the NBME used in making its determination that Jayatilaka had failed to establish that he is disabled under the ADA and therefore was not entitled to his demanded

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

JOINT SUMMARY OF WITNESS TESTIMONY
CASE NO. CV 09-02932 PA (CWx)

accommodation of double the standard test time for the USMLE Step 2 CK.

**4.     Dr. Andrew Levine.**  Dr. Levine was one of Jayatilaka's treating neuropsychologists who administered all of the neuropsychological tests summarized in a May 21, 2008 Neuropsychological Evaluation that was submitted to the NBME. Dr. Levine's testimony will be introduced by way of deposition transcript designations, which the Defendant files concurrently herewith under separate cover. Dr. Levine's deposition testimony will show that Plaintiff does ***not*** meet the diagnostic criteria under the DSM-IV for a Reading Disorder, Learning Disorder, Mixed Expressive-Receptive Language Disorder, Cognitive Disorder Not Otherwise Specified, or any other disorder; and that Jayatilaka does ***not*** that have any functional limitation of any major life activity.

The NBME reserves the right to call witnesses not identified herein for purposes of rebuttal or impeachment.

Dated:   February 19, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

_____/S/_____
GREGORY C. TENHOFF (154553)
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

Dated:   February 19, 2010

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
VINCENT E. NOWAK (*pro hac vice*)

_____/S/_____
VINCENT E. NOWAK
Attorneys for the Plaintiff
DRUVI JAYATILAKA

832638 v2/HN