Case 2:09-cv-02932-PA-CW   Document 28   Filed 08/03/2009   Page 17 of 18

JOINT TRIAL WITNESS ESTIMATE FORM

CASE: _____

TRIAL DATE: __04/06/2010  9:00 a.m.__

| # | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1 | Jayatilaka, Druvi | Plaintiff | 1.5 | Plaintiff | |
| 2 | Dushenko, Terrance | Plaintiff | 2.0 | Plaintiff's treating neuropsychologist | |
| 3 | Jayatilaka, George | Plaintiff | .5 | Fact witness, Plaintiff's Father | |
| 4 | Litchford, George | Defendant | .75 | Defendant's Expert | |
| 5 | Nussbaum, Nancy | Defendant | .75 | Defendant's Expert | |
| 6 | Farmer, Catherine | Defendant | .75 | Defendant Mgr. of Disability Services | DEPO. DESIGNATION |
| 7 | Levine, Andrew | Defendant | .75 | Plaintiff's treating neuropsychologist | DEPO. DESIGNATION |
| 8 | | | | | |
| 9 | | | | | |
| 1 | | | | | |
| TOTAL ESTIMATES THIS PAGE: | | | 7.0 | | |

Instructions:
(1) List witnesses (last name first); (2) For description, be extremely brief, e.g., "eyewitness to accident." Or "expert on standard of care."
(3) Use estimates within fractions of an hour, rounded off to closest quarter of an hour. E.g., if you estimate 20 minutes, make it .25. An

estimate of one and one-half hours would be 1.5. An estimate of three-quarters of an hour would be .75; (4) Note special factors in "Comments" column. E.g., "Needs interpreter." (5) Entries may be in handwriting <u>if very neat and legible</u>.