COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX  79120-1656
Telephone:     (806) 372-5050
Facsimile:      (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendants. | Case No. CV 09-02932 PA (CWx)<br><br>**PRE-TRIAL EXHIBIT STIPULATION** |

831965 v2/HN                                            1.                          PRE-TRIAL EXHIBIT STIPULATION
                                                                                   CASE NO. CV 09-02932 PA (CWx)
COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Pursuant to this Court's August 3, 2009 Amended Scheduling Order, the parties hereby submit this Pre-Trial Exhibit Stipulation.

## I. PLAINTIFF'S LIST OF TRIAL EXHIBITS

| Exhibit Number | Document | Objection | Offering Party's Response |
|---|---|---|---|
| 53 | 03/20/09 Rheumatology Consultation from Dr. Geoffrey Dolan | None | |
| 54 | 01/22/09 Email from the NBME to Jayatilaka | None | |

## II. DEFENDANT NBME'S LIST OF TRIAL EXHIBITS

| Exhibit Number | Document | Objection | Offering Party's Response |
|---|---|---|---|
| 1 | 05/21/08 Neuropsychological Evaluation by Drs. Dushenko and Levine | None | |
| 2 | USMLE "General Guidelines for all Disabilities" | None | |
| 3 | Jayatilaka's Neuropsychology Questionnaire | None | |
| 4 | 12/08/95 Handwritten notes from Dr. Dushenko | None | |
| 5 | 3/17/08 Handwritten notes from Dr. Dushenko | None | |
| 6 | 3/24/08 Handwritten notes from Dr. Levine | None | |
| 7 | St. Mary medical records discussing MRI brain scans | None | |
| 8 | DSM-IV Fourth Edition excerpts | None | |
| 9 | Chadwick High School Transcript | None | |
| 10 | Franklin & Marshall Student Academic Record | None | |
| 11 | Universidad Autonoma De Guadalajara ("UAG") School Transcript | None | |
| 12 | SAT Score Report | None | |

831965 v2/HN                                 2.                    PRE-TRIAL EXHIBIT STIPULATION
CASE NO. CV 09-02932 PA (CWx)

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

| Exhibit Number | Document | Objection | Offering Party's Response |
|---|---|---|---|
| 13 | MCAT Information and Scores | None | |
| 14 | 5/30/08 Neuropsychological Evaluation by Drs. Dushenko and Levine | None | |
| 15 | Boston Naming Test Protocol | None | |
| 16 | 12/07/06 Minnesota Multiphasic Personality Inventory ("MMPI-2) Protocol and Report | None | |
| 17 | 4/2/08 Millon Clinical Multiaxial Inventory-III ("MCMI-III") Protocol and Report | None | |
| 18 | 12/7/06 MCMI-III Protocol and Report | None | |
| 19 | 5/8/08 Connors' Continuous Performance Test II | None | |
| 20 | 6/12/06 Letter enclosing reports from Dr. Aksamit at Mayo Clinic to Jayatilaka | None | |
| 21 | Dr. Levine CV | None | |
| 22 | 12/19/08 Affidavit of Dr. Dushenko | None | |
| 23 | 05/21/08 Neuropsychological Evaluation by Drs. Dushenko and Levine submitted to the NBME December 2008. | None | |
| 24 | 5/2006 Handwritten notes from Dr. Terry L. Higgins, Ph.D. | None | |
| 25 | 3/17/08 Handwritten notes from Dr. Dushenko | None | |
| 26 | Dr. Dushenko CV | None | |
| 27 | MCAT Score Summary | None | |
| 28 | D. Jayatilaka Personal Essay to UAG | None | |
| 29 | 6/30/01 Letter from New York Medical College to UAG | None | |
| 30 | Jayatilaka USMLE Testing History | None | |

831965 v2/HN    3.    **PRE-TRIAL EXHIBIT STIPULATION**
**CASE NO. CV 09-02932 PA (CWx)**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

| Exhibit Number | Document | Objection | Offering Party's Response |
|---|---|---|---|
| 31 | 12/10/95 St. Mary Orthopedic Consultation Report by Dr. David F. Morgan, M.D. | None | |
| 32 | 7/31/06 Mayo Clinic reports from Drs. M.A. Mikhail, M.D. and A. J. Aksamit, M.D. | None | |
| 33 | 4/15/08 Neurologic Consultation from Dr. William Hornstein, M.D. | None | |
| 34 | 7/14/08 Letter from Jayatilaka to NBME | None | |
| 35 | 7/14/08 USMLE Applicant's Request for Test Accommodations by Jayatilaka | None | |
| 36 | 9/16/08 Letter from the NBME to Jayatilaka | None | |
| 37 | 12/22/08 Letter from Mr. Nowak to Ms. Farmer at the NBME | None | |
| 38 | 12/31/08 Handwritten letter from Jayatilaka to Ms. Brooks at the NBME | None | |
| 39 | 4/18/07 Handwritten notes from Dr. Sipich | None | |
| 40 | 2/7/07 Handwritten notes from Dr. Jeckel | None | |
| 41 | 12/17/96 Letter from Dr. William Gorunoff | None | |
| 42 | 06/12/06 Letter from the Mayo Clinic, enclosing reports, to Jayatilaka | None | |
| 43 | St. Mary Medical Center records dated 12/07/95 through 12/10/95 | None | |
| 44 | Dr. Litchford 8/26/08 Report to the NBME | None | |
| 45 | Dr. Nussbaum 01/22/09 Report to the NBME | None | |
| 46 | 02/12/09 Letter from the NBME to Jayatilaka | None | |
| 47 | Dr. Litchford 11/17/09 Supplemental Report | None | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

| Exhibit Number | Document | Objection | Offering Party's Response |
|---|---|---|---|
| 48 | Dr. Litchford CV | None | |
| 49 | Dr. Nussbaum CV | None | |
| 50 | Chart of Neuropsychological Test Scores from 05/21/08 Evaluation | None | |
| 51 | 12/23/08 Letter from the NBME to Jayatilaka | None | |
| 52 | 12/23/08 Email from the NBME to Jayatilaka | None | |

Dated:   February 19, 2009

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)


_____/S/_____
GREGORY C. TENHOFF (154553)
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

Dated:   February 19, 2009

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
VINCENT E. NOWAK (*pro hac vice*)


_____/S/_____
VINCENT E. NOWAK
Attorneys for the Plaintiff
DRUVI JAYATILAKA

831965 v2/HN                               5.                        **PRE-TRIAL EXHIBIT STIPULATION**
                                                                    **CASE NO. CV 09-02932 PA (CWx)**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO