COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA, | Case No. CV 09-02932 PA (CWx) |
| Plaintiff, | **DEFENDANT NBME'S DEPOSITION DESIGNATIONS** |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

**I. DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS DEPOSITION DESIGNATIONS.**

Pursuant to this Court's August 3, 2009 Amended Scheduling Order, Defendant National Board of Medical Examiners hereby submits the following deposition designations to be read into evidence at trial.

**A. Dr. Catherine Farmer.** Deposition excerpts listed below are attached hereto as Exhibit A.

1. 4:8–7:4
2. 12:14–14:12
3. 15:2–21
4. 16:7–22
5. 22:17–27:8

**B. Dr. Andrew Levine.** Deposition excerpts listed below are attached hereto as Exhibit B.

1. 11:5–15
2. 11:21–12:6
3. 13:5–14:19
4. 15:3–13
5. 18:5–23:10
6. 29:25–31:24
7. 35:10–36:19
8. 42:2–43:22
9. 50:18–51:16
10. 62:18–25
11. 63:21–64:1
12. 64:11–20
13. 67:10–69:24
14. 70:19–71:7

| | | |
|---|---|---|
| 15. | 72:5–11 | |
| 16. | 73:16–19 | |
| 17. | 74:23–75:18 | |
| 18. | 77:7–15 | |
| 19. | 81:25–82:16 | |
| 20. | 84:4–85:21 | |
| 21. | 92:18–93:2 | |
| 22. | 94:12-99:25 | |
| 23. | 105:6–11 | |
| 24. | 108:6–111:13 | |
| 25. | 112:4–23 | |
| 26. | 113:3–116:9 | |
| 27. | 116:18–118:18 | |
| 28. | 119:5–121:21 | |
| 29. | 122:9–124:8 | |
| 30. | 125:4–17 | |
| 31. | 126:3–24 | |
| 32. | 144:23–146:20 | |
| 33. | 149:4–150:23 | |
| 34. | 152:15–153:14 | |

//
//
//
//
//
//
//
//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

CASE NO. CV 09-02932 PA (CWX)
DEPOSITION DESIGNATIONS

**C.     Dr. Terrance Dushenko**. Deposition excerpts listed below are attached hereto as Exhibit C.[1]

1. 19:3–18
2. 20:9–21:5
3. 23:1–14
4. 24:9–17
5. 24:21–26:25
6. 27:4–28:23
7. 31:3–33:10
8. 47:18–21
9. 49:20–50:8
10. 55:3–59:16
11. 59:23–61:13
12. 62:16–63:15
13. 66:17–68:25
14. 69:1–71:18
15. 74:7–76:11
16. 76:24–78:6
17. 79:4–80:25
18. 81:6–85:19
19. 93:17–94:9

---

[1] In regards to the testimony of Dr. Terrance Dushenko, Defendant NBME will file a motion in limine on March 1, 2010 to request that the Court order that any further expert testimony by Drs. Dushenko and Levine be precluded on the basis of Plaintiff's failure to designate experts or provide expert reports as required by the Court's August 3, 2009 Amended Scheduling Order.  Based on representations from Plaintiff's counsel, the NBME believes that Jayatilaka only intends to call Dr. Dushenko at trial.  Should the court grant the NBME's motion in limine and permit only deposition designations to be entered for both Drs. Dushenko and Levine, the NBME hereby submit the listed deposition designations for Dr. Dushenko.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

CASE NO. CV 09-02932 PA (CWx)
DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 1 | 20. | 98:8–99:11 |
| 2 | 21. | 101:7–102:10 |
| 3 | 22. | 115:5–119:9 |
| 4 | 23. | 124:15–124:22 |

II. **PLAINTIFF'S OBJECTIONS TO DEFENDANT NBME'S DEPOSITION DESIGNATIONS**.

    A.    **Catherine Farmer.**  None.

    B.    **Andrew Levine.**  None.

    C.    **Terrance Dushenko.**  None.

Dated: February 19, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

/S/
GREGORY C. TENHOFF (154553)
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

Dated: February 19, 2010

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
VINCENT E. NOWAK (*pro hac vice*)

/S/
VINCENT E. NOWAK
Attorneys for the Plaintiff
DRUVI JAYATILAKA

1163885 v2/SF