1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>                Plaintiff,<br><br>        v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>                Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**STIPULATED MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF ANY MEDICAL RECORDS OR TEST RESULTS OF ANY NEUROLOGICAL OR NEUROPSYCHOLOGICAL TESTS OF PLAINTIFF JAYATILAKA WHICH HAVE NOT ALREADY BEEN DISCLOSED AND PRODUCED**<br><br>Date:        March 29, 2010<br>Time:        1:30 p.m.<br>Judge:       Hon. Percy Anderson<br>Trial Date: April 6, 2010 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

807717 /PA

**STIPULATED MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF ANY MEDICAL RECORDS**

1

## TABLE OF CONTENTS

2

**PAGE**

I. INTRODUCTION ...........................................................................................1

II. STIPULATED MOTION .............................................................................1

III. CONCLUSION ...........................................................................................2

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

807717/PA

i.

**STIPULATED MOTION IN LIMINE NO. 4 TO
EXCLUDE EVIDENCE OF ANY MEDICAL
RECORDS  CV 09-02932 PA (CWx)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TABLE OF AUTHORITIES**

**PAGE**

**STATUTES**

42 U.S.C. 12101 ................................................................................................ 1

**OTHER AUTHORITIES**

Federal Rule of Civil Procedure
   26(a) ............................................................................................................ 1
   26(e) ............................................................................................................ 2

Local Rules 6–1 and 7–3 ................................................................................... 1

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

807717/PA

ii.

**STIPULATED MOTION IN LIMINE NO. 4 TO
EXCLUDE EVIDENCE OF ANY MEDICAL
RECORDS  CV 09-02932 PA (CWx)**

1    **I.      INTRODUCTION**

2            Pursuant to Local Rules 6–1 and 7–3, and this Court's August 3, 2009

3    Scheduling Order, the parties have met and conferred and hereby submit this Joint

4    Motion in Limine.

5    **II.     STIPULATED MOTION**

6            One of the central issues in this case is whether Plaintiff Druvi Jayatilaka has

7    a disability under the Americans with Disabilities Act (the "ADA").   Under the

8    ADA, Jayatilaka must show that he has a physical or mental impairment, and that

9    this physical or mental impairment substantially limits him in a major life activity

10   as compared to most people in the general population.  42 U.S.C. 12101.  Proof of

11   such a disability may involve evidence such as medical records, or neurological or

12   neuropsychological test results.

13           As part of his request for double-time accommodations on the United States

14   Medical Licensing Examination (the "USMLE"), which is developed and

15   administered by the NBME, Jayatilaka submitted certain medical records and a

16   report from Drs. Dushenko and Levine which summarized the results of

17   neuropsychological tests administered to Jayatilaka by Dr. Levine in April and May

18   2008.   Since these tests, Jayatilaka has not undergone any additional medical

19   treatment, or neurological/neuropsychological tests, that are relevant to the issues in

20   this case.

21           Discovery closed in this matter on January 25, 2010.  Prior to the close of

22   discovery, the parties exchanged initial disclosures pursuant to Federal Rule of

23   Civil Procedure 26(a).   In addition, Defendant National Board of Medical

24   Examiners ("NBME") served on Jayatilaka a First Request for Production of

25   Documents, which included a request for "All DOCUMENTS constituting,

26   evidencing or referring to any tests, evaluations or diagnoses, by YOU or any third

27   party (other than YOUR counsel), of YOUR alleged disability, including any

28   reports or descriptions of any such tests, evaluations or diagnoses, and any

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

807717/PA                                    1.

STIPULATED MOTION IN LIMINE NO. 4 TO
EXCLUDE EVIDENCE OF ANY MEDICAL
RECORDS  CV 09-02932 PA (CWx)

1  documentation YOU provided to facilitate any such tests, evaluations or

2  diagnoses."

3       Federal Rule of Civil Procedure 26(e) imposes on parties the duty to

4  supplement their discovery responses and disclosures "in a timely manner if the

5  party learns that in some material respect the disclosure or response is incomplete

6  or incorrect, and if the additional or corrective information has not otherwise been

7  made known to the other parties during the discovery process or in writing."

8       Neither party has supplemented their initial disclosures.   In addition,

9  Jayatilaka has not supplemented his response to the NBME's First Request for the

10  Production of Documents.  Both parties seek to ensure that they are not unfairly

11  prejudiced by the introduction of any medical records, or the test results of

12  neurological or neuropsychological tests, that have not already been produced in

13  this case.

14  **III.   CONCLUSION**

15       For the foregoing reasons, the parties hereby stipulate and agree that any

16  medical records, or the results of any neurological or neuropsychological tests,

17  which have not already been disclosed and produced will be inadmissible at trial for

18  any purpose.  They respectfully request this Court issue an Order in accordance

19  with this Stipulated Motion.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

807717/PA

2.

STIPULATED MOTION IN LIMINE NO. 4 TO
EXCLUDE EVIDENCE OF ANY MEDICAL
RECORDS  CV 09-02932 PA (CWx)

1    Dated:   March 1, 2010

2

3

4

5

6

7    Dated:   March 1, 2010

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)


/S/
_____
GREGORY C. TENHOFF (154553)
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL
EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
VINCENT E. NOWAK (*pro hac vice*)


/S/
_____
VINCENT E. NOWAK
Attorneys for the Plaintiff
DRUVI JAYATILAKA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

807717/PA                                          3.

**STIPULATED MOTION IN LIMINE NO. 4 TO
EXCLUDE EVIDENCE OF ANY MEDICAL
RECORDS  CV 09-02932 PA (CWX)**