COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(TENHOFFGC@COOLEY.COM)
WENDY J. BRENNER (198608)
(BRENNERWJ@COOLEY.COM)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**DECLARATION OF WENDY J. BRENNER IN SUPPORT OF NBME's OPPOSITION TO JAYATILAKA's JOINT MOTION IN LIMINE NO. 3 TO EXCLUDE THE OPINIONS AND TESTIMONY OF DEFENDANT's EXPERTS**<br><br>**DATE: MARCH 29, 2010**<br>**TIME: 1:30 P.M.**<br>**JUDGE: HON. PERCY ANDERSON**<br><br>**TRIAL DATE: APRIL 6, 2010** |

I, Wendy J. Brenner, declare:

1.      I am an attorney licensed to practice law in the State of California. I am a partner with the firm of Cooley Godward Kronish LLP, attorneys for Defendant National Board of Medical Examiners (the "NBME"). I have personal knowledge of the facts contained in this declaration and could and would testify competently to the same if called as a witness.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

833715 v2/HN

1.

BRENNER DECL. IN SUPPORT OF OPPOSITION
TO PLAINTIFF'S JOINT MIL NO. 3
CV 09-02932 PA (CWx)

1       **2.**    On or about November 19, 2009, my firm received from Dr. George

2    Litchford, a witness designated by the NBME as an expert in this case, his expert

3    report, titled "Expert Report Under F.R.C.P. 26(a)(2)(B) For National Board of

4    Medical Examiners Expert George Litchford, Ph.D.," and the attachments thereto.

5    On November 30, 2009, I served counsel for Plaintiff Druvi Jayatilaka with this

6    expert report along with the NBME's expert disclosure under F.R.C.P. 26(a)(2)(A).

7    Attached hereto as **Exhibit A** is a true and correct copy of Dr. Litchford's Expert

8    Report including attachments.

9       **3.**    On or about November 19, 2009, my firm received from Dr. Nancy

10    Nussbaum, a witness designated by the NBME as an expert in this case, her expert

11    report, titled "Expert Report Under F.R.C.P. 26(a)(2)(B) For National Board of

12    Medical Examiners Expert Nancy Nussbaum, Ph.D.," and the attachments thereto.

13    On November 30, 2009, I served counsel for Plaintiff Druvi Jayatilaka with this

14    expert report along with the NBME's expert disclosure under F.R.C.P. 26(a)(2)(A).

15    Attached hereto as **Exhibit B** is a true and correct copy of Dr. Nussbaum's Expert

16    Report including attachments.

17       I declare under penalty of perjury under the laws of the United States that the

18    foregoing is true and correct.

19    Executed   this   23rd day   of   February,   2010,   at   New York,

20    New York.

21

22                              Wendy J. Brenner

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

833715 v2/HN

2.

BRENNER DECL. IN SUPPORT OF OPPOSITION
TO PLAINTIFF'S JOINT MIL NO. 3
CV 09-02932 PA (CWx)

# EXHIBIT A

1  COOLEY GODWARD KRONISH LLP
   GREGORY C. TENHOFF (154553)
2  (tenhoffgc@cooley.com)
   WENDY J. BRENNER (198608)
3  (brennerwj@cooley.com)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA 94306-2155
5  Telephone: (650) 843-5000
   Facsimile:  (650) 857-0663
6
   Attorneys for Defendant
7  NATIONAL BOARD OF MEDICAL EXAMINERS

8
                  UNITED STATES DISTRICT COURT
9
                        CENTRAL DISTRICT
10
                        WESTERN DIVISION
11

12
   DRUVI JAYATILAKA,                    Case No. CV 09-02932 PA (CWx)
13
              Plaintiff,                **EXPERT REPORT UNDER F.R.C.P.
14                                       26(a)(2)(B) FOR NATIONAL BOARD
       v.                                OF MEDICAL EXAMINERS EXPERT
15                                       GEORGE LITCHFORD, PH.D.**
   NATIONAL BOARD OF MEDICAL
16 EXAMINERS,

17            Defendant.

18

19 **I.    OPINIONS TO BE EXPRESSED.**

20        A statement of my opinions, and the basis and reasons for such opinions, is

21 attached hereto as Exhibits A and B.

22 **II.   DATA OR OTHER INFORMATION CONSIDERED IN FORMING THE OPINIONS.**

23        In forming my opinions, I reviewed and considered the information

24 submitted by Plaintiff Druvi Jayatilaka ("Plaintiff") to the National Board of

25 Medical Examiners in support of his requests for test accommodations. I have also

26 reviewed the actual test protocols administered to Plaintiff and considered the

27 transcripts from the depositions of the following witnesses: (1) Plaintiff;

28 (2) Andrew Levine, Ph.D.; and (3) Terrance Dushenko, Ph.D.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

                            1.
                        813803 v2/IIN

                        EXPERT REPORT FOR NBME EXPERT
                                   LITCHFORD
                        CV 09-02932 PA (CWx)

                                              A - 1

**III.   QUALIFICATIONS.**

A true and correct copy of my Curriculum Vitae listing my qualifications is attached hereto as Exhibit C.

**IV.   PUBLICATIONS IN PRECEDING TEN YEARS.**

My publications in the last ten years are set forth in my CV attached as Exhibit C.

**V.   COMPENSATION.**

My rate for consultation services in this case was $150 per hour in 2008 and $175 per hour in 2009.   My rate for expert services in conjunction with legal proceedings (including trial and deposition) is $1000 per half day or $2000 per full day, plus expenses.-

**VI.   PRIOR TESTIMONY.**

The cases in which I have previously testified as an expert witness at trial or deposition in the last four years are set forth in my CV attached as Exhibit C.

Dated:        November 19, 2009

George Litchford, Ph.D.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

813803 v2/HN

2.

EXPERT REPORT FOR NBME EXPERT
LITCHFORD
CV 09-02932 PA (CWx)

A - 2

# EXHIBIT A

RECEIVED

AUG ? ? 2008

Disability Services

**GEORGE B. LITCHFORD, JR., PH.D.**

DIPLOMATE IN CLINICAL PSYCHOLOGY
AMERICAN BOARD OF PROFESSIONAL PSYCHOLOGY

67 SOUTH LAKE AVENUE, ALBANY, NY 12203
(518) 449-7317

August 26, 2008

Catherine Farmer, Psy. D.
Director of Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, Pennsylvania 19104

Dear Dr. Farmer:

I am writing you concerning the application of Mr. Druvi Jayatilaka who is applying for special accommodations on the USMLE Step II Clinical Knowledge exam. Mr. Jayatilaka bases his request upon the diagnosis of a Reading Disability and a Mixed Expressive Language Disorder. He reports that he has not received accommodations throughout his educational career from elementary school through medical school and he has not received accommodations on the MCAT or the GRE.

Mr. Jayatilaka has submitted a personal statement; a neuropsychological evaluation performed by Andrew Levine, Ph.D. in April and May 2008; a December 17, 1996 letter from William Gorbunoff, M.D. reporting that he has been under his care for severe headaches resulting from a head trauma and depressed skull fracture; a December 7, 1995 report from David Morgan, M.D. reporting his operation on his depressed skull fracture in the right parietal area; there is also an August 2, 1996 operation report from Dr. Morgan where he was given a cranioplasty operation in the right parietal area. There is also a report of this operation dated August 2, 1996 stating that he was assaulted the day prior to his operation resulting in a compound depressed skull fracture. There is also a June 12, 2006 letter from Allan J. Aksamit, Jr., M.D. reporting that his evaluation at the Mayo Clinic resulted in diagnoses of Post Traumatic Migraine, a history of sleep apnea, and history of closed head trauma with depressed skull fracture. He notes in his report that at the time of the assault there was a significant head trauma but there was not loss of consciousness or seizure or neurological defect. He began having migraines around that time which have lessened over the years. He notes that on rare occasions he has some loss of vision in his left eye which seems to be some blurring in the left eye. He notes that the last time this occurred was when he was preparing to take his medical boards. His examiner notes that his mental status is within the normal range.

In his personal statement, Mr. Jayatilaka reports upon his medical condition and the fact that he's experienced migraines for many years. He notes that he was able to pass the USMLE Step 1 in June of 1999 but has been unable to pass the Step II Clinical Knowledge exam. He reports that his migraines have hindered him from performing well on the exams and, on some

**N041**

**A-4**

Catherine Farmer, Psy. D.
RE: Mr. Druvi Jayatilaka
August 26, 2008

RECEIVED

AUG 2 7 2008

Disability Services

occasions, he could not sit for the exam. He reports that it took 5-6 attempts before he received a passing score on Step 1. It was not until recently that he decided to get a neuropsychological evaluation based on his 1995 injury. He reports the results of a recent neuropsychological evaluation in April of 2008 and notes that he has difficulty with comprehension and written and oral language which is possibly related to his Traumatic Brain Injury. He requests additional standardized testing time as a result of his injuries.

Dr. Levine reports similar information about Mr. Jayatilaka's medical history in that he was diagnosed with Post Traumatic Migraines and had problems with short term memory. The patient himself apparently does not feel he has any cognitive problems which interfere with day to day functioning and he has not had a substantial headache in over a year. He also reports his memory and mental tracking are functional. He reports anxiety about taking the medical licensing exam and also reports difficulty in focusing and concentrating while taking the examination. He reports that Mr. Jayatilaka is a Sri Lankan-American who is primarily English speaking and had no history of neurological or psychological problems prior to his assault in 1995. He reports that since the accident he has become more vigilant towards others and he is more apt to express his feelings physically or verbally rather than keeping them in. He has been seen by a number of psychologists for relaxation training and biofeedback.

He attended the Chadwick Private School in Southern California and had average to above average grades and there was no history of learning disabilities. He attended medical school in Guadalajara, Mexico and performed what he describes as an internship at St. Vincent's Hospital in Staten Island, New York. He spent time in Illinois being a tutor for individuals preparing to take the USMLE examinations and most recently he returned to California and is preparing to study for the USMLE exam.

He reports generally a normal developmental history but did apparently have two concussions playing soccer in high school. He has also suffered a number of sports injuries. He was diagnosed after the 1995 injury with Traumatic Migraines which he reports continued to occur on and off until 2007, especially under stressful conditions. His examiner reports a normal range of behavioral observations and it was his judgment that he put forth a good effort on all of the tests.

He performed within the average range with a Wechsler Adult Intelligence Scale, 3rd Edition (WAIS-III) full scale IQ of 103, with a verbal IQ of 100, and a performance IQ of 107. His WAIS-III cognitive index scores were also very consistent with his full scale IQ being within the average range with the exception of his working memory index, which was in the high average range. He was also administered the Woodcock Johnson Achievement Tests, 3rd Edition (WJ-III) wherein all of his performances were within the average to superior range of functioning including measures of reading, mathematics, and writing ability. The Board should note that his examiner did not indicate whether or not age or grade norms were used for the WJ-III and neuropsychological performances. He also obtained an average range performance on the Wechsler Test of Adult Reading (WTAR).

He was also given a number of tests of attention and working memory including measures of the WAIS-III, the Wechsler Memory Scale, 3rd Edition (WMS-III), and the Delis-Kaplan Executive Functioning Systems Battery. All of his performances in this domain of

**N042**

**A - 5**

Catherine Farmer, Psy. D.
RE: Mr. Druvi Jayatilaka
August 26, 2008

RECEIVED

AUG 2 7 2008

Disability Services

attention and working memory were within the average to superior range of functioning. He was also administered the Connors Continuous Performance Test, 2nd Edition, and his performance was well within normal limits. His examiner notes that he could not demonstrate any deficits in attention or working memory.

He was also given a number of tests of language functioning, the majority of which were well within the average range. He demonstrated some difficulties with verbal fluency on the Delis-Kaplan Battery performing at the 2nd percentile; however, he did not have problems with the Category Fluency which was in the average range. He also had a low average but normal performance on the Boston Word Naming Test. His examiner thought that he demonstrated some expressive language deficits in confrontational naming.

He was also given a number of tests of visual-spatial functioning including the Hooper Visual Organization Test and the WAIS-III perceptual organization index. All of these performances were within the average to above average range of functioning.

He was also administered a number of measures from the Wechsler Memory Scale, 3rd Edition (WMS-III) with a general overall memory index of 105 and all of his WAIS-III memory indices for auditory and visual immediate and delayed memory were within the average to high average range of functioning and entirely consistent with his overall IQ.

He was administered a number of tests of executive functioning, almost all of which were within the normal range of expectations, however on the Wisconsin Card Sorting Test his performance was poor on a number of measures and below the average range. Other measures of executive functioning from the WAIS-III and the Delis-Kaplan battery were generally within the average to above average range with the exception of the verbal fluency subtest for letters. He was given a number of motor measures, generally performing within the average range except for a deficit performance on the Grooved Pegboard with his right hand and on the Finger Tapping Test. Both performances were below the average range of functioning.

In his summary, he notes that he is of average cognitive ability and his attention and working memory functions are average or better. He does report some difficulties with expressive and receptive language functions, particularly on the Boston Word Naming Test. The Board should note, however, that he did not indicate whether age or grade norms were used for this test and difficulties on the verbal fluency test for letters. He notes that his performance on auditory and reading comprehension tests on the Woodcock Johnson is consistent with his intellectual ability. His examiner also noted that his motor performances were impaired but these findings are of "uncertain significance" as he did not report any difficulties with manual activities and his cognitive profile is not indicative of right hemisphere pathology. He notes that his performances on executive functions are generally intact with the exception of some of the subtest performances on the Wisconsin Card Sorting Test. He reports that relative to diagnostic findings, there was not a significant discrepancy between his measured cognitive ability and his achievement and, in fact, his achievement performances exceeded his estimated IQ. He notes that despite the absence of a learning disability he does have areas of deficit previously described that would affect his ability to perform on standardized tests.

**N043**

**A - 6**

Catherine Farmer, Psy. D.
RE:  Mr. Druvi Jayatilaka
August 26, 2008

RECEIVED

AUG 2 7 2008

Disability Services

After carefully reviewing the documentation, I would not recommend granting test accommodations.  Mr. Jayatilaka suffered a traumatic head injury in December 1995 and has had subsequent migraine headaches, although he reports recently these have not been very significant. His psychological test battery suggests average cognitive functioning as measured by the WAIS-III and his performance on the Woodcock Johnson achievement tests is also in the average range or better than his cognitive performances.  His examiner specifically notes that he does not meet criteria for a learning disability.  In general, he notes that his neuropsychological functions are generally within the normal range, especially relative to memory, visio-spatial functions, and attention and working memory.  He did note some difficulties on certain tests and subtests of executive functioning and language, however, test scores in these domains did not seem to have an overall consistent pattern of problematic functioning, and for the most part, his functions appear to be within normal limits.  In addition, any difficulties that may have occurred in the area of language and/or executive functioning did not seem to rise to a level to significantly impact his achievement functioning as evidenced by his average to high average performances on the Woodcock Johnson. 3rd Edition, achievement tests.

Finally, the Board should note his examiner did not indicate whether he used age or grade norms on the Woodcock Johnson Achievement Test and, in addition, on some of the neuropsychological tests he did not indicate whether age or grade norms were used, for example, the Boston Word Naming Test and the motor function tests used in his battery.

Sincerely,

George B. Litchford, Ph.D., ABPP
Diplomate in Clinical Psychology
Consultant to the Board

N044

A - 7

# EXHIBIT B

GEORGE B. LITCHFORD, JR., PH.D.
DIPLOMATE IN CLINICAL PSYCHOLOGY
AMERICAN BOARD OF PROFESSIONAL PSYCHOLOGY

67 SOUTH LAKE AVENUE, ALBANY, NY 12203
(518) 449-7317

November 17, 2009

ADDENDUM to the August 26, 2008 Report to the National Board of Medical Examiners

I am writing this as an addendum to my August 26, 2008 review of Dr. Druvi Jayatilaka's application for special accommodations on the USMLE Step II Clinical Knowledge (CK) exam. In my original letter I had recommended not granting test accommodations based upon the documents I had reviewed in his file. Since my original review, I have received additional documentation pertaining to his application which includes the raw test data from Drs. Dushenko and Levine; the deposition and exhibits conducted with Dr. Jayatilaka on October 8 and 9, 2009; the deposition and exhibits of Dr. Levine conducted on October 7, 2009; and the deposition and exhibits of Dr. Dushenko conducted on October 8, 2009. As a result of reading the new documentation, I would like to add some additional information pertaining to the conclusions and commentary provided in my original report of August 26, 2008.

In my original report I had noted that Dr. Jayatilaka is Sri Lankan-American who is primarily English speaking. Drs. Dushenko and Levine did not comment on whether or not English is a second language in their original report of May 21, 2008. After reviewing the documentation, Dr. Jayatilaka reports that English is his second language that he came from Sri Lanka to the United States at approximately age 2 and didn't learn English until kindergarten or about age 4. He also reports that as a child he spoke Singhalese and that his native language was spoken in the home even after they had moved to the U.S. He believes he became fluent in English by the end of kindergarten or the first grade.

English as a second language is an important issue as it can influence one's performances on verbal tests, especially tests of verbal fluency like the Controlled Oral Fluency Test and word naming tests like the Boston Word Naming Test. He received a below average score on the Controlled Oral Fluency Test that was administered first and a score of 52 out of 60 on the Boston Word Naming Test. These performances may well have been influenced by English as a second language issues.

In addition, based on the depositions of Dr. Levine and Dr. Jayatilaka it is not clear whether the Boston Word Naming Test was administered according to standard procedures as Dr. Levine reports in reviewing the Boston Word Naming Test protocol that he cannot remember whether or not he actually administered the stimulus cues for all of the test items. Dr. Jayatilaka also does not recall whether or not the stimulus cues were administered. It appears from the

Addendum to the August 26, 2008 Report
RE: Dr. Druvi Jayatilaka
November 17, 2009

protocol that stimulus cues may not have been administered for items 34, 47, 50, 56, 57, 58, 59, and 60 on the Boston Word Naming Test, suggesting that his score may well have been higher if standard procedures were used.

Drs. Levine and Dushenko state in their May 21, 2008 report (under behavioral observations) that Dr. Jayatilaka appears to have put forth a good effort on all tests. In reviewing the documentation and the test data administered, it does not appear that his examiners administered any tests of malingering, motivation and/or effort. There are a number of commonly used instruments available which typically are used in neuropsychological evaluations providing information about whether or not the client responded with a sufficient amount of effort and/or whether or not there were any signs of malingering. Dr. Jayatilaka reports in his deposition that, although he was reluctant to take the neuropsychological exam and was receiving some pressure from his parents to take the exam, nevertheless he put forth a good effort on the examination. In my opinion it would have been helpful to have tests of malingering and motivation administered to Dr. Jayatilaka as it would have provided more information about whether or not he was making a good effort on the exam.

Drs. Levine and Dushenko also note in the summary and impressions section of their report that Dr. Jayatilaka on some tests demonstrated varying effort level. They used as an example better performance on reverse span tests (harder) as compared to forward span tests (easier). They also noted that on more difficult tasks he would appear to rise to the challenge and that this was generally reflective of his overall approach during testing.

Dr. Levine in his deposition notes in reviewing the MCMI-III administered by Dr. Praddy (December, 2006) that Dr. Jayatilaka reported more anxiety on that test than he did on the MCMI-III administered by Dr. Levine (April, 2008). He also goes on to report that, although he did not observe any anxiety during the testing, it's conceivable that anxiety could have affected performances and that was one of the reasons why he re-administered the Controlled Oral Fluency Test. Dr. Levine also states that he was unaware of the fact that Dr. Jayatilaka had sought treatment with Dr. Higgins concerning his anxiety about taking the USMLE.

In his deposition Dr. Dushenko on pages 98 and 99 also states that Dr. Jayatilaka, in his opinion, had a high level of generalized anxiety but did not specify whether or not he felt had test anxiety at the time of the exam conducted by Dr. Levine. Dr. Jayatilaka also reports in his deposition that he sought out treatment with Dr. Sipich to help him with test anxiety especially as it related to the USMLE. He also reported that as a result of his consultations with Dr. Sipich and Dr. Higgins he did learn a few techniques to better control his anxiety.

In reviewing the new information related to non-cognitive factors that may have affected his neuropsychological exam, it appears that there may have been some factors relating to effort and/or motivation and anxiety that could have influenced the test scores. Dr. Levine acknowledges that there were some variations in motivation during the testing and, in addition, anxiety may have played a role. Dr. Jayatilaka also reports that he sought out treatment for test

- 2 -

**A - 10**

Addendum to the August 26, 2008 Report
RE: Dr. Druvi Jayatilaka
November 17, 2009

anxiety with Dr. Higgins and Dr. Sipich and in fact learned some techniques to cope with test anxiety. It would have been helpful to have tests of effort or malingering to help better understand whether or not Dr. Jayatilaka put forth sufficient effort on the exam.

Both examiners report that they do not believe that he had a Reading Disorder and/or a Mixed Receptive/Expressive Language Disorder even though this was reported by Dr. Jayatilaka in his July 14, 2008 application to the Board. These diagnoses were not confirmed by Drs. Levine and Dushenko in their depositions or in the May 21, 2008 report. In my review of his documentation, I also did not believe his documentation was consistent with either diagnosis and I did not feel that his reading abilities were impaired as compared to the average person in the general population.

As I noted in my report, his cognitive ability on the Wechsler Adult Intelligence Scale, 3rd Edition (WAIS-III), was in the average range with a full scale IQ of 103, a verbal IQ of 100, and a performance IQ of 107. All of his WAIS-III index scores were in the average range. In addition, he was also administered the Woodcock Johnson Tests of Achievement (WJ-III), using age norms to derive scores, where all of his academic performances were within the average to superior range including measures of reading, mathematics and writing ability. His broad index scores on academic measures as reported on the Woodcock Johnson computer score report (not reported in the testing appendix of Drs. Levine and Dushenko's original report) show his broad reading ability was an average range standard score of 101 to 106, broad math was in the average to high average range with a score between 109 to 114, academic fluency was in the high average to superior range with a score of 116 to 120, academic skills was within the average range of 101 to 104, and math skills were in the high average range between 110 and 115. It is also interesting to note that his subtest scores relative to language fluency and processing were within the high average range: reading fluency, 110 to 114; and writing fluency, 117 to 129. In addition, his Wechsler Test of Adult Reading (WTAR) performance was also in the average range with an estimated IQ of 109. All of these performances, in my opinion, suggest that at the time of the evaluation his reading, writing and mathematic abilities were unimpaired and in the average to high average range depending on the specific measure given. In this regard I do not think his academic abilities, especially reading and writing, are impaired as compared to the average person in the general population.

In reviewing the WAIS-III protocol, it is important to note that Dr. Levine did not give the standard administration of the verbal and performance subtests as he did not administer the verbal comprehension subtest (as part of the verbal scale) and did not administer the Picture Arrangement Subtest as part of the performance scale. It appears that Dr. Levine actually calculated prorated IQ scores as he did not administer all eleven standard tests. He administered five verbal tests, omitting verbal comprehension, and he only administered four of the five performance tests, omitting Picture Arrangement. Neither Drs. Levine nor Dushenko reported that the WAIS-III IQ scores were prorated. He also did not correctly calculate the verbal IQ. In reviewing the actual scale scores (see SD0428) obtained, the sum of verbal tests administered is 65, not 61 (as reported), which results in a prorated verbal IQ of 104 at the 61st percentile and not

- 3 -

Addendum to the August 26, 2008 Report
RE: Dr. Druvi Jayatilaka
November 17, 2009

100 (see SD0427) as reported. The prorated performance IQ was correctly calculated to be 106. However, because of the error with the prorated verbal IQ, the prorated full scale is 106 at the 66th percentile and not 103 as reported. The prorated verbal sum of the scale scores is obtained by adding the scale scores for the five administered tests (54) multiplied by 1.2 = 65. This score (65) is added to the sum of the performance scale scores, 56, to obtain 121 for the sum of the scale scores for the full scale IQ. Using the WAIS-III scoring manual, the scores are then converted to prorated verbal, performance and full scale IQ scores.

In his deposition, Dr. Levine seems to discount the low performances on the Finger Tapping Test at the 3rd percentile using age and grade norms as he said that there may be some days when a poor performance can be attributed to being tired or losing concentration. He notes, in discussing the differences between the 46th percentile performance on the Grooved Pegboard and the Finger Tapping Test for the right hand at the 3rd percentile, that he thinks this discrepancy is just odd. He doesn't necessarily think it's a significant finding. He says he doesn't think it calls into question the integrity of the test procedure as there are going to be some instances when you test someone over three days, where there's going to be poor performances based on being tired or losing concentration.

After reviewing all of the new documentation I continue to believe that Dr. Jayatilaka does not meet criteria for a Reading Disorder and/or a Mixed Receptive/Expressive Language Disorder. In addition, his academic abilities are unimpaired as compared to the average person especially in regard to reading and writing ability with broad index scores on the Woodcock Johnson in the average to high average range. I also believe the administration of the Boston Word Naming Test was problematic and it is highly likely that his actual score is higher than the 52 he obtained. I also believe that the issue of English as a second language could have influenced his performances on the Controlled Oral Fluency Test and the Boston Word Naming Test. In addition, there appears to be some influence of non-cognitive factors relative to motivation and/or anxiety which could have affected his test scores. Finally, as indicated in this report, Dr. Levine's WAIS-III protocol suggests that the verbal performance and full scale IQ's were prorated performances as he did not administer all of the verbal and performance subtests and he miscalculated the verbal IQ.

Sincerely,

George B. Litchford, Ph.D., ABPP
Diplomate in Clinical Psychology
Consultant to the National Board
Of Medical Examiners

- 4 -

# EXHIBIT C

GEORGE B. LITCHFORD, JR.

CONTACT INFORMATION

|  |  |
|---|---|
| Home Address: | 67 South Lake Avenue<br>Albany, New York  12203 |
| Telephone: | (518) 465-0251 [home/fax]<br>(518) 442-4900 [office]<br>(518) 442-4844 [fax - office] |
| Email: | Litchfrd@albany.edu |

EDUCATION

|  |  |
|---|---|
| Postgraduate: | Postdoctoral Fellow in Medical-Clinical Neuropsychology<br>Veteran's Administration Hospital<br>Salt Lake City, Utah  84148<br>November 1982 to August 1983 |
|  | Visiting Scholar<br>University of Utah<br>School of Medicine, Department of Neurology<br>Salt Lake City, Utah  84132<br>November 1982 to November 1983 |
| Graduate: | State University of New York at Albany; Albany, New York<br>Degree:     Ph.D., December 1973<br>Specialization:     Clinical Psychology with elective course work in School<br>                          Psychology |
| Internship: | Clinical Psychology Intern<br>New York University Medical School<br>Bellevue Psychiatric Hospital<br>New York, NY  10016<br>September 1972 to September 1973 |
| Graduate: | Long Island University; C. W. Post Center Greenvale, Long Island  11549<br>Degree:     M.A., June 1970<br>Specialization:     General Experimental Psychology |
| University: | Syracuse University; Syracuse, New York<br>Degree:     B.A., June 1967<br>Major:       Mathematics |

LICENSURES AND CERTIFICATION

New York State Licensed Psychologist, License Number 005053

New York State Permanent Certification as a School Psychologist, Certification Number 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

Health Service Provider in Psychology
National Register of Health Service Providers in Psychology
Certification Number 19028 - HSM (Hospital Staff Membership)

Litchford, George B.
Page 2

**LICENSURES AND CERTIFICATION (Continued)**

New York State Office of Vocational and Educational Services for Individuals With Disabilities:
Approved Neuropsychological Examiner

American Board of Professional Psychology
Diplomate in Clinical Psychology, Certification Number 3319

American Board of Professional Psychology
Examiner for Northeastern Clinical Board

Academy of Clinical Psychology
Fellow, Certificate Number 2032

**AWARDS**

Distinguished Service Award, New York State Psychological Association, 1990.

Distinguished Service Award, Clinical Psychology Division of the New York State Psychological Association, 1990.

Karl F. Heiser Award, American Psychological Association, 1996.

Fulbright Exchange: China, July 2002.

Member, National Academies of Practice, 2007.

**CLINICAL TRAINING AND EXPERIENCE**

Director, Psychological Services Center
State University of New York at Albany
299 Washington Avenue
Albany, New York 12206

Senior Researcher - December, 1992 - Present, permanent appointment; Sabbatical, spring 1998
Research Associate - January 1987 - December 1992

Direct the training clinic for the clinical and counseling psychology programs, supervise and train doctoral students in clinical psychology and counseling psychology

Senior Staff Clinical Psychologist
State University of New York at Albany
University Counseling Center
Health and Counseling Services 219
Albany, New York 12222
January 1974 to January 1987.  Permanent Appointment, 1980; on Sabbatical 1982-83
Service, Teaching, Supervision and Consultation

Consulting Neuropsychologist
Albany Medical Center Hospital
Department of Physical Medicine and Rehabilitation
New Scotland Avenue
Albany, New York 12208
Since September 1985

A - 15

Litchford, George B.
Page 3

## CLINICAL TRAINING AND EXPERIENCE (Continued)

Consulting Psychologist
New York State Board of Law Examiners
7 Executive Centre Drive
Albany, New York 12203-5195
Since January 1995

Consulting Psychologist
Connecticut Board of Law Examiners
East Hartford, CT
Since June 1997

Consulting Psychologist
Massachusetts Board of Law Examiners
Since June 2000

Consulting Psychologist
National Board of Medical Examiners
3750 Market Street
Philadelphia, Pennsylvania  19104
Since March 1996

Consulting Psychologist to the Attorney General=s Office
in the States of Florida, Georgia, and New York on a number of different cases.
Various dates in the last ten years

Consultant to Keiser Consulting
Haverford, Pennsylvania
Review documentation for accommodations under the ADA.
Since 2006

Consulting Psychologist
Association of American Medical Colleges
2450 N Street NW
Washington, DC   20037
Since August 2009

Medical Staff Affiliate
(Consulting Services to Neurosurgery and Psychiatric Liaison)
Albany Medical Center Hospital
Albany, New York  12208
Since 1985

Private Practice
Individual and couples, assessment, neuropsychology, forensic, and learning disability
Albany, New York
Since October 1976

Clinical Psychology
Brief Therapy Project
Albany Medical College
Capital District Psychiatric Center
Albany, New York  12208
October 1977 to June 1978

## FORENSIC EXPERIENCE

Includes clinical neuropsychological, learning disability assessment, and psychological assessment as it

Litchford, George B.
Page 4

is related to professional licensing in law and medicine for accommodations under the Americans with Disabilities Act (ADA), over 1,500 case reviews for The National Board of Medical Examiners and

**FORENSIC EXPERIENCE (Continued)**

the Boards of Law Examiners in New York, Massachusetts and Connecticut, personality assessment (MMPI and Rorschach-Exner System), competency to stand trial, family assessments for Family Court (over 2,000 cases). Testimony given in eight federal appeals and circuit court cases for the National Board of Medical Examiners; a federal death row case, and many local and state cases, mainly involving personal injury.

Testified in the following cases:

*Alexander L. Dogon and Jordan F. Scott v. NBME*
United States District Court District of Massachusetts (Boston) · 98-10967

*Kataycun Goharderakshan v. NBME*
United States District Court Western District of Missouri (Kansas City) · 98-00648

*Michael Gonzalez v. NBME*
United States District Court Eastern District of Michigan · 99-72190

*Bryan David Price, Brian A. Singleton, and Stephen M. Morris v. NBME*
United States District Court Southern District of West Virginia – Huntington Division · 97-0541

*Vincent Biank v. NBME*
United States District Court Northern District of Illinois Eastern Division · 99-3390

*Root v. Georgia State Board of Veterinary Medicine*
United States Court of Appeals for the Eleventh Circuit   00-14751

*United States v. Darryl Pierce* -06-CR-20411-DT

**SUPERVISION**

I have supervised six graduate assistantships for 22 hours per week at the Psychological Services Center on a calendar year basis. The position involves year-long training in psychotherapy, psychological testing, and psychodiagnostic interviews. The training includes 1.5 hours per week of individual supervision plus attendance at a clinical seminar series (2.5 hours per week) on psychotherapy and psychological and neuropsychological assessment. These students currently provide contractual services as part of their responsibility to the Albany County Family Court (125 family assessments and related psychological assessments per year) and we provide all of the psychological services to the Doane Stuart School (Grades Kindergarten - 12). In addition, students provide a range of psychotherapy and testing services, especially learning disabilities and neuropsychological assessments. Students are expected to perform about five comprehensive assessments per year. This supervision responsibility has been a significant component on my position and provides training to pre-internship students -- mainly fourth and fifth year and some post-internship. Previous service contracts include neuropsychological and psychological services to Sunnyview Rehabilitation Hospital in Schenectady, New York; psychological services to Four Winds Psychiatric Hospital in Saratoga Springs, New York; neuropsychological services to New Medico in Troy, New York; psychological evaluations and counseling to the Albany Hebrew Academy and St. Gregory=s School; psychological evaluations for a local adolescent preventative mental health service and psychological services to Promenade Hill, an agency for developmentally disabled adults, in Columbia County, New York. I also provide supervision and consultation on an as-needed basis to faculty, especially unlicensed. I have supervised over 130 half-time graduate assistants.

Litchford, George B.
Page 5

## TEACHING EXPERIENCE

Psychology Department (Clinical Program) and Counseling Psychology Department
State University of New York at Albany
    (Supervision of Clinical and Counseling Psychology Students, Practicum Training, Dissertation
    Committees, and Directed Study)

Courses taught:

1. Psychotherapy Technique:  An Introduction (ECPS 627)
2. Brief, Emergency and Short Term Psychotherapy (ECPS 617)
3. Psychological Development in Young Adulthood (ECPS 487)
4. Directed Study
5. Advanced Practicum

Assistant Clinical Professor
Department of Psychiatry
Albany Medical College
Albany, New York  12208
Since December 1984
    Teaching clinical neuropsychology seminar in psychology internship program and in-service
    seminars for Capital District Psychiatric Center staff
    Chair, 10-Year Internship Review Committee

Adjunct Clinical Professor
Department of Educational and Counseling Psychology
University at Albany

## RESEARCH EXPERIENCE

Membership on about 20 Doctoral Dissertation Committees in Clinical and Counseling Psychology at
Albany in the past ten years.

Graduate Fellowship with James C. Mancuso, Ph.D.
Professor, Psychology Department
State University of New York at Albany
    Research in person perception:  Public's use of mental illness concept  1970-1972

Graduate Research Assistantship with Audrey Haber, Ph.D.
Psychology Department
Long Island University
    Personality Testing Research  Academic Year 1968-69

Ph.D. Thesis (1973)
Major Professor:  James C. Mancuso, Ph.D.
    Mental Health-Illness Judgments as a Function of Systematic Variation in Personal Involvement

M.A. Thesis 1970
Major Professor:  Richard P. Runyan, Ph.D.
    Elimination of the Illusory Effect Within the Sander Configuration

## RESEARCH PUBLICATIONS

Mancuso, J. C.; Litchford, G. B.; Yaffee, P. E.; and DiCiurcio, T. L.  To measure attributed mental illness.
Journal of Personality, 1980, 48:3, pp. 273-283.

A - 18

Litchford, George B.
Page 6

## RESEARCH PUBLICATIONS (Continued)

Mancuso, J. C.; Litchford, G. B.; Wilson, S. D.; Harrigan, J.; and Lehrer, R.  Internal Inference of Mental Illness from Non-Involvement.  Journal of Personality, 1983, 51, pp. 49-61.

## PROFESSIONAL PRESENTATIONS

ARecent Federal Court Decisions Concerning the Learning Disability Diagnosis and the Americans with Disabilities Act: The Bartlett and Gonzalez Cases@
Presented at the University at Albany Psychology Department Colloquium; November 2000

AAnalysis of Bartlett Case for Purpose of Granting Accommodations Under the ADA@
Presented to the Annual Meeting of Consultants to the National Board of Medical Examiners; December 1998

AUse of the Nelson-Denny Reading Test and the Heaton Comprehensive Neuropsychological Norms in Psychological Evaluations Used to Grant Accommodations Under the ADA@
Annual meeting of consultants to the National Board of Medical Examiners; December 1997

AChallenges to NYSPA for the 1990s@
Presidential address, NYSPA Annual Meeting; May 1993

"Professional Psychology in New York"
Hudson Valley Psychological Association; October 1992
Psychological Association of Northeastern New York; March 1993
Westchester Psychological Association; May 1993

APsychotherapy Issues in the Treatment of Persons With a History of Psychological Abuse@
NYSPA Annual Meeting; May 1992

"Legal and Professional Issues Facing Psychology"
Downstate Chief Psychologists; October 1991

"Legal and Professional Issue Facing Psychology"
Department of Counseling Psychology, Colloquium; September 1990

"The Role of the Lobbyist in Professional Psychology"
New York State Psychological Association
Annual Convention; April 1990

"Professional and Legislative Issues in New York State"
New York State Psychological Association
Annual Convention; April 1989

"Legislative Issues in New York Effecting Psychology"
Psychological Association of Northeastern New York, April 1988

"Neuropsychological Assessment"
Grand Rounds
Department of Physical Medicine and Rehabilitation
Albany Medical School
Albany, New York  12208; November 1985

**A - 19**

Litchford, George B.
Page 7

## PROFESSIONAL PRESENTATIONS (Continued)

"Neuropsychological Assessment:  Short Course"
Presented to the Division of Psychology Staff
Albany Medical College
Department of Psychiatry
Albany, New York 12208; June 1984

"Role and Function of Psychologists in Counseling and Student Mental Health Centers in Public and
Private Institutions"
New York State Psychological Association 1984 Convention
New York, New York; April 1984

"Neuropsychological Assessment:  A Short Course"
Presented to Clinical Psychology Internship Program
Albany Medical College
Department of Psychiatry
Albany, New York  12208; January 1984

"Adjustment of Major Life Transitions:  A Clinical and Research Approach"
Presented at the University of Utah
Department of Educational Psychology; February 1982

"The Reluctant Psychotherapy Patient:  Factors Other Than Resistance
Presented at SUNY-Cobleskill
Schoharie County Mental Health Clinic and SUNY Cobleskill
Counseling Center Professional Development Workshop
Cobleskill, New York  12043; May 1978

Career Counselors Workshop:  A Three-Day Course"
Saratoga, New York; June 1978 Organized and Conducted Seminar

"Psychological Assessment for Psychotherapy with a University Based Population"
Presented at SUC Plattsburgh
SUNY Counselor Workshop
Plattsburgh, New York; October 1974

## PROFESSIONAL ORGANIZATIONS

American Psychological Association Member:  Divisions 12, 40 and 51

National Academy of Neuropsychology, Member

New York State Psychological Association

1. Representative to Council, 1980 - 1987
2. Co-chair, Legal/Legislative Committee, 1986 - 1991
3. Various Task Forces, including lobbying and membership
4. President-elect, 1991 - 1992
5. President, 1992 - 1993
6. Past President, 1993 - 1994
7. Chair, Ethics Review Committee, 1994 - 1995
8. Member of Task Forces on Structure and Function of the Organization, 1996-98

Psychological Association of Northeastern New York
Also Director 1977-78; President-Elect, 1978-79; President, 1979-80; and NYSPA Representative,
1980-87

**A - 20**

Litchford, George B.
Page 8

## ORGANIZATIONAL AND COMMITTEE WORK - SERVICE ON FOLLOWING COMMITTEES

State University of New York at Albany
1400 Washington Avenue
Albany, New York  12222

### Student Affairs Division

Member of S.A. Planning and Priority Group
Member of Counseling Center Review Committee
Chair, S.A. Program Development Committee
Member, Educational Development Task Force

### University Wide

Council on Academic Freedom and Ethics; Member and Chairperson
Health Science Seminar; University Seminars, Chair
Promotion Review Panel; Term Appointment
University Seminar Series, Coordinator of Series
Educational Policy Sub-Committee on Evaluation
Classification Committee with UUP Contract

### Albany Medical College, Department of Psychiatry

Chaired the Psychology Internship Review Committee for the Division of Psychology at the
Medical College and the Psychology Department at the Albany Veterans Hospital (1991)
Search Committee Psychiatry Department Chair (2002)

## CONSULTING WORK

Professional Examination Service, New York, New York.  National Exam in Psychology.  Albany Medical
Center Hospital.

New York State Department of Health.  Member of Psychology Access Review Committee.
1994 - March 2002

## CONTINUING EDUCATION - SIGNIFICANT TRAINING EXPERIENCES

### Neuropsychology

Halstead-Reitan Neuropsychological Test Battery -- four advanced training workshops given by Ralph
Reitan, Ph.D., Laboratories.

Luria-Nebraska Basic Workshop (week-long) taught by Charles Golden, Ph.D.

Use of the Benton Neuropsychological Test (week-long) taught by Arthur Benton, Ph.D.

### Exner-Rorschach

Seven advanced workshops given by Rorschach Workshops, including advanced interpretation and
treatment planning, child and adolescent, and neuropsychology.

Litchford. George B.
Page 9

## CONTINUING EDUCATION - SIGNIFICANT TRAINING EXPERIENCES (Continued)
### Couples/Marital Therapy

Year-long course on Couples Therapy Using Imago Therapy Approach taught by Eva-Reid Hammer, M.A.

Basic Week-Long Seminar with Harville Hendrix, Ph.D.

### Group Therapy

Week-long training in Expressive Group Therapy (Bion approach) taught by Menninger Foundation.

### Brief and Short-Term Therapy

Short-term therapy - week-long workshop with Davenloo and Malan in addition to other workshops.

### Long-Term Therapy

Member of peer consultation group for 20 years to discuss psychotherapy treatment cases.

# EXHIBIT B

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(tenhoffgc@cooley.com)
WENDY J. BRENNER (198608)
(brennerwj@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**EXPERT REPORT UNDER F.R.C.P. 26(a)(2)(B) FOR NATIONAL BOARD OF MEDICAL EXAMINERS EXPERT NANCY NUSSBAUM, PH.D.** |

## I.   OPINIONS TO BE EXPRESSED.

A statement of my opinions, and the basis and reasons for such opinions, is attached hereto as Exhibit A.

## II.   DATA OR OTHER INFORMATION CONSIDERED IN FORMING THE OPINIONS.

In forming my opinions, I reviewed and considered the information submitted by Plaintiff Druvi Jayatilaka to the National Board of Medical Examiners in support of his requests for test accommodations.   I have also reviewed and considered the transcripts from the depositions of the following witnesses:   (1) Plaintiff; (2) Andrew Levine, Ph.D.; and (3) Terrance Dushenko, Ph.D.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

805475 v1/PA

1.

EXPERT REPORT FOR NBME EXPERT
NUSSBAUM
CV 09-02932 PA (CWx)

B - 1

### III. QUALIFICATIONS.

A true and correct copy of my Curriculum Vitae listing my qualifications is attached hereto as Exhibit B.

### IV. PUBLICATIONS IN PRECEDING TEN YEARS.

My publications in the last ten years are set forth in my CV attached as Exhibit B.

### V. COMPENSATION.

My rate for expert services in this case is $250 per hour for study and $500 per hour for testimony, plus expenses.

### VI. PRIOR TESTIMONY.

Since 2006, I have testified as an expert witness at trial or deposition in the following cases:  Gabriel Zeifman, Shawn Harty, Jose Carrasco, John Orr, Max Popov & Hannah Stritzinger.   I cannot provide information pre-dating 2006 because my records do not pre-date 2006.

Dated:       November /9, 2009

_____

Nancy Nussbaum, Ph.D.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

805475 v1/PA

2.

EXPERT REPORT FOR NBME EXPERT
NUSSBAUM
CV 09-02932 PA (CWx)

B - 2

# EXHIBIT A

**Austin Neuropsychology, PLLC**
Office:   711 W. 38ᵗʰ St., Bldg F-2, Austin, TX 78705
Mailing:  P.O. Box 303395 Austin, TX 78703
Phone:   (512) 637-5841
FAX:     (512) 637-5997

Nancy L. Nussbaum, Ph.D., ABPP-CN
David M. Tucker, Ph.D., ABPP-CN
Melissa R. Burmner, Ph.D., ABPP-CN

January 22, 2009

Catherine Farmer, Psy.D.
Manager, Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

Re:   Druvi A. Jayatilaka

Dear Dr. Farmer:

I have reviewed the materials submitted by Mr. Jayatilaka (dob: 10/21/1969) who is
requesting special accommodations for the United States Medical Licensing
Examination (USMLE) Step 2 based on the diagnosis of a Cognitive Disorder Not
Otherwise Specified, which is the purported consequence of a traumatic brain injury.
The materials that I have reviewed include:

1. Letter, from Dr. Farmer to myself, Dr. Nussbaum, 01/13/2009
2. Letter, from Mr. Jayatilaka to Ms. Brooks, 12/31/2008
3. E-Mail, from Ms. Brooks to Mr. Jayatilaka, 12/23/2008
4. Letter, from Ms. Brooks to Mr. Jayatilaka, 12/23/2008
5. Letter, from Mr. Nowak to Ms. Farmer, 12/22/2008
6. Affidavit of Terrance Dushenko, Ph.D., 12/19/2008
7. Neuropsychological evaluation, Terrance Dushenko, Ph.D., & Andrew Levine,
   Ph.D., report date 05/21/2008
8. Letter, William Gurbunoff, M.D., 12/17/1996
9. Operative report, elevation debridement of compound depressed skull fracture,
   right parietal, 12/07/1995
10. Operative report, cranioplasty, right parietal, 08/02/1996
11. History and physical, St. Mary Medical Center, David F., Morgan, M.D.,
    08/02/1996
12. Discharge summary, David F. Morgan, M.D., 08/04/1996
13. Orthopedic consultation report, James B. Roe, M.D., 12/10/1995
14. Letter from Allen Aksamit, Jr., M.D., Mayo Clinic, to Mr. Jayatilaka 06/12/2006
15. Clinical documents, Mayo Clinic, 06/08/2006
16. Letter, from Mr. Jayatilaka to NBME, 07/14/2008
17. USMLE, Applicant's Request for Test Accommodations, 07/17/2008

The following responses are based on my review of the documentation referred to
above. It is important to note that my opinions are not meant to diagnose this individual

**N082**   FEE

*Disability Services*

**B - 4**

Re: Druvi Jayatilaka
Page 2

These opinions are based on the review of records, and I did not conduct an interview or evaluation with Mr. Jayatilaka. The purpose of the review is to address the adequacy of Mr. Jayatilaka's records to document the diagnosis and rationale for accommodations requested, and to determine whether this documentation meets that standards of the Americans with Disabilities Act (ADA) Amendments Act of 2008.

After reviewing all of the records available to me, it is my opinion that Mr. Jayatilaka's documentation does not provide sufficient support for the diagnosis of a disorder that qualifies as a disability requiring accommodations on the USMLE. Specifically, I was looking for documentation that 1) supported the diagnosis of a Cognitive Disorder, Not Otherwise Specified related to a traumatic brain injury, and 2) could be classified as a disability that would provide a rationale for the accommodation of extended time that has been requested for the USMLE. In my review of the records, I have found the documentation to be insufficient to document a disability that would justify accommodations on the USMLE.

### Diagnosis of Cognitive Disorder, NOS related to traumatic brain injury

Records indicate that Mr. Jayatilaka suffered a depressed right parietal skull fracture on 12/07/1995. There was no reported loss of consciousness and no reported posttraumatic amnesia. Detailed information regarding Mr. Jayatilaka's injury and treatment are available in his records. Mr. Jayatilaka underwent a neuropsychological evaluation in May 2008.

In Dr. Dushenko's neuropsychological evaluation report, he indicated that Mr. Jayatilaka, "does not feel he currently has significant cognitive problems that interfere with his day-to-day functioning"..."he has not had a substantial headache in over a year and feels that his memory and mental tracking are functional."

The following notable findings were reported:

- "Scores on test of visual abilities were consistently better than those of language.
- Auditory and reading comprehension ability that is below expectation considering his educational attainment.
- Below expectation spelling ability, considering educational attainment.
- Below average functioning in both expressive and reception language, with notable difficulty retrieving words within a reasonable time.
- Difficulties with adaptability and mental flexibility.
- Marked slowing, with considerable slower dexterity on left hand."

In my review of the results of Mr. Jayatilaka's neuropsychological test results, the following findings are not generally consistent with a traumatic brain injury:
- Relatively good performance on the Working Memory Index from the WAIS-III.
- Average performance on the Processing Speed Index from the WAIS-III, with no impairment noted on Digit Symbol Coding, which is typically found to be sensitive to organic dysfunction, especially traumatic brain injury.
- Attention within normal limits.

RECEIVED

FEB 27 09

Disability Services

**N083**

Re:  Druvi Jayatilaka
Page 3

- Good reaction time on the CPT-II.
- Intact visuospatial functioning.

## Functional Impairment

Even if the Cognitive Disorder, NOS diagnosis is accepted, Mr. Jayatilaka still must show that he is substantially limited in a major life activity in order to document a disability that would require accommodations on the USMLE.  In other words, he must demonstrate functional impairment (e.g., impaired reading speed or comprehension) that would provide a rationale for the accommodation of extended time on the USMLE. Mr. Jayatilaka's academic skills as measured by the Woodcock-Johnson III Tests of Achievement were found to be at least in the average range.  In particular, his performance on the Letter-Word Identification subtest was at the 52nd percentile, Reading Fluency was at the 78th percentile, and Passage (reading) Comprehension was at the 42nd percentile.  The rationale for accommodation of extended time cannot be established with this data if the "average person" is the standard used to demonstrate disability.  Although Mr. Jayatilaka's performance in some areas of the WJ-III may have been below expectations for his educational attainment, his skills and performance are not below what would be expected for the average person.  In addition, as noted previously, Mr. Jayatilaka indicated that he did not feel that he had significant problems that interfered with his day-to-day functioning, and he felt that his memory and mental tracking were functional.

In summary, there is not clear evidence of functional impairment that would provide a rationale for the accommodation of extended time on the USMLE.  It is my opinion that Mr. Jayatilaka's documentation does not provide sufficient support for the diagnosis of a disorder that qualifies as a disability requiring accommodations on the USMLE.

The expert opinions expressed above are based on information and data available as of 01/22/2008.  I reserve the right to revise these opinions based on new information or data.

Sincerely,

Nancy L. Nussbaum, Ph.D., ABPP-CN
Licensed Psychologist
Diplomate in Clinical Neuropsychology, ABPP

NLN:jw

N084

B - 6

# EXHIBIT B

July 2009

# VITA

NAME:              Nancy L. Nussbaum, Ph.D., ABPP-CN
                   Licensed Psychologist
                   Diplomate in Clinical Neuropsychology

OFFICE CONTACT: Austin Neuropsychology, PLLC
                   711 F-2 West 38th Street
                   Austin, Texas  78705
                   (512) 637-5841

## EDUCATION

B.S.               Cum Laude, Psychology
                   Louisiana State University
                   May 1979

Ph.D.              Area II
                   (Developmental Neuropsychology)
                   Educational Psychology Department
                   University of Texas at Austin
                   May 1986

Post-Doctorate            Post Doctoral Intern in Child Neuropsychology
                   Austin Neurological Clinic, Austin, Texas
                   May 1986 to 1987
                   Supervisor:  Erin D. Bigler, Ph.D.

## PROFESSIONAL EXPERIENCE

2007-Present       Clinical Neuropsychologist in Private Practice
                   Austin Neuropsychology, PLLC
                   Austin, Texas

2007-Present       Lecturer
                   University of Texas at Austin
                   Austin, Texas

1987-2006          Clinical Neuropsychologist in Private Practice

Austin Neurological Clinic
Austin, Texas

1999-2006          Consultant, Learning Disability Expert
                   Texas Board of Law Examiners

1994-2005          Consultant, Neuropsychological Expert
                   Men's Athletics, University of Texas at Austin

1984-1987          Research Assistant/Psychometrist in
                   Neuropsychological Assessment
                   Austin Neurological Clinic
                   Austin, Texas
                   Supervisor:  Erin D. Bigler, Ph.D.

1981-1984          Research Assistant
                   Educational Psychology Department
                   University of Texas at Austin
                   Austin, Texas
                   Supervisor:  Rico Ainslie, Ph.D.

1979-1981          Registered Therapist
                   Infant-Parent Training Center
                   Texas Mental Health and Mental Retardation
                   Authority
                   Houston, Texas

## PSYCHOLOGY CERTIFICATION

State of Texas, License #23369

## PUBLICATIONS

## MONOGRAPH

Nussbaum, N.L. & Bigler, E.D. (1989).  Identification and Treatment of Attention Deficit Disorder. Austin, Texas:  PRO-ED.

## BOOK CHAPTERS / ENTRIES

Bigler, E.D. & Nussbaum, N.L. (1989).  Child neuropsychology in the private medical practice. C.R. Reynolds & E. Fletcher-Janzen (Eds.), Handbook of Child Clinical Neuropsychology. New York:  Plenum Press.

Bigler, E.D., Nussbaum, N.L., & Foley, H.A. (1997). Child neuropsychology in the private medical practice. C.R. Reynold & E. Fletcher-Janzen (Eds.). Handbook of Child Clinical Neuropsychology 2nd Edition. New York: Plenum Press.

Nussbaum, N.L. & Bigler, E.D. (1989). Halstead-Reitan Neuropsychological Test Battery for Children. C.R. Reynolds & E. Fletcher-Janzen (Eds.), Handbook of Child Clinical Neuropsychology. New York: Plenum Press.

Nussbaum, N.L. & Bigler, E.D. (1997). Halstead-Reitan Neuropsychological Test Battery for Children. C.R. Reynolds & E. Fletcher-Janzen (Eds.), Handbook of Child Clinical Neuropsychology 2nd Edition. New York: Plenum Press.

Nussbaum, N.L. (2003). Contributing Editor. C.R. Reynolds & E. Fletcher-Janzen (Eds.), The Diagnostic Manual of Childhood Disorders: Clinical and Special Education Applications. New York: John Wiley & Sons, Publishers.

Nussbaum, N.L. (2003). Albinism. C.R. Reynolds & E. Fletcher-Janzen (Eds.), The Diagnostic Manual of Childhood Disorders: Clinical and Special Education Applications. New York: John Wiley & Sons, Publishers.

Nussbaum, N.L. & Bunner, M (2009). Halstead-Reitan Neuropsychological Test Battery for Children. C.R. Reynolds & E. Fletcher-Janzen (Eds.), Handbook of Child Clinical Neuropsychology 2nd Edition. New York: Plenum Press.

Nussbaum, N.L., Christopher, G., & Van Horn Kerne, V (in press). Major Structural Anomalies of the Neocortext. S. Goldstein & C. R. Reynolds (Eds.), Handbook of Neurodevelopmental and Genetic Disorders in Children - 2nd Edition. Guilford Publications, Inc.: New York.

Nussbaum, N.L. & Sheppard, K. (2009). The neuropsychology of ADHD in females. E. Fletcher-Janzen (Ed.), The Neuropsychology of Women. New York: Plenum Press.

Steinman, D. R. & Nussbaum, N.L. (2003). Cafe au Lait Spots. C.R. Reynolds & E. Fletcher-Janzen (Eds.), The Diagnostic Manual of Childhood Disorders: Clinical and Special Education Applications. New York: John Wiley & Sons, Publishers.

Sherman, V. & Nussbaum, N.L. (2003). Neurofibromatosis Type 2. C.R. Reynolds & E. Fletcher-Janzen (Eds.), The Diagnostic Manual of Childhood Disorders: Clinical and Special Education Applications. New York: John Wiley & Sons, Publishers.

**ARTICLES**

Bigler, E.D., Rosenstein, L.D., Roman, M., & Nussbaum, N.L. (1988). The clinical significance of congenital agenesis of the corpus callosum. Archives of Clinical Neuropsychology, 3, 1-12.

Grant, M.L., McNelly, M., Stavinoha, P., & Nussbaum, N.L. (1992). A comparison of response behaviors on a continuous performance task in children with attention-deficit disorder with and without hyperactivity. ADHD/Hyperactivity Newsletter.

Grant, M.L., Hai, D., Nussbaum, N.L., & Bigler, E.D. (1990). The Relationship between continuous performance tasks and neuropsychological test in children with Attention-deficit Hyperactivity Disorder. Perceptual and Motor Skills, 70, 435-445.

Massman, P.J. Nussbaum, N.L., & Bigler, E.D. (1988). The mediating effect of age on the relationship between Child Behavior Checklist hyperactivity scores and neuropsychological test performance. Journal of Abnormal Child Psychology, 16, (1), 89-95.

Nussbaum, N.L. (in press). Phineas Gage Meets 21st Century Neuroscience. [Review of the book Executive functions and the frontal lobes: A lifespan perspective]. Journal of the International Neuropsychological Society.

Nussbaum, N.L. (1999). Review of the Test of Adolescent/Adult Word Finding by D.J. German. Journal of Psychoeducational Assessment.

Nussbaum, N.L., Grant, M.L., Roman, M.J., Poole, J.H. & Bigler, E.D. (1990). Attention Deficit Disorder and the mediating effect of age on academic and behavioral variables. Journal of Developmental and Behavioral Pediatrics, 11, (1), 22-27.

Nussbaum, N.L., (1988). Attention-deficit Hyperactivity Disorder. Texas Preventable Disease News, 48, (15).

Nussbaum, N.L., Bigler, E.D., Ingram, J.W., Rosa, L. & Massman, P.J. (1988). Personality/behavioral characteristics in children: Differential effects of putative anterior versus posterior cerebral asymmetry. Archives of Clinical Neuropsychology, 3, 127-135.

Nussbaum, N.L. & Bigler, E.D. (1986). Neuropsychological and behavioral profiles of empirically derived subgroups of learning disabled children. International Journal of Clinical Neuropsychology, 8, 82-89.

Nussbaum, N.L., Bigler, E.D. & Koch, W. (1986). Neuropsychologically derived subgroups of learning disabled children: Personality/behavioral dimensions. Journal of Research and Development in Education, 19, 57-67.

Nussbaum, N.L. & Bigler, E.D. (1985). Neuropsychological and personality/behavioral profiles in learning disabled children derived from cluster analysis. International Journal of Clinical Neuropsychology, (abstract), 7, 67-68.

Oakland, T., Black, J., Stanford, G., Nussbaum, N., Balise, R. (1998). An evaluation of the dyslexia training program: A multisensory method for promoting reading in students with reading disabilities. Journal of Learning Disabilities, 31, 140-147.

## PAPERS/POSTERS PRESENTED

Beckner, V.E., Nussbaum, N.L. (2001). Neuropsychological findings of 6 children exposed to toxigenic fungi. Presented at the National Academy of Neuropsychology, San Francisco, California

Butcher, B., Nussbaum, N.L. (2009). Neuropsychological constructs of attention in children with Nonverbal Learning Disability and Attention-Deficit/Hyperactivity Disorder. Presented at the Thirty-seventh Annual Meeting of the International Neuropsychological Society, Atlanta, Georgia.

Grant, M.L., McNelly, M., Stavinoha, P.L., Nussbaum, N.L. & Bigler, E.D. (1992). A comparison of response behaviors on a continuous performance task in children with attention-deficit disorder with and without hyperactivity. Presented at the Twentieth Annual Meeting of the International Neuropsychological Society, San Diego, California

Grant, M.L., Hai, D., Nussbaum, N.L. & Bigler, E.D. (1990). The concurrent validity of continuous performance and traditional neuropsychological measures in Attention-Deficit Hyperactivity Disorder and Learning disabilities. Presented at the International Neuropsychological Society, Orlando, Florida.

Grant, M.L., Nussbaum, N.L. & Roman, M.J. (1987). The relationship among age and academic achievement and behavioral/emotional variables in children with Attention/Deficit Disorders. Presented at the Twenty-Third Annual Texas Association for Children and Adults with Learning Disabilities Conference, Austin, Texas.

Guy, K.L., Nussbaum, N.L., Wilson, K.D. (2002). Nonverbal cognitive ability and math performance in children with NVLD features. Presented at the National Academy of Neuropsychology, Miami, Florida.

Kayser, K. A., Lane, S. E., Austin, C. A., Nussbaum, N. L. (2009). The effect of executive functioning and language on spelling measures in an ADHD sample. Presented at the American Academy of Clinical Neuropsychology, San Diego, California.

More, S.J., Nussbaum, N.L. (2002). Neurocognitive Differences in Attention-Deficit/Hyperactivity Disorder in Adults with and without Reading Disability. Presented at the National Academy of Neuropsychology, 2002, Miami, Florida

Nussbaum, N.L., Browne, R., Stanford, G., Oakland, T., Black, J., & Balise, R. (1999). The relationship between neuropsychological variables and reading/spelling variables in a severely dyslexic samples. Presented at the National Academy of Neuropsychology, San Antonio, Texas

Nussbaum, N.L., Browne, R., Stanford, G., Oakland, T., Black, J., & Balise, R. (1999). Neuropsychological characteristics of severely dyslexic children who demonstrate substantial improvement in reading. Presented at the National Academy of Neuropsychology, San Antonio, Texas

Nussbaum, N.L. (1990). Past contributions to and future agenda for learning disabilities: Insights from three perspectives. Presented at the Twelfth International Conference on Learning Disabilities, October, Austin, Texas.

Nussbaum, N.L., Roman, M.J., Grant, M.L. & Bigler, E.D. (1988). Attention deficit disorder and the mediating effect of age on academic behavioral variables. Presented at the Sixteenth Annual Meeting of the International Neuropsychological Society, New Orleans, Louisiana.

Nussbaum, N.L., Morris, J. & Bigler, E.D. (1987). The relationship of the K-ABC and the WISC-R to selected achievement measures. Presented at the International Association of Children and Adults with Learning Disabilities, February, San Antonio, Texas.

Nussbaum, N.L. & Bigler, E.D. (1984). Children's learning disabilities in relation to personality and behavioral characteristics. Presented at the American Educational Research Association Annual Meeting, April, New Orleans, Louisiana.

O'Donnell, L. & Nussbaum, N.L. (1998). Children with neurodevelopmental disorders and learning performance patterns on the CVLT-C. Presented at the Annual Meeting of the National Academy of Neuropsychology, Washington, D.C.

O'Donnell, L. & Nussbaum, N.L. (1998). TOMAL performance patterns shown by children with neurodevelopmental disorders. Presented at the Annual Meeting of the National Academy of Neuropsychology, Washington, D.C.

Roman, M.J., Nussbaum, N.L., Grant, M.L. & Bigler, E.D. (1990). A comparison of neuropsychological performance in boys and girls with attention-deficit hyperactivity disorder. Presented at the International Neuropsychological Society, Orlando, Florida.

Roman, M.J., Grant, M.L., Nussbaum, N.L., Poole, J.W. & Bigler, E.D. (1989). Attention deficit disorder an the mediating effect of age on neuropsychological test performance. Presented at the International Neuropsychological Society, Vancouver, Canada.

Roman, M.J., Nussbaum, N.L. & Bigler, E.D. (1988). Neuropsychological findings in a case of occipital encephalocele. Presented at the Sixteenth Annual Meeting of the International Neuropsychological Society, New Orleans, Louisiana.

Shepard, K., Nussbaum, N.L. (2006). Are processing speed difficulties related to attentional problems? Presented at the 2006 Meeting of the American Psychological Association, New Orleans, Louisiana.

Shepard, K., Nussbaum, N.L. (2007). Does Slow Processing Speed Predict Inattention? Presented at the 2007 Meeting of the International Neuropsychological Society, Portland, Oregon.

Shepard, K., Nussbaum, N.L. (2007). Processing Speed, Inattentive Symptoms and Academic Achievement. Presented at the 2007 Meeting of the American Psychological Association, San Francisco, California.

Snell, W.E., Nussbaum, N.L. & Dance, S. (1994). A multi-dimensional scaling analysis of the Halstead-Reitan Neuropsychological Test Battery. Presented at the Thirteenth Annual Meeting of the Southwestern Psychological Association, April, New Orleans, Louisiana.

Van Horn Kerne, V., Nussbaum, N. L. (2009) Pediatric Autoimmune Neuropsychiatric Disorder Associated with Streptococcus (PANDAS): A Case Study. Presented at the American Academy of Clinical Neuropsychology, San Diego, California.

Wellington, T. M. & Nussbaum, N.L. (2005). The effects of symptoms of inattention on Digit Span performance from the WISC-IV in a clinical population. Presented at the National Academy of Neuropsychology, Tampa, Florida.

Wilson, K.D., Guy, K.L., Nussbaum, N.L. (2000). Relationship between block design and math skills in children with NVLD features. Presented at the National Academy of Neuropsychology, Orlando, Florida.

Wilson, K.D., Nussbaum, N.L., Guy, K.L. (2002). Gender differences in math and perceptual organization skills among children with NVLD features. Presented at the National Academy of Neuropsychology, Miami, Florida.

## PROFESSIONAL AND HONORARY SOCIETIES

Capitol Area Psychological Association
American Psychological Association
Austin Neuropsychological Society
International Neuropsychological Society
Learning Disabilities Association

National Academy of Neuropsychology
Phi Kappa Phi
Psi Chi
Texas Psychological Association

## BOARD/EDITORIAL POSITIONS

Dyslexia Advisory Committee Member for the Austin Independent School District

Board Member for the Rawson-Saunders School (1997-2000)

Consulting Editor for the Journal of Learning Disabilities

Associate Editor for Archives of Clinical Neuropsychology (1998-2003)

Ad Hoc Reviewer for Archives of Clinical Neuropsychology (current)

Professional Board Member for Autism Society of Greater Austin

## DISSERTATION COMMITTEES

Birch Guy, Kathryn. (2003, July). Phonological Processing, Automaticity, Auditory Processing, and Memory in Slow Learners and Children with Reading Disabilities.

Bunner, M.R. (1997, December). Effects of Task Interest Level and Distraction on Selective Attention and Task Performance in Children with ADHD.

Butcher, B.J. (2008, Fall). Attention in Children and Adolescents with Nonverbal Learning Disabilities.

Corlett, Mary Kay (2002, August). Visual Perceptual Dysfunction in Children with Nonverbal Learning disabilities (NVLD): A Rorschach Study.

Gerrard-Morris, A.E. (2006). Internalized Socioemotional Functioning in Children and Adolescents with Nonverbal Learning Disability.

Grant, M.L. (1993, December). Electrophysiological Components in Children with Attention Deficit Disorder with or without Hyperactivity.

Harder , L. (2005, November). The Relation between Executive Function and Written Expression in College Students with Attention Deficit Hyperactivity Disorder.

Horn, M. (1994, May). An Exploratory Study of the Rorschach Responses of Children With Attention-Deficit/Hyperactivity Disorder.

Kien, C. (1996, December). An Analysis of Clinical Attributes of Children Demonstrating Functional Cerebral Asymmetry.

O'Donnell, L. (2004, May). Cognitive and Memory Performance Patterns Associated with ADHD Subtypes.

Pilgrim, S. (2009, July). Parent and Child Experiences of Neuropsychological Assessment as a Function of Child-Centered Feedback.

Roman, M. (1995, May). The Impact of Pediatric Traumatic Brain Injury on Components of Verbal Memory.

Shepard, K. (2008, Fall). Sluggish Cognitive Tempo: A unique subtype of ADHD-PI or just a symptom.

Sullivan, M. (1992, December). Frontal Lobe Functioning in Inpatient, Conduct-Disordered Adolescents.

Vaurio, R.G. (2004, August). The Structure and Function of Semantic Memory in Children with Attention-Deficit/Hyperactivity Disorder.

Wellington, T.M. (2008, Fall). MRI Volumetric Analysis of the Anterior Cingulate in Families with and without a Reading Disorder.

Walker, M.L. (1992). Neuropsychological Correlates of Emotional and Behavioral Adjustment in Boys, Ages 6 through 11 Years.

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On March 1, 2010, at the direction of a member of the Bar of this Court, I served the within:

**DECLARATION OF WENDY J. BRENNER IN SUPPORT OF NBME'S OPPOSITION TO JAYATILAKA'S JOINT MOTION IN LIMINE NO. 3 TO EXCLUDE THE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS**

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

Gregory C. Tenhoff, Esq.
(gtenhoff@cooley.com)
Wendy J. Brenner, Esq.
(wbrenner@cooley.com)
Cooley, Godward, Kronish, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

☐ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ (BY –E-MAIL) I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail addresses listed above.

Executed this 1st day of March, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ERIKA BARBOUR

LAW OFFICES
GLASER, WEIL, FINK, JACOBS, HOWARD & SHAPIRO, LLP
10250 CONSTELLATION BOULEVARD
NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90067
(310) 553-3000