**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 09–2932 PA (CWx) | Date | March 5, 2010 |
|---|---|---|---|
| Title | Druvi Jayatilaka v. Nat'l Board of Medical Examiners | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Leandra Amber | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vincent Nowak | Gregory Tenhoff |

**Proceedings:**   FINAL PRETRIAL CONFERENCE

     A pretrial conference is held. Court and counsel confer regarding status of the case. The parties shall file their proposed findings of facts and conclusions of law, declarations of direct testimony, and any objections to those declarations, according to the deadlines set in the Court's Civil Trial Order. On or before, March 25, 2010, the parties shall notify the Court in writing if they elect to submit the matter to the Court based on the record filed with the Court in lieu of presentation of evidence at the April 6, 2010 court trial.

     IT IS SO ORDERED.

|  | : | 23 |
|---|---|---|
| Initials of Preparer | PS | |

cc: