Vincent E. Nowak, Texas State Bar No. 15121550
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Alisa M. Morgenthaler, State Bar No. 146940
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-6287
Facsimile:  (310) 556-2920

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Case No. CV 09-2932 PA (CWx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT NBME'S JOINT MOTION IN LIMINE NO. 1 TO PRECLUDE PLAINTIFF FROM OFFERING FURTHER EXPERT TESTIMONY AT TRIAL AND DESIGNATING EXPERTS**<br><br>Date:　March 29, 2010<br>Time:　1:30 p.m.<br>Judge:　Hon. Percy Anderson<br><br>Trial Date: April 6, 2010 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Plaintiff Druvi Jayatilaka's ("Plaintiff") Joint Motion *in Limine* No. 1 to Preclude Plaintiff from Offering Further Expert Testimony at Trial and Designating Experts (the "Motion") came regularly for hearing on March 29, 2010.

    The Court, having read and considered the Motion, the Memorandum of Points and Authorities and evidence presented by the parties and having heard and considered the argument of counsel, and good cause appearing therefore, hereby denies the Motion.

**IT IS HEREBY ORDERED** that:

    Plaintiff is not prohibited from making any reference to, mention of, or introducing into evidence documents or testimony relating to further expert testimony by Drs. Andrew Levine and Terrence Dushenko.

**IT IS SO ORDERED.**

Dated: _____

                                            HONORABLE PERCY ANDERSON
                                            Judge Presiding

Respectfully submitted by:

MULLIN HOARD & BROWN, LLP

By: /s/ Vincent E. Nowak
      Vincent E. Nowak
Attorneys for Plaintiff