Vincent E. Nowak, Texas State Bar No. 15121550
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Alisa M. Morgenthaler, State Bar No. 146940
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-6287
Facsimile: (310) 556-2920

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Case No. CV 09-2932 PA (CWx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER DENYING DEFENDANT NBME'S JOINT MOTION IN LIMINE NO. 2 TO EXCLUDE LAY OPINION TESTIMONY**<br><br>Date:　March 29, 2010<br>Time:　1:30 p.m.<br>Judge:　Hon. Percy Anderson<br><br>Trial Date: April 6, 2010 |

{8070\00\00159801.DOC / 1}
NOTICE OF LODGING OF [PROPOSED] ORDER DENYING DEFENDANT NBME'S JOINT MOTION IN LIMINE NO. 2 TO EXCLUDE LAY OPINION TESTIMONY

Page 1

Pursuant to Local Rule 16-5 and the Court's Amended Scheduling Order, Plaintiff Druvi Jayatilaka hereby lodges the following document:

[Proposed] Order denying Defendant NBME's Joint Motion in Limine No. 2 to Exclude Lay Opinion Testimony.

Dated:  March 11, 2010.                    MULLIN HOARD & BROWN, LLP

By: /s/ Vincent E. Nowak
Vincent E. Nowak
Attorneys for Plaintiff

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On March 11, 2010, at the direction of a member of the Bar of this Court, I served the document described below:

NOTICE OF LODGING OF [PROPOSED] ORDER DENYING DEFENDANT NBME'S JOINT MOTION IN LIMINE NO. 2 TO EXCLUDE LAY OPINION TESTIMONY

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

Gregory C. Tenhoff, Esq.
Cooley, Godward, Kronish, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000
(650) 857-0663 (fax)

[X]  (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Amarillo, Texas. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

1  ☐ (BY OVERNIGHT DELIVERY SERVICE)  I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows.  I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☐ (BY FACSIMILE)  I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 11th day of March, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
ERIKA BARBOUR