Vincent E. Nowak, Texas State Bar No. 15121550
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Alisa M. Morgenthaler, State Bar No. 146940
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-6287
Facsimile:  (310) 556-2920

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Case No. CV 09-2932 PA (CWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S JOINT MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS NANCY L. NUSSBAUM, CATHERINE FARMER, AND GEORGE LITCHFORD**<br><br>Date:   March 29, 2010<br>Time:   1:30 p.m.<br>Judge:  Hon. Percy Anderson<br><br>Trial Date: April 6, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Druvi Jayatilaka's ("Plaintiff") Joint Motion *in Limine* No. 3 to exclude Opinions and Testimony of Defendant's Experts Nancy L. Nussbaum, Catherine Farmer, and George Litchford (the "Motion") came regularly for hearing on March 29, 2010.

The Court, having read and considered the Motion, the Memorandum of Points and Authorities and evidence presented by the parties and having heard and considered the argument of counsel, and good cause appearing therefore, hereby grants the Motion.

{8070\00\00159500.DOC / 1}

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS NANCY L. NUSSBAUM, CATHERINE FARMER, AND GEORGE LITCHFORD, AND BRIEF IN SUPPORT Page 0

1  **IT IS HEREBY ORDERED** that:

2     Defendants are prohibited from making any reference to, mention of, or introducing into
3  evidence documents or testimony relating to the Opinions and Testimony of Defendant's Experts
4  Nancy L. Nussbaum, Catherine Farmer, and George Litchford.

5  **IT IS SO ORDERED.**

6  Dated: _____

                                                      HONORABLE PERCY ANDERSON
7                                                        Judge Presiding

9  Respectfully submitted by:

10  MULLIN HOARD & BROWN, LLP

12  By: /s/ Vincent E. Nowak
         Vincent E. Nowak
   Attorneys for Plaintiff