Vincent E. Nowak, Texas State Bar No. 15121550
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Alisa M. Morgenthaler, State Bar No. 146940
GLASER, WEIL, FINK, JACOBS
 HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-6287
Facsimile: (310) 556-2920

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>            Defendant. | Case No. CV 09-2932 PA (CWx)<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF ANY MEDICAL RECORDS OR TEST RESULTS OF ANY NEUROLOGICAL OR NEUROPSYCHOLOGICAL TESTS OF PLAINTIFF JAYATILAKA WHICH HAVE NOT ALREADY BEEN DISCLOSED AND PRODUCED<br><br>Date:   March 29, 2010<br>Time:   1:30 p.m.<br>Judge:  Hon. Percy Anderson<br><br>Trial Date: April 6, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Druvi Jayatilaka's ("Plaintiff") Stipulated Motion in Limine No. 4 to Exclude Evidence of Any Medical Records or Test Results of Any Neurological or Neuropsychological Tests of Plaintiff Jayatilaka Which Have Not Already Been Disclosed and Produced (the "Motion") came regularly for hearing or consideration by the Court on March 29, 2010.

The Court, having read and considered the Motion, the Memorandum of Points and Authorities and evidence presented by the parties and having heard and considered the argument of counsel, and good cause appearing therefore, hereby grants the Motion.

**IT IS HEREBY ORDERED** that:

Plaintiff is prohibited from making any reference to, mention of, or introducing into evidence documents or testimony relating to any medical records or tests results of any neurological or neuropsychological tests of Plaintiff which have not already been disclosed and produced.

**IT IS SO ORDERED.**

Dated: _____

                                                  HONORABLE PERCY ANDERSON
Judge Presiding

Respectfully submitted by:

MULLIN HOARD & BROWN, LLP

By: /s/ Vincent E. Nowak
      Vincent E. Nowak
Attorneys for Plaintiff

{8070\00\00159599.DOC / 1}

[PROPOSED] ORDER GRANTING STIPULATED MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF ANY MEDICAL RECORDS OR TEST RESULTS OF ANY NEUROLOGICAL OR NEUROPSYCHOLOGICAL TESTS OF PLAINTIFF JAYATILAKA WHICH HAVE NOT ALREADY BEEN DISCLOSED AND PRODUCED

Page 1