COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(tenhoffgc@cooley.com)
WENDY J. BRENNER (198608)
(brennerwj@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>             Plaintiff,<br><br>        v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>             Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING DEFENDANT NBME'S JOINT MOTION *IN LIMINE* NO. 1 TO PRECLUDE PLAINTIFF FROM OFFERING FURTHER EXPERT TESTIMONY AT TRIAL AND DESIGNATING EXPERTS** |

PLEASE TAKE NOTICE that National Board of Medical Examiners hereby lodges with the Court the attached [Proposed] Order Granting Defendant NBME's Joint Motion *in Limine* No. 1 to Preclude Plaintiff From Offering Further Expert Testimony at Trial and Designating Experts.

Dated: March 11, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

/S/
_____
Gregory C. Tenhoff (154553)
Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838211 v1/HN

**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING *MIL* NO. 1**
**CV 09-02932 PA (CWx)**