COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>   Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NBME'S JOINT MOTION *IN LIMINE* NO. 1 TO PRECLUDE PLAINTIFF FROM OFFERING FURTHER EXPERT TESTIMONY AT TRIAL AND DESIGNATING EXPERTS**<br><br>Date: March 29, 2010<br>Time: 1:30 p.m.<br>Court Room: 15<br>Judge: Hon. Percy Anderson<br><br>Complaint Filed: April 27, 2009<br>Trial Date: April 6, 2010 |

This matter having come before this Court on Defendant NBME's Joint Motion *in Limine* No. 1 to Preclude Plaintiff from Offering Further Expert Testimony at Trial and Designating Experts, the Court having reviewed the filings in support of and in opposition to the motion,

IT IS HEREBY ORDERED that Defendant NBME's Joint Motion *in Limine* No. 1 is granted. Plaintiff Jayatilaka is precluded from (i) offering further

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838084 v1/HN

1.

[PROPOSED] ORDER GRANTING DEFENDANT'S
JOINT MOTION *IN LIMINE* NO. 1
CASE NO. CV 09-02932 PA (CWx)

testimony from Drs. Terrace Dushenko or Andrew Levine at trial (whether by way of declaration or live testimony), although evidence from these witnesses may be offered by either party by way of their prior deposition testimony, Dr. Dushenko's December 2008 affidavit and the May 21, 2008 report of the psychological evaluation and neuropsychological testing conducted of Jayatilaka by Drs. Dushenko and Levine; and (ii) designating any other expert or attempting to offer any other expert testimony at trial.

Dated: _____     _____
                                    Honorable Percy Anderson

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838084 v1/HN     2.     [PROPOSED] ORDER GRANTING DEFENDANT'S
JOINT MOTION *IN LIMINE* NO. 1
CASE NO. CV 09-02932 PA (CWx)