COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(tenhoffgc@cooley.com)
WENDY J. BRENNER (198608)
(brennerwj@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING DEFENDANT NBME'S JOINT MOTION *IN LIMINE* NO. 2 TO EXCLUDE LAY OPINION TESTIMONY** |

PLEASE TAKE NOTICE that National Board of Medical Examiners hereby lodges with the Court the attached [Proposed] Order Granting Defendant NBME's Joint Motion *in Limine* No. 2 to Exclude Lay Opinion Testimony.

Dated: March 11, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

/S/
_____
Gregory C. Tenhoff (154553)
Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838218 v1/HN

NOTICE OF LODGING OF [PROPOSED] ORDER
GRANTING *MIL* NO. 2
CV 09-02932 PA (CWx)