COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NBME'S JOINT MOTION *IN LIMINE* NO. 2 TO EXCLUDE LAY OPINION TESTIMONY**<br><br>Date: March 29, 2010<br>Time: 1:30 p.m.<br>Court Room: 15<br>Judge: Hon. Percy Anderson<br><br>Complaint Filed: April 27, 2009<br>Trial Date: April 6, 2010 |

This matter having come before this Court on Defendant NBME's Joint Motion *in Limine* No. 2 to Exclude Lay Opinion Testimony, the Court having reviewed the filings in support of and in opposition to the motion,

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838079 v1/HN

1

[PROPOSED] ORDER GRANTING DEFENDANT'S
JOINT MOTION *IN LIMINE* NO. 2
CV 09-02932 PA (CWx)

1    IT IS HEREBY ORDERED that Defendant NBME's Joint Motion *in Limine*
2 No. 2 is granted. Plaintiff is precluded from offering at the trial of this matter any
3 lay witness opinion testimony of his father, Dr. Jayatilaka, including any testimony
4 regarding Plaintiff's alleged disability, the alleged effects of such disability, and
5 limitations because of or caused by such disability.

8   Dated: _____   _____
                                    Honorable Percy Anderson

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838079 v1/HN

2.

[PROPOSED] ORDER GRANTING DEFENDANT'S
JOINT MOTION *IN LIMINE* NO. 2
CV 09-02932 PA (CWx)