COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(tenhoffgc@cooley.com)
WENDY J. BRENNER (198608)
(brennerwj@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>            Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**NOTICE OF LODGING OF PROPOSED ORDER DENYING PLAINTIFF'S JOINT MOTION *IN LIMINE* NO. 3 TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS NANCY L. NUSSBAUM, CATHERINE FARMER AND GEORGE LITCHFORD** |

PLEASE TAKE NOTICE that National Board of Medical Examiners hereby lodges with the Court the attached [Proposed] Order Denying Plaintiff's Joint Motion *in Limine* No. 3 to Exclude Opinions and Testimony of Defendant's Experts Nancy L. Nussbaum, Catherine Farmer, and George Litchford.

Dated: March 11, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

_____/S/_____
GREGORY C. TENHOFF (154533)
Attorneys for Defendant NATIONAL BOARD OF MEDICAL EXAMINERS

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838225 v1/HN

NOTICE OF LODGING OF [PROPOSED] ORDER
DENYING *MIL* NO. 3
CV 09-02932 PA (CWx)