COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S JOINT MOTION *IN LIMINE* NO. 3 TO EXCLUDE OPINIONS AND TESTIMONY OF DEFENDANT'S EXPERTS NANCY L. NUSSBAUM, CATHERINE FARMER, AND GEORGE LITCHFORD**<br><br>Date:  March 29, 2010<br>Time:  1:30 p.m.<br>Court Room:  15<br>Judge:  Hon. Percy Anderson<br><br>Complaint Filed:  April 27, 2009<br>Trial Date:  April 6, 2010 |

　　　　This matter having come before this Court on Plaintiff's Joint Motion *in Limine* No. 3 to Exclude Opinions and Testimony of Defendant's Experts Nancy L.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838091 v1/HN

1.

**[PROPOSED] ORDER DENYING PLAINTIFF'S JOINT MOTION *IN LIMINE* NO. 3
CASE NO. CV 09-02932 PA (CWx)**

Nussbaum, Catherine Farmer, and George Litchford, the Court having reviewed the filings in support of and in opposition to the motion,

IT IS HEREBY ORDERED that Plaintiff's Joint Motion *in Limine* No. 3 is denied.

Dated: _____   _____
Honorable Percy Anderson
United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838091 v1/HN                2.

[PROPOSED] ORDER DENYING PLAINTIFF'S
JOINT MOTION *IN LIMINE* NO. 3
CASE NO. CV 09-02932 PA (CWx)