COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(tenhoffgc@cooley.com)
WENDY J. BRENNER (198608)
(brennerwj@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING STIPULATED MOTION *IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE OF ANY NEUROLOGICAL OR NEUROPSYCHOLOGICAL TESTS OF PLAINTIFF JAYATILAKA WHICH HAVE NOT ALREADY BEEN DISCLOSED AND PRODUCED** |

PLEASE TAKE NOTICE that National Board of Medical Examiners hereby lodges with the Court the attached [Proposed] Order Granting the Stipulated Motion *In Limine* No. 4 to Exclude Evidence Of Any Medical Records Or Test Results Of Any Neurological or Neuropsychological Tests of Plaintiff Jayatilaka Which Have Not Already Been Disclosed and Produced.

Dated: March 11, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

/S/
Gregory C. Tenhoff (154553)
Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS