COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>   Plaintiff,<br><br>   v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>   Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**[PROPOSED] ORDER GRANTING THE STIPULATED MOTION *IN LIMINE* NO. 4 TO EXCLUDE EVIDENCE OF ANY MEDICAL RECORDS OR TEST RESULTS OF ANY NEUROLOGICAL OR NEUROPSYCHOLOGICAL TESTS OF PLAINTIFF JAYATILAKA WHICH HAVE NOT ALREADY BEEN DISCLOSED AND PRODUCED**<br><br>Date: March 29, 2010<br>Time: 1:30 p.m.<br>Court Room: 15<br>Judge: Hon. Percy Anderson<br><br>Complaint Filed: April 27, 2009<br>Trial Date: April 6, 2010 |

   This matter having come before this Court on the parties' Stipulated Motion *in Limine* No. 4 to Exclude Evidence of Any Medical Records or Test Results of Any Neurological or Neuropsychological Tests of Plaintiff Jayatilaka Which Have

1  Not Already Been Disclosed and Produced, the Court having reviewed the
2  stipulated filings in support of the motion, and good cause appearing,
3      IT IS HEREBY ORDERED that the parties' Stipulated Motion *in Limine* No.
4  4 is granted.

7  Dated: _____     _____
8                                                    Honorable Percy Anderson
                                                  United States District Court Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838087 v1/HN     2.     **[PROPOSED] ORDER GRANTING STIPULATED MOTION *IN LIMINE* NO. 4**
CASE NO. CV 09-02932 PA (CWX)