| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | GREGORY C. TENHOFF (154553)<br>(gtenhoff@cooley.com) |
| 3 | WENDY J. BRENNER (198608)<br>(wbrenner@cooley.com) |
| 4 | Five Palo Alto Square, 4th Floor<br>3000 El Camino Real |
| 5 | Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000 |
| 6 | Facsimile: (650) 857-0663 |
| 7 | Attorneys for Defendant<br>NATIONAL BOARD OF MEDICAL EXAMINERS |
| 8 | |
| 9 | MULLIN HOARD & BROWN, LLP<br>JOHN M. BROWN (87985) |
| 10 | (jmb@mhba.com)<br>VINCENT E. NOWAK (*pro hac vice*) |
| 11 | (venowak@mhba.com)<br>P.O. Box 31656 |
| 12 | Amarillo, TX 79120-1656<br>Telephone: (806) 372-5050 |
| 13 | Facsimile: (806) 372-5086 |
| 14 | Attorneys for Plaintiff<br>DRUVI JAYATILAKA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>          Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**STIPULATION REGARDING THE NBME'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS** |

It is hereby stipulated by and between Plaintiff Druvi Jayatilaka ("Plaintiff") and Defendant National Board of Medical Examiners (the "NBME") (collectively, the "Parties"), by and through their attorneys of record herein, as follows:

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838252 v1/HN                                                     1.                     STIP. RE NBME OBJECTIONS TO PLAINTIFF'S
                                                                                        DEPOSITION DESIGNATIONS
                                                                                        CV 09-02932 PA (CWx)

1  WHEREAS, on February 19, 2010, Plaintiff lodged deposition designations with the Court (the "Designation Notice") in anticipation of the trial in this action;

3  WHEREAS, the NBME objected to certain of Plaintiff's designations, which were set forth in the Designation Notice;

5  WHEREAS, at the Final Pre-Trial Conference on March 6, 2010, the Court instructed the parties to advise the Court more fully of the NBME's objections no later than March 15, 2010; and

8  WHEREAS, the Parties have met and conferred and the NBME is willing to withdraw its objections to Plaintiff's deposition designations, subject to the amendments to Plaintiff's deposition designations set forth below, all of which are agreeable to Plaintiff;

12  NOW THEREFORE the Parties hereby stipulate and agree as follows:

13  1.  The NBME shall withdraw the objections set forth in the Designation Notice.

15  2.  Plaintiff shall amend his designations set forth in the Designation Notice as follows:

   a.  Designations of Catherine Farmer:
       Designation No. 4, 10:4-8 is WITHDRAWN.
       TO BE SUBSTITUTED WITH 10:1-10:10.
   b.  Designations of Andrew Jeremiah Levine:
       Designation No. 6, 81:8-81:22 is WITHDRAWN.
       TO BE SUBSTITUTED WITH 81:1-81:22.

//
//

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838252 v1/HN

2.

STIP. RE NBME OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS
CV 09-02932 PA (CWx)

1  Dated: March 15, 2010                COOLEY GODWARD KRONISH LLP
2                                        GREGORY C. TENHOFF (154553)
                                         WENDY J. BRENNER (198608)
3

4                                        /S/
                                         ―――――――――――――――――――
5                                        WENDY J. BRENNER (198608)
                                         Attorneys for the Defendant
6                                        NATIONAL BOARD OF MEDICAL
                                         EXAMINERS
7  Dated: March 15, 2010                MULLIN HOARD & BROWN, LLP
                                         JOHN M. BROWN (87985)
8                                        VINCENT E. NOWAK (*pro hac vice*)
9

10                                       /S/
                                         ―――――――――――――――――――
11                                       VINCENT E. NOWAK
                                         Attorneys for the Plaintiff
12                                       DRUVI JAYATILAKA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

838252 v1/HN                        3.          STIP. RE NBME OBJECTIONS TO PLAINTIFF'S
                                                DEPOSITION DESIGNATIONS
                                                CV 09-02932 PA (CWx)