UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2932 PA (CWx) | Date | March 15, 2010 |
|---|---|---|---|
| Title | Druvi Jayatilaka v. Nat'l Board of Medical Examiners | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **IN CHAMBERS - COURT ORDER**

     Designation of Deposition Testimony.  If a party desires to offer deposition testimony into evidence at trial in its case-in-chief, on or before March 22, 2010, it shall designate only those relevant portions of the testimony it wishes offer at trial and advise opposing counsel and the court whether the testimony shall be read, played on videotape or on a computer, or submitted.  All objections and responses to any such testimony shall be made in writing and filed on March 25, 2010, so the Court may consider whether ruling on such objections prior to trial or will either facilitate the conduct of the trial or result in the disposition of certain evidentiary matters.

1.    The objecting party shall quote testimony with any objections immediately following the quoted testimony.  Objections should be organized **to track the page and line numbers of the deposition designations in sequence**.  The objecting party should identify the specific page and line numbers to which objection is made, the ground of the objection, and a citation to Federal Rules of Evidence **(you may attach the deposition transcript and note objections in the margin)**.  The party offering the testimony may submit a brief one or two line response to the objection.  The following is an example of the format contemplated by the Court:

Disputed Testimony of Tom Jones (42:14-15, 22; 43:7-8, 17-25):

    Page 42

| | 14 | Q. | How many managers overall at Ruiz & |
|---|---|---|---|
| | 15 | | Flint? |
| | 22 | A. | I do not know. |

    Page 43

| | 7 | Q. Continuing by Mr. Scotten) How many |
|---|---|---|
| | 8 | partners does Ruiz & Flint have? |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2932 PA (CWx) | Date | March 15, 2010 |
|---|---|---|---|
| Title | Druvi Jayatilaka v. Nat'l Board of Medical Examiners | | |

```
17    A.    For a certainty, I do not know.
18    Q.    (Continuing by Mr. Scotten) Do you know
19          Mr. Eugene Ruiz
20    A.    Yes, sir.
21    Q.    What's his position at Ruiz & Flint?
22    A.    I would speculate that he's a partner and
23          owner
24    Q.    Anything else?
25    A.    Not -- that's just common sense.  I mean
```

Defendants' Objections:

Page 42:14-15, 22:  Irrelevant, Fed. R. Evid. 801, 802.; Page 43:21-25:  No foundation, Fed. R. Evid. 401.

Plaintiff's Response:

Mr. Rosner was the corporate representative for Ruiz & Flint.

2. Do not submit blanket or boilerplate objections:  these will be disregarded and overruled.

3. On or before March 29, 2010, the parties shall exchange counter-designations of deposition testimony.  Counter-designations are to be made only for completeness and shall be contained in a separate document.  Counter-designations are not a substitute for deposition testimony a party wishes to play in its case in chief.  Objections to counter-designations are to be made on or before March 31, 2010.

   IT IS SO ORDERED.

:  _____

Initials of Preparer