COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(tenhoffgc@cooley.com)
WENDY J. BRENNER (198608)
(brennerwj@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>             Plaintiff,<br><br>     v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>             Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**NOTICE OF LODGING OF DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

PLEASE TAKE NOTICE that National Board of Medical Examiners hereby lodges with the Court the attached Defendant National Board of Medical Examiners' [Proposed] Findings of Fact and Conclusions of Law.

Dated: March 16, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

/S/
Gregory C. Tenhoff (154553)
Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS