COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA, | Case No. CV 09-02932 PA (CWx) |
| Plaintiff, | **DEFENDANT NBME'S DEPOSITION DESIGNATIONS** |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | **(TO SUPERSEDE AND REPLACE DESIGNATIONS FILED AND SERVED ON FEBRUARY 19, 2010)** |
| Defendant. | |

On February 19, 2010, Defendant National Board of Medical Examiners ("NBME") submitted deposition designations to the Court for purposes of the bench trial scheduled in this matter on April 6, 2010 (*see* Docket Entry # 49), pursuant to the Court's August 3, 2009 Amended Scheduling Order. On March 15, 2010, the Court entered an Order requiring the Parties to submit their deposition designations on or before March 22, 2010, and specifying a certain format for such designations and the subsequent objections thereto (if any) (*see* Docket Entry # 74). Accordingly, the NBME is hereby resubmitting its deposition designations in

840582 v2/HN

1.

CASE NO. CV 09-02932 PA (CWX)
NBME DEPO. DESIGNATIONS (SUPERSEDING 2/19/10 DESIGNATIONS)

1  accordance with the Court's March 15, 2010 Order, with such designations to
2  supersede and replace the designations identified in its February 19, 2010 filing.

3  **THE NBME HEREBY** designates the following deposition testimony to be
4  submitted into evidence at the trial scheduled for April 6, 2010:

5  **A.    Dr. Catherine Farmer**. Deposition excerpts listed below are attached
6  hereto as Exhibit A.

7      1.   4:8–7:4
8      2.   12:14–14:12
9      3.   15:2–21
10     4.   16:7–22
11     5.   22:17–27:8

12 The Plaintiff has previously indicated that he has no objections to the designations
13 of Catherine Farmer identified above.

14 **B.    Dr. Andrew Levine**. Deposition excerpts listed below are attached
15 hereto as Exhibit B.

16     1.   11:5–15
17     2.   11:21–12:6
18     3.   13:5–14:19
19     4.   15:3–13
20     5.   18:5–23:10
21     6.   29:25–31:24
22     7.   35:10–36:19
23     8.   42:2–43:22
24     9.   50:18–51:16
25     10.  62:18–25
26     11.  63:21–64:1
27     12.  64:11–20
28     13.  67:10–69:24

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

840582 v2/HN

2.

CASE NO. CV 09-02932 PA (CWx)
NBME DEPO. DESIGNATIONS (SUPERSEDING
2/19/10 DESIGNATIONS)

| | | |
|---|---|---|
| 1 | 14. | 70:19–71:7 |
| 2 | 15. | 72:5–11 |
| 3 | 16. | 73:16–19 |
| 4 | 17. | 74:23–75:18 |
| 5 | 18. | 77:7–15 |
| 6 | 19. | 81:25–82:16 |
| 7 | 20. | 84:4–85:21 |
| 8 | 21. | 92:18–93:2 |
| 9 | 22. | 94:12-99:25 |
| 10 | 23. | 105:6–11 |
| 11 | 24. | 108:6–111:13 |
| 12 | 25. | 112:4–23 |
| 13 | 26. | 113:3–116:9 |
| 14 | 27. | 116:18–118:18 |
| 15 | 28. | 119:5–121:21 |
| 16 | 29. | 122:9–124:8 |
| 17 | 30. | 125:4–17 |
| 18 | 31. | 126:3–24 |
| 19 | 32. | 144:23–146:20 |
| 20 | 33. | 149:4–150:23 |
| 21 | 34. | 152:15–153:14 |

22  The Plaintiff has previously indicated that he has no objections to the designations
23  of Andrew Levine identified above.

24       **C.   Dr. Terrance Dushenko**. Deposition excerpts listed below are
25  attached hereto as Exhibit C.

| | | |
|---|---|---|
| 26 | 1. | 19:3–18 |
| 27 | 2. | 20:9–21:5 |
| 28 | 3. | 23:1–14 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

840582 v2/HN    3.    CASE NO. CV 09-02932 PA (CWX)
NBME DEPO. DESIGNATIONS (SUPERSEDING
2/19/10 DESIGNATIONS)

| | | |
|---|---|---|
| 4. | 24:9–17 |
| 5. | 24:21–26:25 |
| 6. | 27:4–28:23 |
| 7. | 31:3–33:10 |
| 8. | 47:18–21 |
| 9. | 49:20–50:8 |
| 10. | 55:3–59:16 |
| 11. | 59:23–61:13 |
| 12. | 62:16–63:15 |
| 13. | 66:17–68:25 |
| 14. | 69:1–71:18 |
| 15. | 74:7–76:11 |
| 16. | 76:24–78:5 |
| 17. | 79:4–80:25 |
| 18. | 81:6–85:19 |
| 19. | 93:17–94:9 |
| 20. | 98:8–99:11 |
| 21. | 101:7–102:10 |
| 22. | 115:5–119:9 |
| 23. | 124:15–124:22 |

The Plaintiff has previously indicated that he has no objections to the designations of Terrance Dushenko identified above.

**D.  Druvi Jayatilaka.**  The NBME hereby designates the following testimony of Druvi Jayatilaka to be submitted into evidence only in the event the Parties stipulate, and the Court subsequently orders, that live testimony will not be introduced at the trial, but rather all evidence will be submitted in documentary form.  The deposition excerpts listed below are attached hereto as Exhibit D.

　　　　　1.　9:24-10:2

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

840582 v2/HN

4.

CASE NO. CV 09-02932 PA (CWx)
NBME DEPO. DESIGNATIONS (SUPERSEDING 2/19/10 DESIGNATIONS)

| | | |
|---|---|---|
| 1 | 2. | 10:14-11:2 |
| 2 | 3. | 30:9-16 |
| 3 | 4. | 35:23-36:19 |
| 4 | 5. | 46:4-6 |
| 5 | 6. | 50:24-51:5 |
| 6 | 7. | 59:14-18 |
| 7 | 8. | 66:5-7 |
| 8 | 9. | 66:23-67:5 |
| 9 | 10. | 68:15-69:5 |
| 10 | 11. | 77:1-17 |
| 11 | 12. | 81:12-17 |
| 12 | 13. | 99:4-17 |
| 13 | 14. | 101:12-18 |
| 14 | 15. | 101:24-103:1 |
| 15 | 16. | 107:11-20 |
| 16 | 17. | 108:3-5 |
| 17 | 18. | 110:17-111:3 |
| 18 | 19. | 114:16-24 |
| 19 | 20. | 119:4-5 |
| 20 | 21. | 120:11-19 |
| 21 | 22. | 167:15-22 |
| 22 | 23. | 168:3-4 |
| 23 | 24. | 169:20-170:2 |
| 24 | 25. | 171:15-172:1 |
| 25 | 26. | 175:23-177:8 |
| 26 | 27. | 182:8-183:12 |
| 27 | 28. | 184:17-185:9 |
| 28 | | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

840582 v2/HN

5.

CASE NO. CV 09-02932 PA (CWX)
NBME DEPO. DESIGNATIONS (SUPERSEDING
2/19/10 DESIGNATIONS)

| | |
|---|---|
| Dated: March 22, 2010 | COOLEY GODWARD KRONISH LLP<br>GREGORY C. TENHOFF (154553)<br>WENDY J. BRENNER (198608)<br><br>/S/<br>GREGORY C. TENHOFF (154553)<br>Attorneys for the Defendant<br>NATIONAL BOARD OF MEDICAL EXAMINERS |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

840582 v2/HN

6.

CASE NO. CV 09-02932 PA (CWx)
NBME DEPO. DESIGNATIONS (SUPERSEDING 2/19/10 DESIGNATIONS)