# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


DRUVI JAYATILAKA,                    )  No. CV09-2032 PA
                                     )     (CAx)
            Plaintiff,               )
                                     )  Volume 1
            vs.                      )  Pages 1 to 147
                                     )
NATIONAL BOARD OF MEDICAL            )
EXAMINERS,                           )
                                     )
            Defendant.               )
_____)




DEPOSITION OF:


            DRUVI ANTHONY JAYATILAKA

            Thursday, October 8, 2009

            1:10 p.m.




Reported by:

            MONICA T. VOGELBACHER

            CSR No. 6406

DRUVI  ANTHONY  JAYATILAKA    October 8, 2009

1      Q    So what I'd like you to do is if you could take

2    a look at Exhibit Number 12 first, please.  And these are

3    your SAT scores.

4           Could you take a moment and look at Exhibit 12,

5    which is a two-page document, and tell me if it is

6    consistent with your recollection as to the scores that

7    you achieved on the SATs.

8      A    From what I can remember, I believe so.  First

9    time I've seen them in a long time.

10     Q    Okay.  How many times did you take the SATs?

11     A    Honestly, I can't remember, but my best guess is

12   maybe two.  Two times, two or three times, I'm not sure.

13   But I do know that the 1110 was the highest I got.  I

14   received, at least.

15     Q    Okay.  And that's what's shown at the top, which

16   is the score of 510 on the SAT verbal portion; is that

17   correct?

18     A    Yes.

19     Q    And the highest score that you recall receiving

20   on the SAT math portion was a 600?

21     A    Yes.

22     Q    And that was for a total of 1110?

23     A    Yes.

24     Q    Okay.  And in connection with the SATs, did you

25   request or receive any accommodations to the standard

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 10

1   testing protocols?

2        A    No.

3        Q    All right.  Well, let me ask you about the next

4   one in sequence, which is Exhibit 13, which is a series

5   of MCAT scores.

6            Could you take a moment and tell me whether you

7   recognize these as being indicative or reflective of the

8   scores you received on the MCAT when you took it.

9        A    I believe so.

10       Q    And if I'm reading this correctly, it appears

11  that you took the MCAT on five separate occasions, from

12  1990 through 1992; is that correct?

13       A    Yeah.

14       Q    And on the MCAT, did you request or receive any

15  accommodations of any kind?

16       A    No.

17       Q    And what was the highest score that you received

18  on the MCAT in any of the five administrations?

19       A    Overall, it looks like -- I mean, if you want to

20  pick one situation out, but it would look like -- I mean,

21  they all -- at least the last two ones seem pretty much

22  average, average out to about the same.

23       Q    Right.

24            The one that I saw was the one that you took on

25  September 14th of 1991, which appeared to be a total

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 11

1   score of 23 out of a total of 45; is that correct?

2        A    Yes.

3        Q    Okay.  And do you have any idea how that

4   compares to the norms on that particular test on the

5   MCAT?

6        A    No, I don't remember.

7        Q    Okay.

8             MR. TENHOFF:  Let's go ahead and mark this.  I

9   didn't mark this before, but might as well use it now.

10  27?  Thanks.

11             (Defendant Exhibit 27 was marked

12             for identification by the reporter.)

13  BY MR. TENHOFF:

14        Q    The reporter placed before you what I've marked

15  as Exhibit 27 to this deposition.

16             Have you ever seen this document before?

17        A    Not that I can remember.

18        Q    Okay.  And what I was trying to do is to find

19  from a percentile perspective on the test that you took

20  on September 14th, 1991, where as a percentile your

21  ratings were.  So.

22             If you have both of those in front of you, if

23  you could take a look, first of all, at "Verbal

24  Reasoning," where you received a 9 on that particular

25  administration, and it shows a percentile range of 55 to

DRUVI ANTHONY JAYATILAKA    October 8, 2009

1   more responsibility than a first year because they know

2   that you have been to school in Mexico, and in Mexico,

3   basically, the first day you walk in you are touching the

4   patient, as compared to here.

5       Q    Uh-huh.  And where were you physically located

6   when you were doing the Fifth Pathway here?

7       A    St. Vincent's Hospital, in Staten island,

8   New York.

9       Q    And during the time that you were doing that

10  series of rotating clinical clerkships, did you request

11  or receive any accommodations of any kind?

12      A    No, but I had to take -- there were times where

13  I was absent for a couple days because of my bad

14  headaches, and I had gone to seen -- I had seen Dr. - I

15  believe you have his name - Moran Salgado (ph), a

16  neurologist in Brooklyn for it, for those problems.

17      Q    Okay.  When you were doing your clinical

18  clerkships during the Fifth Pathway Program here, were

19  there times when you would receive information verbally,

20  either from patients or doctors or hospital staff?

21      A    Yeah.  But I guess -- but I write everything,

22  get to write things down.  So I guess I have been

23  compensating over it, as time has gone by and not

24  realized it.  But I tend to take notes when someone told

25  me I need a verbal answer -- verbal requests.

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 35

1        A    Oh, okay.  During the -- the window period.

2        Q    It's the window during which you can take the

3   exam.  And it appears that you registered to take the

4   exam during the period February 1st, 2008 to July 31st,

5   2008, correct?

6        A    Yeah.

7        Q    And it shows that that was terminated.  Is that

8   because you didn't schedule any exam during that time

9   period?

10       A    Yes.

11       Q    And why didn't you schedule an exam during that

12  time period?

13       A    I think we had started this process with

14  Dr. Dushenko during that time.

15       Q    Okay.  And the other one shows as a window to

16  take the exam from October 1st of 2008 to March 31st of

17  2009.  It's listed as a no show.

18            Did you take any steps to terminate that

19  particular window?

20       A    No.  That's during the time when Dr. Farmer had

21  extended my period, but they didn't want to give me any

22  accommodation, so I just let that go.

23       Q    And so it appears that you've now attempted the

24  Step 2CK on one, two, three, four, five --

25       A    Six.

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 36

1      Q    -- six times, correct?

2      A    Yeah.

3      Q    All right.   And the last time was on August 31st

4   of 2007; is that correct?

5      A    Yes.

6      Q    And at that time you received a three-digit

7   score of 177; is that correct?

8      A    Yes.

9      Q    And were you aware that on that particular

10  administration of the exam, that a score of 185 was

11  required to pass?

12     A    Yes.

13     Q    And then it also shows you as receiving a

14  two-digit score of 72.   Is that, in fact, the score you

15  received?

16     A    Yes.

17     Q    And on that one, you understand a score of 75

18  was required to pass on that particular administration?

19     A    Yes.

20     Q    All right.   And in connection with any of the

21  Step 2CKs that you've taken to date, did you request or

22  receive any accommodations from the NBME?

23     A    No.

24     Q    Let's put that aside.

25          We've had a lot of secondhand discussion about

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 46

1   until you got to the hospital, that you lost

2   consciousness at all?

3        A    No, not that I remember.

4        Q    And was there ever a point where you suffered

5   any seizures as a result of the injury?

6        A    No, I don't think so.

7        Q    And do you have any inkling of why you were

8   attacked?

9        A    No idea.  I mean, I thought they were trying to

10  either steal my car or someone just didn't like me or

11  someone was trying to kidnap me.  A bunch of speculation.

12  I had no clue.

13       Q    Did you ever tell anyone that it was because of

14  an altercation you had earlier with an individual whose

15  father was a drug dealer?

16       A    I thought it could have been that, but that

17  thing happened, like -- that altercation was, like, six

18  or eight months beforehand.

19       Q    Tell me about that altercation.  What was that

20  about?

21       A    The problem in Mexico, when I was living there,

22  it seemed like when we were out and about, if something

23  went down, the Mexican guys would jump on the biggest

24  target, and that happened to be me, even if I wasn't --

25  not even paying attention, you know, I had my back

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 50

1    admission on the 7th?  Did you go straight to the

2    hospital when you got here?

3        A    Yeah.  The ambulance -- there was a whole

4    ambulance team waiting to pick me up at LAX.

5        Q    Okay.  And it says here -- the first sentence

6    says, quote, This patient is a 26-year-old male with a

7    chief complaint of multiple trauma in Mexico 12/7/95.

8            Is that a typo?

9        A    It's got to be.  I mean, the accident was

10   December 5th.  I mean, my dad remembers it like it was

11   the back -- like, you know, it was yesterday.

12       Q    Uh-huh.  Okay.  And the reason I ask is, if you

13   look at the second page here -- and again, this appears

14   to be -- the date of consultation was December 10th, '95,

15   and Dr. Roe says, quote, I think it is reasonable for him

16   to be discharged at this point, closed quote.

17           Were you actually discharged on the 10th?

18       A    I don't remember.  I know that Dr. Morgan was

19   the neurosurgeon who my father knew who did the surgery.

20   I don't remember who Dr. Roe is.  But I do remember I was

21   in the ICU for at least two days and then sent to a room

22   for another three, at least, and sent home with about 15

23   staples in my head.

24       Q    And there was some testimony earlier today about

25   the day you were released or the day after you were

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 51

1  released you played basketball?  Is that right?

2      A    Yeah.

3      Q    And did you have any physical difficulties at

4  the time you were playing basketball?

5      A    No.

6      Q    So did you ever have a chance to see the MRIs

7  that we had made exhibits earlier, Exhibit 7?

8      A    Yeah, I got them.  The main reason I was getting

9  MRIs over those years was because of the headaches.

10     Q    Okay.

11     A    And I know that they -- each time they said

12 there's no structural problem.

13     Q    And at any point in any of the medical

14 records -- well, let me maybe make that a little broader.

15          At any point has anybody diagnosed you with an

16 injury to your brain as opposed to a fracture to your

17 skull?

18     A    No, no one has ever said anything like that.

19 But the thing is, in the beginning they -- I had all the

20 tests, the EEGs and whatnot, and Dr. Gorbunov, who I

21 believe who passed away, is the one who said that it's

22 posttraumatic disorder migraines.  And then no one really

23 got to the bottom of the migraines, or at least got me on

24 a therapeutic dose of medicine, till I got to the Mayo

25 Clinic.

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 59

1      A    That I got hit in the right parietal?

2      Q    Yes.

3      A    Yes.

4      Q    Okay.  And then he goes on to say, quote, There

5   was no loss of consciousness, no seizure and no

6   neurological deficit that resulted, closed quote.

7           Do you know why he put that statement in there?

8      A    For an LOC -- I mean, I don't know -- as I say,

9   I don't think I was knocked out, but I just don't

10   remember that period of frame.

11      Q    Okay.

12      A    Because if I was still fighting, there's no way

13   I could have been knocked out.

14      Q    And I guess that was my question.  Is this

15   accurate that there was, at and after the incident, no

16   loss of consciousness?

17      A    Yeah, I wasn't knocked out.  I had no LOS --

18   LOC.

19      Q    And then - excuse me - this last sentence was

20   also accurate:  He did undergo neurosurgery to repair the

21   depressed skull fracture with synthetic material, closed

22   quote?

23      A    Almost.  I came back here for a craniotomy,

24   where they debrided the skull and cleaned it up, and then

25   after a six-month period I went back in for surgery to

DRUVI ANTHONY JAYATILAKA    October 8, 2009

1       A    To read and understand takes me a little while.

2    I'd say at least -- I have to read it at least twice to

3    understand what's going on.  That's why a lot of times I

4    sit there and take notes.

5       Q    And in your view, do you have a limited

6    vocabulary?

7       A    Not that I believe.  I'm not sure.

8       Q    Do you have difficulty in recalling words or

9    producing sentences?

10      A    Every now and then I might have a problem

11   recalling a word.  Like, before when I -- what was that

12   word?  "Withdraw."  Yeah, every now and then I do.

13      Q    Do you think that's out of the range of normal

14   in terms of difficulty in recalling words or producing

15   sentences?

16           MR. NOWAK:  Object to form.

17           You can go ahead and answer the best you can.

18   First one in two days.

19           THE WITNESS:  Yeah, I think so, with my -- you

20   know, I went to a good school, I went to medical school

21   and blah, blah.  I think that's a -- yeah, I'd say so.

22   BY MR. TENHOFF:

23      Q    Do you have any general difficulty in expressing

24   your ideas?

25      A    Expressing my ideas?

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 67

1       Q    Yes.

2       A    I don't believe so.

3       Q    Now, do you feel that you're able to understand

4   and learn information that's presented to you visually?

5       A    Visually, yeah.

6       Q    Do you believe that you're able to understand

7   and learn information that's presented to you verbally?

8       A    Verbally, if you -- I have to write it down.  If

9   you give me -- if you ask me and there's maybe three

10  parts to it, I kind of -- I've only realized that I have

11  to write down.

12          And the problem is, as Dr. Dushenko said,

13  I've -- you know, I've been, like -- I pretty much

14  minimized everything and said, I will find a way to get

15  through it, I will figure it out.  I didn't really look

16  into this until it came out in the open.  Like when

17  Dr. Levine said I was laughing or being flippant during

18  his testing, I was laughing because I couldn't believe I

19  was getting such simple tasks wrong.  So I was laughing

20  and said, Oh, my God, what the hell is this?

21      Q    And there was discussion this morning about

22  processing information that's presented to you verbally.

23  Do you believe you have -- and it sounds like you believe

24  that you have some limitations in that area; is that

25  right?

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 68

1      A    Yeah, I believe so, when -- I mean, I've started

2    to open my mind up to that idea now.

3      Q    Do you experience any other functional

4    limitations?

5      A    The only limitations that I know now are just

6    like when I have to read something, I've got to read it a

7    couple times to get the gist -- to assimilate, you know,

8    what are they asking for.

9      Q    Okay.  Any other --

10      A    And/or write it down.

11      Q    Any other functional limitations that you

12    experience?

13      A    Not that I believe or that I've opened myself to

14    believing.

15      Q    Okay.  In the times that you've taken the USMLE

16    Step 2CK, have there been any components where

17    information is presented to you verbally?

18      A    No, I don't -- no.  They recently started doing

19    something where -- there's one or two questions where you

20    see a videotape or something, I believe.  But I think the

21    last time I took it there was only maybe one or two.

22    Yeah.  So not too much on the exam.

23      Q    And that's what I was going to ask you.

24         The times that you've taken the examination, are

25    there questions that are scored on the examination --

D-14

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 69

1    putting aside instructions that may be given by a proctor

2    or something, but are there test questions on there that

3    are presented to you verbally as opposed to in writing?

4        A   99.8 percent of all the questions you've got to

5    read 150, 200 words and pick A through M.

6        Q   And each time that you've taken the USMLE Step

7    2CK, have you finished all the questions?

8        A   No.  I know that when I was teaching medical

9    students and residents to pass their exams part 1, 2 and

10   3, we -- I would say, Now, in each section, when you have

11   ten minutes to go, you should be at five to six

12   questions.  But I know in every section I get, when

13   there's ten minutes to go, I'm at 15, 20, 25.  And I

14   just, you know, thought, okay, I'll figure a way to make

15   this work, I'll figure it out.  I didn't think that, you

16   know, there's a, you know, serious -- a processing

17   problem, as it says in these tests.  I just figured that

18   was just me, and I'll figure out a way to make it work.

19       Q   When you took the USMLE Step 1, were you able to

20   complete the exam?

21       A   No, I had...

22       Q   Questions that were left over?

23       A   Yeah.

24       Q   Okay.

25       A   And the questions -- the technique that they

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 77

1      Q    If you'll turn to the second page, it has a

2  section B, "Nature of Disability," and you -- there's a

3  box checked under "Learning Impairments, Reading

4  Disability."  Did you check that box?

5      A    Yeah.

6      Q    Why?

7      A    Because I remember when I was filling this form

8  out, I didn't know what to put, so I had called

9  Dr. Dushenko over the phone.  And I know he had said he

10 doesn't remember, but I remember he was in his car.  And

11 I called him over the phone and asked him what to put

12 down.

13     Q    Did he tell you to put down "reading

14 disability"?

15     A    I checked out the two boxes.  I remember reading

16 it out to him, and he said check that one and write the

17 mixed with the speed of processing.  I do remember that.

18     Q    Had he ever, to your knowledge, diagnosed you

19 with a reading disorder or disability under the DSM-IV

20 standards?

21     A    That I don't know.  It's just whatever he put

22 into his report.

23     Q    And, to your knowledge, at the time you

24 submitted this, had he - or, frankly, anyone else -

25 diagnosed you with any form of mixed receptive-expressive

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 81

1      Q    But this last time, when he urged you to do

2    that, did your father also urge you to have the

3    neuropsychological testing?

4      A    No, he said it.  And this last time I was like,

5    okay, because this is -- I figured something's wrong

6    here.  Because I can teach people to pass the damn test,

7    why -- what is going on that I can't -- what is -- no

8    headaches.  What's -- what's, you know -- you can't say I

9    didn't try hard enough because, I mean, I put in enough

10   effort for this.  So finally I said, Okay, let's go see

11   what is going on in my head.

12     Q    Did your father urge you to have the

13   neuropsychological evaluation this time?

14     A    Urge you?

15     Q    Urge you.  Not me, you.

16     A    He suggested it, and I said fine, Let's go do

17   it.

18     Q    When he suggested that, did he suggest that for

19   purposes of seeking an accommodation under the USMLE?

20     A    No, that wasn't the issue.  He just wanted to

21   know what was wrong at the beginning, what was wrong and

22   how we could fix it or get to the bottom of it, where

23   this double time thing was -- you know, came up

24   afterwards.

25     Q    In Dr. Dushenko's statements in Exhibit 1, he

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 99

1   diagnosis and they didn't have a DSM-IV diagnosis in

2   Exhibit 1?

3          A    No, I didn't -- it didn't occur to me.

4          Q    If you'll look at Exhibit 34, which is the

5   letter that you sent to the National Board.

6          A    Yeah.

7          Q    All right.  And then did you write the text of

8   this letter?

9          A    Excuse me, is this --

10         Q    Exhibit 34, did you write all the text of this?

11         A    I believe I wrote it and also got -- ran it by

12   my parents to see if this was good or, you know,

13   sufficient or not.

14         Q    Do you recall whether your parents made any

15   changes to it?

16         A    They probably made some changes to it on some of

17   the way I should be wording things.

18         Q    All right.  And then as I understand the things

19   that were submitted to the National Board, there were, in

20   essence, four things, at least at this point in time,

21   which was Exhibit 34, which is your statement;

22   Exhibit 35, which is the application; Exhibit 1, which is

23   the report that was submitted; and I believe, also, that

24   there were the medical records of some kind that were

25   submitted as well from the 2006 visit to the Mayo Clinic.

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 101

1   accommodation, initially, at least?

2       A   There might have been a letter that I submitted

3   to Dr. Farmer just to appeal, because I remember she

4   declined it and I think I...

5       Q   Right, we're going to get to those in a minute.

6       A   Okay.

7       Q   I want to make sure -- I want to go through the

8   whole sequence to make sure I have it correctly.  I'm

9   talking about the initial submission.  Is there anything

10  else other than those?

11      A   Nothing else that I can recall.

12      Q   At the time of the initial submission, the one

13  accommodation requested was double time for the Step 2CK,

14  correct?

15      A   Yes.

16      Q   And there weren't any other accommodations at

17  that point.

18      A   No.

19      Q   And then the next one I have in sequence -- we

20  haven't marked this one yet, so we're at 36.

21          (Defendant Exhibit 36 was marked

22          for identification by the reporter.)

23  BY MR. TENHOFF:

24      Q   All right, the reporter has placed before you

25  what I've marked as Exhibit 36 to this deposition.

DRUVI ANTHONY JAYATILAKA    October 8, 2009

 1          Could you take a moment and tell me whether you

 2    recognize this document.

 3          A    Yes, I remember this document.

 4          Q    Okay.  Did you receive this from the National

 5    Board of Medical Examiners, at least shortly after -- at

 6    some point September 16, 2008?

 7          A    Yes, I believe I received this, and I also

 8    believe Dr. Dushenko also received a copy.

 9          Q    Okay.  I don't see him as an addressee on here.

10    How was it it came to your attention he received a copy?

11          A    I think they also sent a copy to him.  I believe

12    so.  I believe Dr. Farmer had sent a copy to him, also.

13    I'm not sure, but that's what I believe.

14          Q    All right.  And she refers to your July 2008

15    personal statement.  Was it your understanding that that

16    was with regard to your July 14th, 2008 letter?

17          A    Yes.

18          Q    And then the third paragraph that says, quote,

19    Received with your request was a May 2008 report of

20    Neuropsychological Evaluation in which Andrew Levine,

21    Ph.D., and Terrance W. Dushenko, Ph.D., do not assign a

22    diagnosis, closed quote.

23          What did you understand that to mean when you

24    read it?

25          A    That they didn't put a flat out diagnosis in the

DRUVI ANTHONY JAYATILAKA   October 8, 2009

1   DSM-IV, like, you know, one of those titles in there.

2       Q   And when you received this letter, Exhibit 36,

3   what was your reaction to it?

4       A   I figured I was going to get -- I knew -- I knew

5   this was going to happen, just because from previous

6   students in the past that had -- I guess had gotten

7   extended time, I remember them telling me it's a crazy,

8   crazy process.

9       Q   Who told you that?

10      A   I remember an old roommate who had ADHD when I

11  was at the PASS Program, in Illinois, and he had gotten

12  an extended time -- well, he had gotten an extended time

13  and they almost shut down the whole center for him.  And

14  he said it was just -- just a crazy, expensive path,

15  where you had to do all kinds of tests, you know.

16      Q   But he ultimately was granted an accommodation?

17      A   Yeah.  And I go, How do you expect to -- because

18  I'd ask him, if you get the accommodation, you score

19  really well, and then you get a high -- you know, a

20  really important residency, what are you going to do

21  when, like, the patient's coding and everyone has to

22  leave the room for you to save their life?  And I was

23  just like, Okay, whatever.

24      Q   What did you mean by that?

25      A   For him, meaning, like, if he needs a quiet

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 107

1      A    No.  It had to have been after.

2      Q    And how is it that you came to get in touch with

3   Mr. Nowak?

4      A    I don't recall the event, but I think after we

5   appealed and then got denied, my father's --

6      Q    Okay, let me just stop you, of course, because I

7   don't want to hear any communications that you may have

8   had with Mr. Nowak.  Those are privileged.  So just in

9   answering the question, bear in mind that I'm not asking

10  about those communications.

11          And the question is, right now, how is it that

12  you came to Mr. Nowak, and then I'm going to ask you, as

13  best you can recall, when you first retained counsel.

14     A    My father's lawyer did some research and he

15  found out this case Rush versus -- is Mr. Nowak's

16  partner.  I forgot his name.  And we contacted the law

17  firm in.  I don't know when, but we contacted them and

18  asked, Can you help us?  Do we have a case?  Do we have a

19  leg to stand on?  I don't know exactly what time that

20  was.

21     Q    Okay.  The only reason I ask is, the next

22  sequence I have is when Dr. Dushenko submitted an

23  affidavit, there's also a letter from Mr. Nowak.  So I

24  assume it's safe to assume sometime between

25  September 16th, 2008 and December 22nd, 2008, Mr. Nowak

DRUVI ANTHONY JAYATILAKA     October 8, 2009

Page 108

1    was retained; is that correct?

2         A    Yes.  Yes.

3         Q    Okay.  Was it your idea to retain counsel?

4         A    It was a collective idea as a family, and with

5    Dr. Dushenko and probably Dr. Hornstein, too.

6         Q    Then in December of 2008, there was additional

7    information submitted on your behalf to the NBME; is that

8    right?

9         A    I don't remember.

10        Q    Okay.  Let's take a look at -- well, let me ask

11   you, did you personally submit any additional information

12   in December of 2008, to appeal the decision?

13        A    I kind of remember barely trying to get

14   something in under the wire to appeal the decision or to

15   appeal something by a deadline, but I don't remember what

16   I sent.

17        Q    Okay.  And I do have a handwritten letter from

18   you dated December 31st, 2008.

19        A    I remember it was last minute.  It was New

20   Year's Eve I got something in, because I hadn't read some

21   letter they -- the NBME had sent to me, properly, or some

22   e-mail, and I think the deadline was December 31st, and I

23   wrote something back real quick.

24        Q    Okay.  So let me ask you first about Exhibit --

25   can you take a look at Exhibit 23.

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 110

1   marked as 37 to this deposition.

2           Can you take a moment and tell me if you

3   recognize this document.

4           And for the record, it's a one-page letter dated

5   December 22, 2008, and it does show you as one of the

6   cc'd recipients.

7       A   I don't remember it, but I probably do have it

8   in my file.

9       Q   Okay.  And at that point, there was also an

10  affidavit that was submitted by Dr. Dushenko.  Do you

11  recall that now?

12      A   No.

13      Q   Did you have any involvement with preparing or

14  submitting that affidavit?

15      A   I don't think so.  Or I don't think so or I

16  don't remember.

17      Q   Okay.  Between the neuropsychological evaluation

18  you had in April and May of 2008 and the date of this

19  submission in December of 2008, did you have any

20  neuropsychological testing of any type conducted by

21  anyone?

22      A   No.  After that May thing, after that initial

23  report, that three days with Levine and whatnot, no,

24  nothing.

25      Q   And during that same time period, did you have

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 111

1    any additional clinical interviews or other

2    communications with either Dr. Dushenko or Dr. Levine?

3         A    No.

4         Q    Do you have any understanding as to why

5    Dr. Dushenko submitted the affidavit in December of 2008?

6         A    If he was asked to do so, it could have only

7    been because Mr. Nowak wanted one from him.

8         Q    And do you have any understanding as to why

9    Dr. Dushenko, in his December 2008 affidavit, included a

10   clinical diagnosis of cognitive disorder not otherwise

11   specified?

12        A    No.  No.  Is that in our exhibits?

13        Q    Yes, absolutely.  If you want to take a look.

14        A    It should be towards the end, right?

15        Q    Yes.  It is -- actually, it's a little more

16   towards the middle.  Take a look at Exhibit 22.

17        A    Okay.

18        Q    If you'll take a look on the second page of

19   Exhibit 22, it says, about the third paragraph down --

20        A    I see it.

21        Q    -- Given the results of the

22             foregoing procedures, I have diagnosed

23             Mr. Jayatilaka pursuant to DSM-IV on

24             Axis I 294.9:  Cognitive Disorder NOS.

25             This diagnosis is a direct consequence

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 114

1       A    As I was saying, maybe I had received this and I

2  don't know.  Maybe I have it in my file and I just didn't

3  even -- at that time.

4       Q    Did you talk to Lisa Brooks at all?

5       A    I think I had only spoken to Lisa Brooks once;

6  the rest was e-mail.  I remember talking to her once

7  about something is under consideration, and as a result,

8  your window is being extended until we get something -- a

9  result back.

10      Q    All right.  And then this was the last

11  communication directly you had with the NBME prior to

12  this lawsuit?

13      A    Yes.

14      Q    Okay.

15      A    I believe so.

16      Q    Going back for just a moment, I forgot to ask

17  you about with regard to Dr. Dushenko's affidavit where

18  he expressed a diagnosis of cognitive disorder not

19  otherwise specified.  Was there ever a point where

20  Dr. Dushenko explained to you his basis for that

21  diagnosis?

22      A    No.

23      Q    Did you ever question him as to that diagnosis?

24      A    No.

25      Q    Let's take a break for just a minute.  I want to

Page 119

1   fail underneath my belt, so I probably, you know, just

2   wanted to make completely, completely, completely sure I

3   was going to knock it out of the ball park.

4        Q    Did you consult a Dr. Terry Higgins in 2006?

5        A    Yes, unfortunately.

6        Q    What was your purpose in consulting with

7   Dr. Higgins?

8        A    As I said before, back then, people were under

9   the impression that my migraines were as a result of

10   anxiety I always have, so they -- I guess we believed

11   that maybe we'd go to her for some, like, relaxation

12   techniques or something, to maybe lower this anxiety that

13   I supposedly have.

14            I mean, I don't think I have anxiety.  I'm sure

15   I do because this is, you know -- this has been -- you

16   know, this thing has been, as I said, a noose around my

17   neck.  So I went to her, and she was a -- she was a --

18   she was a -- different.  She didn't like me from the

19   get-go.

20        Q    Why do you say that?

21        A    I think our first conversation was -- she harped

22   on the fact and couldn't get over the fact that women I

23   dated were in their twenties.  And that angered her -

24   like, angered her - and she was all over for me for that

25   for the five or six sessions.  And I just -- because I

DRUVI ANTHONY JAYATILAKA    October 8, 2009

Page 120

1    think my parents were out of town and they wanted me to

2    do this, I go, fine, I'll just deal with this, even

3    though I think this lady's crazy.  And that was her

4    thing.

5           I mean, she gave me some -- a couple of good

6    tips, like maybe relaxing or going to a place in my mind

7    that I saw -- you know, that was the most serene place,

8    but she just kind of wanted to make me cry, basically, on

9    her couch.  And I went, Okay, this -- I can't deal with

10   this lady anymore.

11       Q    How did you come to see Dr. Higgins?

12       A    I think my -- I think my sister had gone to see

13   her, somewhere in the past.

14       Q    Did your parents recommend her?

15       A    Because my sister had gone to see her through

16   some recommendation of someone, and that was the only

17   name they knew, so they just, Why don't you go see her,

18   because I guess she's helped your sister in the past, for

19   whatever issue my sister had.

20       Q    Could you look at Exhibit 24.  I want to ask you

21   about some of the things that were in --

22       A    Twenty?

23       Q    4.  This is some of the things I marked earlier,

24   and those were notes from Dr. Higgins.

25           Okay.  If you'd take a look, it says -- do you

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 146

1

2

3

4

5

6

7          I, DRUVI ANTHONY JAYATILAKA, do hereby declare

8    under penalty of perjury, under the laws of the United

9    States, that I have read the foregoing transcript; that I

10   have made such corrections as noted herein, in ink,

11   initialed by me, or attached hereto; that my testimony as

12   contained herein, as corrected, is true and correct.

13          EXECUTED this _____ day of _____,

14   20_____, at _____, _____.
                        (City)                    (State)

15

16

17   _____
                   DRUVI ANTHONY JAYATILAKA

18

19

20

21

22

23

24

25

DRUVI ANTHONY JAYATILAKA   October 8, 2009

Page 147

1   STATE OF CALIFORNIA        )
                               : ss
2   COUNTY OF LOS ANGELES      )

3

4          I, the undersigned, a Certified Shorthand

5   Reporter of the State of California, do hereby certify:

6          That the foregoing deposition was taken before

7   me at the time and place herein set forth; that any

8   witnesses in the foregoing proceedings, prior to

9   testifying, were placed under oath; that a verbatim

10  record of the proceedings was made by me using machine

11  shorthand which was thereafter transcribed under my

12  direction; further, that the foregoing is a true record

13  of the testimony given.

14         Before completion of the deposition, review of

15  the transcript [X] was [ ] was not requested.  If

16  requested, any changes made by the deponent (and provided

17  to the reporter) during the period allowed are appended

18  hereto.

19         I further certify that I am not interested in

20  the outcome of the action.

21         WITNESS my hand this date

22  _____.

23

24         _____

25         MONICA T. VOGELBACHER, CSR No. 6406

Page 148

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


DRUVI JAYATILAKA,                    )  No. CV09-2032 PA
                                     )     (CAx)
          Plaintiff,                 )
                                     )  Volume 2
          vs.                        )  Pages 148 to 193
                                     )
NATIONAL BOARD OF MEDICAL            )
EXAMINERS,                           )
                                     )
          Defendant.                 )
_____)




DEPOSITION OF:


                    DRUVI ANTHONY JAYATILAKA

                    Friday, October 9, 2009

                    9:04 a.m.




Reported by:

                    MONICA T. VOGELBACHER

                    CSR No. 6406

DRUVI ANTHONY JAYATILAKA    October 9, 2009

Page 167

1    good, and this year has been good so far.

2        Q    And are you requesting any accommodation on the

3    USMLE due to migraine headaches?

4        A    No.

5        Q    Let me ask you a little bit about your family

6    and family pressure.

7             Do you feel as if any pressure from your family,

8    particularly your father, could be a significant factor

9    or a factor contributing to anxiety about the test?

10       A    No.  I don't believe -- my parents don't give me

11   any anxiety over the test.  They just want to see the

12   best for me, and I just want to, you know, finish what I

13   started and go on and get my license and, you know, be

14   productive in this society.

15       Q    Did you report to Dr. Higgins that your parents

16   were, quote, obsessed with the examination?

17       A    I probably said that.  But the thing is, because

18   they just -- you know, they want me to -- they -- because

19   this has been a noose around my neck for God knows how

20   many years, it's kind of encompassed everything, so

21   they're doing their best to help me out in this

22   situation.

23       Q    Let me ask you about what we'll mark as

24   Exhibit 40 here.

25             (Defendant Exhibit 40 was marked

DRUVI ANTHONY JAYATILAKA     October 9, 2009

Page 168

1          for identification by the reporter.)

2    BY MR. TENHOFF:

3          Q    Do you recall seeing a Dr. Jeckel, J-e-c-k-e-l?

4          A    Yes, unfortunately.

5               MR. TENHOFF:  Off the record.

6               (Discussion held off the record.)

7    BY MR. TENHOFF:

8          Q    Why do you say "unfortunately"?

9          A    Because even though Dr. Jeckel -- he was a

10   psychologist and psychiatrist and M.D., I mean, the thing

11   that sticks out about when I was seeing this guy, I told

12   him that the meds I was on for my migraines would make me

13   feel a little drugged out, loopy, and his answer was

14   that, Well, why don't you just get all drugged up and

15   take the exam.  And I looked at him and I go, Excuse me?

16   I go, If I just told you that I feel out of it when I'm

17   on these meds, you want me to go take -- you want me to

18   take a USMLE drugged out.  Are you crazy?  And after that

19   I just...

20         Q    Why did he say he wanted you to do that?

21         A    That was his idea.  He goes -- he just sat -- I

22   sat in his chair, he sat across from me and he says, Why

23   don't you just take all the meds and just go take the

24   exam all loopy?  I go, Excuse me?

25         Q    How many times did you see him, by the way?

DRUVI  ANTHONY  JAYATILAKA    October 9, 2009

Page 169

1        A    I don't know.  Like, maybe three or four.  And I

2    just -- I think I just -- the last appointment I was

3    supposed to have with him, I just didn't even show up

4    because it was such a ridiculous comment to make from a

5    physician, an M.D.

6        Q    Was he saying that you needed the medication in

7    order to make sure you didn't have a migraine?

8        A    No.  He -- his point was if the medications

9    don't give you a migraine -- help with the migraines, why

10   don't you just take the medication and go take the exam.

11   But I just told you it makes me feel a little off.  How

12   can I concentrate a hundred percent when I'm all loopy

13   during the test?  And he basically said, Why don't you

14   try that?

15       Q    Did he give you any diagnosis of any kind?

16       A    I don't even remember.  After that comment, I

17   pretty much wrapped up everything I could remember about

18   him and threw it away in the back of my head, so I don't

19   even remember much of what I talked to that guy about.

20       Q    Okay.  Did he provide you with any advice or

21   treatment or recommendations that were helpful to you?

22       A    No, nothing that I can remember.  I just thought

23   that was just a waste of my father's money.

24       Q    And your father paid for his retention?

25       A    Yes.

DRUVI ANTHONY JAYATILAKA    October 9, 2009

Page 170

1     Q    Did your father also pay for Dr. Sipich?

2     A    Yes.

3     Q    Let's go -- and I want to ask you about one

4    question that was here on the subject we were just

5    talking about.

6          On Exhibit 40, if you turn to the bottom of page

7    2, there's a statement at the very bottom, the last

8    statement on the page, which appears to say, Druvi

9    ingrained to be a doctor, closed quote.

10         Did you say that to him, that you were ingrained

11   to be a doctor, or words to that effect?

12    A    Maybe words to that effect.  But he took that in

13   the wrong context, meaning because ever since I was a

14   kid, that's kind of -- all I kind of wanted to do because

15   I looked up to my father, so I would go on rounds with

16   him and whatever, and, you know, take as many science

17   courses in college -- in high school and whatnot.  So,

18   you know, that was just my path from the time I was a

19   kid.

20    Q    That's what you meant when you used those words

21   with him?

22    A    Yeah.

23    Q    Anything else you meant by that?

24    A    No.

25    Q    Let's go to a slightly different subject.

D-35

DRUVI ANTHONY JAYATILAKA    October 9, 2009

Page 171

1          Let me just -- let me ask you another question

2     before we leave that.

3          Do you believe that there's any family pressure

4     on you to bring this lawsuit?

5     A    No.  No.  Like I said before, this is the last

6     thing I wanted to do because I didn't want this

7     stigmatism following me around or, you know, coming back

8     and biting me at the wrong time.  But it looks like -- I

9     mean, I know I do have a reading problem and

10    understanding, comprehension.  And it just looks like I

11    do need this to level the playing field so that I can,

12    you know, get my license and go on with life.

13    Q    Let me follow up on something you talked about

14    yesterday.  You can set those aside.

15         We talked yesterday about the courses at the

16    University of Guadalajara, the medical courses being

17    conducted in Spanish.

18         In terms of content, now that you've taken the

19    USMLE Step 2CK a couple of times, or several times,

20    rather, is there content that's on the USMLE Step 2CK

21    that you would receive in medical school?

22    A    Is it the same?

23    Q    Could it be the same?  Are there overlaps?  I

24    mean, I'm assuming they're testing you on things that you

25    learned in medical school.

DRUVI  ANTHONY  JAYATILAKA    October 9, 2009

1        A    Yeah, it's the same, but -- it's the same, but

2    the USMLE is kind of presented differently.  That's why I

3    went to these -- like, the PASS Program where, you know,

4    I'm a -- as I said yesterday, I'm a, you know, thousand

5    times better physician.  I think every -- I think every

6    med student needs to go to that program, because he wraps

7    it up perfectly.  He ties everything together.  And I'm a

8    lot better after I've been to PASS Program than any other

9    place.

10       Q    When you went to those programs, did it occur to

11   you that perhaps you hadn't gotten all the information

12   out of the courses at the University of Guadalajara

13   because they were conducted in Spanish?

14       A    No.  I mean, I -- you know, in the classes that

15   were conducted in Spanish, I just basically -- because

16   all the books were US textbooks.  I just listened to get

17   to -- to see if I could -- you know, to get the words

18   down correctly so I could make the translation.

19       Q    Do you feel there's any deficiencies in your

20   medical knowledge because you went to a medical school

21   where it was -- at least the courses were taught in

22   Spanish as opposed to English?

23       A    No.  And as for hands on, I think I'm better off

24   after going to medical school in Guadalajara because I've

25   been doing it, you know, hands on from day one with

DRUVI ANTHONY JAYATILAKA    October 9, 2009

Page 175

1      Q    Do you know that for a fact?

2      A    I know that for a fact.  I know I'm limited to

3  probably about three or four states.

4      Q    And is that a requirement that comes from the

5  medical licensing boards of each state?

6      A    I think each state has a requirement.  I think a

7  couple of states, if you fail the Boards more than once,

8  you can't do -- I don't know if you can't do residency or

9  you can't get licensed, I'm not sure.  But once you get

10  licensed in those states, there's always reciprocity.

11     Q    And do you understand that each state has its

12  own separate medical licensing requirements?

13     A    Yeah.

14     Q    And you understand that those states will accept

15  the USMLE as part of their licensing requirements,

16  correct?

17     A    Yeah.

18     Q    And do you understand also that whether you

19  become a licensed physician or not is not up to the

20  National Board of Medical Examiners, but rather to the

21  state in which you want to practice medicine?

22     A    Yes.

23     Q    Okay.  In terms of that pathway to medical

24  licensure, you obviously would need to pass the Step 2CK,

25  correct?

DRUVI ANTHONY JAYATILAKA   October 9, 2009

Page 176

1       A    Yes.

2       Q    You also would need to perhaps pass the Step

3    2CS, correct?

4       A    Yes, it -- yes.   It depends.

5       Q    And then you would have to take and pass the

6    USMLE Step 3, correct?

7       A    Yes.

8       Q    And then you would have to successfully complete

9    a residency program, correct?

10      A    Yes.

11      Q    And then other states may have other

12   requirements to be licensed as a physician, correct?

13      A    Yes.   But I know now that in the -- because I

14   did my year of internship in New York, that I can take

15   Step 3 right now, because I -- I believe, according to

16   New York, because I put that year in, that I'm eligible

17   to take Step 3, but I have to have 2 passed.

18      Q    Okay.   And do you have any present intention to

19   register or take the Step 2CS?

20      A    If I have to take it and I'm no longer exempt,

21   then, yes.

22      Q    And what I'm saying is, any time in the near

23   future, are you waiting to pass the CK before you attempt

24   the CS?

25      A    I want to get CK out of the way because I put so

DRUVI ANTHONY JAYATILAKA   October 9, 2009

Page 177

1   much effort into it.  I'd take that first.

2        Q    Okay.  And have you taken any steps or do you

3   intend to take any steps to register or take the Step 3

4   exam?

5        A    To take Step 3, you have to have Step 2 passed.

6   Yes, you have to have Step 2 passed.

7        Q    Okay.  So the answer is no, you haven't?

8        A    No, I haven't.

9        Q    Okay.  If you were to prepare in the way that

10   you're accustomed to preparing for the Step 2CK - you

11   mentioned yesterday how -- the courses that you've used

12   and the preparation that you've done, and you took the

13   exam without accommodation, what do you think the result

14   would be?

15        A    If I took the exam without accommodation?  It

16   would be just like the last.  As I said before, I have a

17   reading problem and it takes me a couple times to read

18   it, to get it into my head, and/or write down the key

19   words.  And I know for a fact, I mean, almost every

20   section, at least 90 percent of every section of all nine

21   sections I did not finish on time.  The last 15 or 20,

22   I'm just using the test technique to -- just putting

23   answers down, and then going back and trying to read to

24   see what the correct answer is so that somehow, you know,

25   out of those 20 I'd be able to read maybe about three or

Page 182

1       A    I'd like to -- it all depends on the outcome of

2    this process.

3       Q    Okay.  We have a trial date in April of 2010.

4    Do you anticipate requesting a new eligibility period

5    between now and the time we go to trial in April of 2010?

6       A    I'm probably going to wait till after the

7    outcome and then apply.

8       Q    And is there any deadline that you're aware of

9    as to when you have to pass the Step 2CK?

10      A    Not in the states that -- like I said before,

11   there are certain -- like, five states that don't have a

12   deadline, so not in the five states.

13      Q    Okay.  And again, that's a state rule, right?

14   In terms of --

15      A    Yeah, it's a state rule.  I know

16   California is -- sorry.

17      Q    Go ahead, finish your answer.

18      A    California is one.  I think New York is another.

19   I think Maryland, Rhode Island, Florida.  I'm not sure.

20      Q    Those are states which have a rule or don't have

21   a rule?

22      A    That don't have a rule.

23      Q    Okay.  So if I understand correctly, some states

24   have a rule that says you have to finish all two or three

25   USMLE exams within a particular time period, correct?

DRUVI ANTHONY JAYATILAKA    October 9, 2009

Page 183

1       A    Some states have rules where -- I don't know

2   whether it's either the -- from the beginning, you

3   attempt to take part 1 or from the moment you pass part 1

4   you have to have everything passed - that's 1, 2 and 3 -

5   in five to seven years.   I think.   I'm just -- I'm not

6   sure, but I'm just guessing.

7       Q    Okay.   Are any of the states in which you

8   anticipate practicing medicine, do they have any such

9   rule?

10      A    I grew up here.   I left here for 20 years and I

11  came back, and I'd like to be here, so -- California

12  doesn't have a rule, so I'm fine with that.

13      Q    Okay.  Let me focus on a couple of final issues

14  here.

15          In the Complaint that you -- that's currently on

16  file at this point, it had an allegation that, quote, you

17  have suffered or will suffer great injury, including, but

18  not limited to, lost employment opportunities,

19  out-of-pocket pecuniary losses and severe emotional

20  distress and anguish, closed quote.

21          Are you aware of any lost employment

22  opportunities that have occurred to you because of your

23  failure to receive accommodations?

24      A    Well, I've kind of been stuck here for ten

25  years.  All my other friends are done, established and

DRUVI ANTHONY JAYATILAKA   October 9, 2009

Page 184

1    physicians.

2         Q    Okay.  So from July of 2008 until the present

3    day, can you identify any lost employment opportunities?

4         A    Excuse me?

5         Q    From July of 2008, when you first requested

6    accommodation, until today, which is October 9th of 2009,

7    can you identify any lost employment opportunities?

8         A    Yes.  I could have been -- I could have been on

9    a residency somewhere in one of those states by now.

10        Q    Did you apply for any residencies?

11        A    There was no point because I can't -- even if I

12   was to apply, there's no point.  You have to have part 2

13   passed.

14        Q    Any other lost employment opportunities other

15   than a residency?

16        A    No.

17        Q    And when it says "out-of-pocket pecuniary

18   losses," is there any money that you've paid out of

19   pocket to date, either for evaluations or for any other

20   things related to a failure to receive accommodation from

21   the NBME?

22        A    Everything is being paid for by my family

23   because I -- you know, by not having this license and

24   moving on in my life, I'm stuck.

25        Q    And when you say "everything," you're including

DRUVI ANTHONY JAYATILAKA   October 9, 2009

Page 185

1    the evaluations that were conducted?

2        A    Yes.

3        Q    And are you including the payments for

4    Drs. Dushenko and Levine to testify?

5        A    Yes.

6        Q    Are you including your attorney's fees?

7        A    Yes.

8        Q    How about the cost of the litigation?

9        A    Yes.

10       Q    Okay.  And apart from those categories, are you

11   aware of any other out-of-pocket monetary losses that

12   someone has had to pick up the tab for because the NBME

13   hasn't provided you with an accommodation?

14       A    Well, if I had -- if I was where I should be, I

15   shouldn't have to be getting more than half my income

16   from my father to survive.

17       Q    When you say half of your income, what are you

18   referring to?

19       A    Well, you know, I work for my father, just

20   really administrative stuff, but if I was a physician,

21   I'd be making at least six figures now and not having to

22   rely on my dad for, you know, daily things.

23       Q    So he's paying you for the work that you're

24   doing?

25       A    Yes.

DRUVI ANTHONY JAYATILAKA    October 9, 2009

Page 192

1

2

3

4

5

6

7           I, DRUVI ANTHONY JAYATILAKA, do hereby declare

8    under penalty of perjury, under the laws of the United

9    States, that I have read the foregoing transcript; that I

10   have made such corrections as noted herein, in ink,

11   initialed by me, or attached hereto; that my testimony as

12   contained herein, as corrected, is true and correct.

13           EXECUTED this _____ day of _____,

14   20_____, at _____, _____.
                              (City)                    (State)

15

16

17           _____
                     DRUVI ANTHONY JAYATILAKA

18

19

20

21

22

23

24

25

DRUVI ANTHONY JAYATILAKA   October 9, 2009

Page 193

1   STATE OF CALIFORNIA        )
                              : ss
2   COUNTY OF LOS ANGELES      )

3

4          I, the undersigned, a Certified Shorthand

5   Reporter of the State of California, do hereby certify:

6          That the foregoing deposition was taken before

7   me at the time and place herein set forth; that any

8   witnesses in the foregoing proceedings, prior to

9   testifying, were placed under oath; that a verbatim

10  record of the proceedings was made by me using machine

11  shorthand which was thereafter transcribed under my

12  direction; further, that the foregoing is a true record

13  of the testimony given.

14         Before completion of the deposition, review of

15  the transcript [X] was [ ] was not requested.  If

16  requested, any changes made by the deponent (and provided

17  to the reporter) during the period allowed are appended

18  hereto.

19         I further certify that I am not interested in

20  the outcome of the action.

21         WITNESS my hand this date

22  _____.

23

24         _____

25         MONICA T. VOGELBACHER, CSR No. 6406