Vincent E. Nowak, Texas State Bar No. 15121550
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, TX   79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Alisa M. Morgenthaler, State Bar No. 146940
GLASER, WEIL, FINK, JACOBS
  HOWARD & SHAPIRO, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 282-6287
Facsimile:   (310) 556-2920

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant. | Case No. CV 09-2932 PA (CWx) <br><br> **PLAINTIFF'S REVISED DEPOSITION DESIGNATIONS** <br><br> (TO SUPERSEDE AND REPLACE DESIGNATIONS FILED AND SERVED ON FEBRUARY 19, 2010) <br><br> Trial Date: April 6, 2010 |

### I. PLAINTIFF DRUVI JAYATILAKA'S DEPOSITION DESIGNATIONS.

On February 19, 2010, Plaintiff Druvi Jayatilaka ("Jayatilaka") submitted deposition designations to the Court for purposes of the bench trial scheduled in this matter on April 6, 2010 (*see* Docket Entry # 50), pursuant to the Court's August 3, 2009 Amended Scheduling Order. On March 15, 2010, the Court entered an Order requiring the Parties to submit their deposition designations on or before March 22, 2010, and specifying a certain format for such designations and the subsequent objections thereto (if any) (*see* Docket Entry # 74).

Accordingly, Jayatilaka is hereby resubmitting its deposition designations in accordance with the Court's March 15, 2010 Order with such designations to supersede and replace the designations identified in its February 19, 2010 filing.

Jayatilaka hereby designates the following deposition testimony to be submitted into evidence at the trial scheduled for April 6, 2010:

    A.    Catherine Farmer, Psy.D.  Deposition excerpts listed below are attached hereto as Exhibit A.

1. 4:8–4:15
2. 8:10–8:11
3. 9:10–9:24
4. 10:1–10:10
5. 11:4–11:8
6. 11:20–11:24
7. 13:6–13:13
8. 13:21–13:23
9. 14:13–14:18
10. 14:21–14:23
11. 15:24–16:10
12. 29:16–29:19
13. 33:8–33:16
14. 33:19–33:21
15. 33:24–34:1

| | | |
|---|---|---|
| 16. | 47:15–48:4 | |
| 17. | 51:6–51:7 | |
| 18. | 51:10–51:12 | |
| 19. | 51:15–51:16 | |

The Defendant has previously indicated it will withdraw its objections with the changes made above and in a stipulation entered into by the parties.

B. Andrew Jeremiah Levine, Ph.D. Deposition excerpts listed below are attached hereto as Exhibit B.

| | | |
|---|---|---|
| 1. | 11:5–11:11 | |
| 2. | 13:5–13:17 | |
| 3. | 66:22–67:6 | |
| 4. | 69:25–70:12 | |
| 5. | 80:17–80:25 | |
| 6. | 81:1–81:22 | |
| 7. | 90:21–92:1 | |
| 8. | 92:7–94:3 | |
| 9. | 108:6–109:10 | |
| 10. | 122:9–123:4 | |
| 11. | 149:4–150:8 | |
| 12. | 150:24–151:24 | |

The Defendant has previously indicated it will withdraw its objections with the changes made above and in a stipulation entered into by the parties.

1
2  Dated:   March 22, 2010.                   MULLIN HOARD & BROWN, LLP
3                                             JOHN M. BROWN (87985)
                                              VINCENT E. NOWAK (*pro hac vice*)
4
5                                             /S/
                                              ─────────────────────────────
                                              VINCENT E. NOWAK
6                                             Attorneys for the Plaintiff
                                              DRUVI JAYATILAKA
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On March 22, 2010, at the direction of a member of the Bar of this Court, I served the within:

**PLAINTIFF'S REVISED DEPOSITION DESIGNATIONS**

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

Gregory C. Tenhoff, Esq.
(gtenhoff@cooley.com)
Wendy J. Brenner, Esq.
(wbrenner@cooley.com)
Cooley, Godward, Kronish, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

☐ (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☒ (BY –E-MAIL) I caused such documents to be delivered via electronic transmission to the offices of the addressee(s) at the e-mail addresses listed above.

Executed this 22nd day of March, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Erika Barbour/*
ERIKA BARBOUR

700531-1