# EXHIBIT A

**Exhibit A**
**Druvi Jayatilaka Neuropsychological Test Scores**

Category
Average = 16 - 84
Above-Average ≥ 85
Intellectual Functioning
Achievement
Attention / Working Memory
Language
Visuospatial Skills
Learning and Memory
Executive Functioning
Motor / Psychomotor Sills
0
10
20
30
40
50
60
70
80
90
10
Test Scores (Percentile)

Cooley Godward Kronish LLP
Attorneys At Law
Palo Alto

839046 v3/HN

1.

Declaration of George Litchford
CV 09-02932 PA (CWx)

A-1