# EXHIBIT A

DEC-19-08 04:53 PM 3ORIN /DUSHENKO          1310375833          P.02

## AFFIDAVIT OF TERRANCE DUSHENKO, PH.D.

STATE OF CALIFORNIA §
§
COUNTY OF ORANGE §

My name is Terrance Dushenko, Ph.D. I am over the age of 18 and otherwise competent to make this affidavit. The facts stated within this affidavit are within my personal knowledge and such facts are true and correct, unless otherwise indicated.

I and my colleague Dr. Andrew Levine conducted neuropsychological evaluations on Druvi Jayatilaka on several occasions in April and May of 2008.

According to available records and consistent with the history reported to me, in December of 1995, Mr. Jayatilaka suffered a fractured skull as a result of an assault in Guadalajara, Mexico. Mr. Jayatilaka was pistol-whipped from behind, resulting in a depressed skull fracture, and then shot, with the bullet apparently grazing the top of his head. Following the assault, he was struck by two different cars, flying over the hood of one and being run over by the other.

Since the date of his assault, Mr. Jayatilaka has suffered challenges with certain aspects of verbal processing, along with difficulty in speed-of-information processing, and extended mental tracking and control. Mr. Jayatilaka has been diagnosed with post-traumatic migraines.

During our April and May consultations with Mr. Jayatilaka, the following were administered:

### April 2, 2008
Clinical Interview
Beck Depression Inventory, Second Edition (BDI-2)
Boston Naming Test (BNT)
Delis-Kaplan Executive Function System (DKEFS) (Specific subtests):
    Trail Making Test
    Verbal Fluency Test
    Color Word Interference Test
Finger Tapping Test
Grooved Pegboard
Hooper Visual Organization Test (HVOT)
Million Clinical Multiaxial Inventory-III (MCMI-III)
Wechsler Adult Intelligence Scales-Third Edition (WAIS-III)
Wechsler Memory Scale-Third Edition (MWS-III)
Wechsler Test of Adult Reading (WTAR)
Wisconsin Card Sorting Test-64 (WCST)

RECEIVED

DEC 2 ? 200?

Disability Services

AFFIDAVIT OF TERRANCE DUSHENKO, PhD.

Page 1



DEC-19-08 04:54 PM  ZORIN /DUSHENKO                  TO:13103750337                    1310375033       P.03
                                                                                         P.2/2

**May 8, 2008**
Delis-Kaplan Executive Function System (DKEFS)
    Verbal Fluency (Alternate Form)
Conners' Continuous Performance Test, Second Edition (CPT-II)

**May 15, 2008**
Woodcock Johnson Psychoeducational Battery, Third Edition (WJ-III) – Standard Battery

Given the results of the foregoing procedures, I have diagnosed Mr. Jayatilaka, pursuant to DSM-IV, on Axis I, 294.9: Cognitive Disorder NOS. This diagnosis is a direct consequence of the traumatic head injury with depressed skull fracture.

As a result of his traumatic head injury, Mr. Jayatilaka cannot pass the USMLE Step 2 exam without the accommodation of extra time.

Mr. Jayatilaka has an impairment that substantially limits his major life activities of learning, reading, concentrating, and thinking.

The mitigating measures Mr. Jayatilaka employs to compensate for his impairment primarily consist of reasonable accommodations of additional time when learning, reading, concentrating, and thinking are impacted by time.

Attached to this affidavit is my neuropsychological evaluation of Mr. Jayatilaka.

Affiant further sayeth not.

_Terrance Dushenko, Ph.D._

SUBSCRIBED AND SWORN TO BEFORE ME on this 19th day of December 2008 to certify which witness my hand and official seal

NOTARY PUBLIC IN AND FOR
THE STATE OF CALIFORNIA
My commission expires:

RECEIVED
DEC 2 3 2008
Disability Services

AFFIDAVIT OF TERRANCE DUSHENKO, Ph.D.

Page 2

DEC-19-08 04:58 PM   ZORIN /DUSHENKO                    1310375033                    P.02

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 19th day of December, 20 08, by Terrance Dushenko

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

PATRICIA MALLEY
Commission # 1735066
Notary Public - California
Los Angeles County
My Comm. Expires May 29, 2011

Signature: Patricia Malley

(Seal)

RECEIVED
DEC 2 3 2008
Disability Services