# EXHIBIT B

12/18/2008 11:48 FAX

☒001



1034153   0-548-315-3
04 & 05/2008 (Dushenko &

# HEALTH PSYCHOLOGY ASSOCIATES

Terrance Dushenko, PhD
James Cassidy, PhD
Michael Flesock, PhD

Huma Athar, PsyD
Andrew Levine, PhD
Kathleen Allen, LVN, BCIAC

1045 Atlantic Avenue, Suite 806
Long Beach, CA 90813
Phone: (562) 590-5594
Fax: (562) 590-5596

Clinical Neuropsychology
Consulting

Psychological Assessment
Psychotherapy

## NEUROPSYCHOLOGICAL EVALUATION

Patient's name:       JAYATILAKA, Druvi
Date of Birth:        10/21/1969
Dates of Evaluation:  4/02/2008, 5/08/2008, 5/16/2008
Age at Evaluation:    38
Referral Source:      William Hornstein, M.D.
Date of Report:       05/21/2008

### REASON FOR REFERRAL

Dr. Druvi Jayatilaka is a 38-year-old, right-handed, Sri Lankan-American gentleman who was referred for neuropsychological evaluation by his neurologist, Dr. William Hornstein. Dr. Jayatilaka originally suffered a fractured skull as the result of an assault in Guadalajara, Mexico on Dec. 08, 1995. At that time, the patient returned to St. Mary Medical Center, in Long Beach, California for evaluation and surgical intervention.

Post-surgically, he denied any symptoms other than physical pain and discomfort, and even this was down-played as fairly minor. However, he later developed what were diagnosed both at St. Mary and at Mayo Clinic as post-traumatic migraines, along with a period of apparent short-term memory loss, which the patient attributes to Topamax. He has, at times, been identified as having challenges with certain aspects of verbal processing, along with possible difficulties in speed of information processing and extended mental tracking and control.

The patient, himself, does not feel he currently has significant cognitive problems that interfere with his day-to-day functioning. He notes that he has not had a substantial headache in over a year, and feels that his memory and mental tracking are functional. Yet, he does acknowledge some history of anxiety since the incident, and admits frustration that he has been unable to successfully pass all components of a medical examination process that is necessary for him to practice medicine independently. He does recognize that, during this examination process, he does not seem able to focus and concentrate in a manner that is sufficient for him to do well. He finds this especially frustrating, in that he identifies having worked for an organization, wherein he has trained other doctors to take and pass this same exam. Complete neuropsychological examination has not ever been conducted since the original injury occurred. The current referral was requested to obtain neuropsychological and neurobehavioral data, to assist in diagnosing the patient's current condition, to delineate cognitive and behavioral strengths and challenges, and to specify a treatment approach, to the extent viable, including provision of assistance with meeting educational/professional goals.

Jayatilaka, Druvi



RECEIVED
JFC
Disability Services

12/18/2008 11:48 FAX                                                                    ☒002

## IDENTIFYING INFORMATION

Dr. Druvi Jayatilaka is a 38 year old, single, never married, Sri Lankan-American male. He lives independently and alone in an apartment. Dr. Jayatilaka has not had any children at this point in his life. He is right-handed, primarily English speaking and was physically fit and completely functionally independent prior to the assault. There is no history of neurological or psychological problems prior to 1995. He has been fit and athletic virtually his entire life, and while he reports rarely working out these days, he remains obviously trim and in the condition of someone who has undertaken significant body building work. There are no known pre-existing conditions that would account for his ongoing cognitive/behavioral difficulties.

## PERSONAL/SOCIAL HISTORY

Dr. Jayatilaka was born and raised in the United States. He is the older of two children. His sister is roughly five years his junior. Both children were raised by their biological parents and the family remains very close and mutually supportive. The patient's father is a practicing physician himself, and has been emotionally and functionally supportive to his son, both with respect to the examination processes and in general. The patient has always been quite outgoing, although he indicates a history of masked shyness and body dysmorphia ("I think I finally sprouted in medical school"). Nonetheless, he was very involved in school athletics, working out regularly and playing high school football.

The patient does not have any psychological treatment history prior to the assault. He indicates that he has had some challenges with trusting others, but believes that most of this difficulty evolved later in his life. He states that he tries to make it a point to "not make mountains out of molehills". At the same time, he acknowledges a fairly strong temper and a determination to make sure that no one he cares for is wronged or taken advantage of by others. He openly admits a "macho flair" and accepts it as simply a part of his makeup.

Dr. Jayatilaka believes that since the attack in 1995, he approaches others quite differently. He sees himself as more vigilant of his own responses and more wary of others. He feels that he is more apt to unload physically or verbally (as the situation warrants) on others, rather than keeping things in. This was described in a manner that appeared more calculated than reflective of any genuine frontal release mechanism.

Since the assault, Dr. Jayatilaka has had contact with various mental health professionals, with varying results. He was living in Champaign, Illinois from 2004 through 2007. During this time, he saw at least two psychologists, one of whom helped him both with enhancing relaxation and developing focusing techniques to assist in taking his medical comprehensive exam. Prior to that, he believes he may have seen a Biofeedback Tech. for one session, in New Jersey. However, he did not follow-up and did not utilize the techniques given to him to practice independently. At some point (apparently in 2006, before traveling to Mayo Clinic in Minnesota), he did see a psychologist in California for several visits. She was able to get him to utilize Guided Imagery techniques to calm down, relax and focus somewhat more effectively.

Within the past year, he saw a psychiatrist in southern California, by the name of Dr. James Pratty, who apparently referred him for psychotherapy and did some limited psychological testing. Dr. Jayatilaka felt quite harshly judged by the psychologist that he saw consequent this referral and

Jayatilaka, Druvi

RECEIVED

DEC 2 3 2008

Disability Services

2

memory of his childhood, but does not attribute this to traumatic events physically or psychologically. Indeed, he describes the opposite, a near idyllic youth, with nothing much happening. He believes he did incur the usual spate of childhood diseases, but does not recall specifics.

Dr. Jayatilaka does believe that he suffered at least two concussions in high school, possibly three. He believes that these occurred playing soccer. He does not recall any specific treatments for them, nor any feedback as to what grade of concussion any of them may have been. He also indicates incurring a right bicep tear while playing football in college and have it reattached in 1993 or 1994. He has also undergone closed reduction of both right and left forearm fractures (at different times) from sports-related injuries.

As indicated previously, Dr. Jayatilaka was in medical school in Guadalajara, Mexico on Dec.8, 1995, when a group of men attacked him outside a bar. He states that he was pistol whipped from behind, resulting in a depressed skull fracture, then shot at, which he believes grazed the top of his head. He reports that he was then struck by two different cars, flying over the hood of one and being run over by the other. Although he was certain at the time that he had suffered a severe shoulder injury, when he returned to Long Beach the next day, he was told that it was not fractured. He describes a very challenging process with attempting to get effective medical care in Mexico. The upshot of it all was that he got on a commercial airliner, with a friend, the next morning, and flew to Long Beach to obtain treatment.

He was evaluated, hospitalized and operated on at St. Mary Medical Center, in Long Beach. He was later treated by neurologist Dr. William Gorbunoff, who soon thereafter diagnosed him with post-traumatic migraines. These continued to occur (especially under circumstances that were at all stressful – which is, of course, relatively commonplace with most symptoms related to traumatic head injury) on and off until 2007. He also has had some challenges with cholesterol and has been treated with Lipitor (which he states he now only rarely takes). In 2001, he was diagnosed with obstructive sleep apnea at UCLA and this was confirmed when he went to the Mayo Clinic in Rochester, Minnesota, in June of 2006. He was also rediagnosed with post-traumatic migraine at that time (with specification of probable relationship with anxiety), along with asthma and animal related dander allergies. Unfortunately, the Topomax prescribed was not effective and Dr. Jayatilaka believes that it may have caused a bout of significant short-term memory impairment. He states that he feels the apnea occurs only occasionally and has limited negative impact. Although he denies significant depression or anxiety, he does state that he has significant insomnia and very restless sleep.

## PERSONAL HABITS

The patient is not a smoker and denies use of any illicit substances or any problems with prescription medications. He denies ever having had negative social, legal or physical problems due to alcohol use. He feels that his dietary habits are relatively sound and was a very active and athletic individual until quite recently. He states desire and intent to return to regular physical exercise. He is currently "stalled" professionally and this is clearly the most powerful daily stressor that he is attempting to cope with.

Jayatilaka, Druvi

RECEIVED
DEC 2 3 2008
Disability Services

4

## BEHAVIORAL OBSERVATIONS

Dr. Jayatilaka arrived unaccompanied and on time to the appointment (note that he missed his first appointment due to being stuck in an elevator). He presented as a neatly groomed, casually-dressed, muscular man appearing his stated age of 38. Gait was unremarkable. The patient was cooperative with the examiner, although he made it clear that he was only undergoing the procedure at the behest of his parents. He frequently laughed during the testing, at times appearing humored by the task requirements. He remained alert and attentive during the 5 hour evaluation. Vision and hearing were grossly intact. He was oriented to all spheres. Recent and remote recall of biographical events was intact. He did not have amnesia for the assault or the time surrounding it. Speech was fluent and normal for rate, volume, and tone. No instances of word finding difficulty were observed. Comprehension and repetition were grossly intact. Thought processes were logical and linear. Mood was euthymic by report. Affect was congruent with mood and appropriate. He did not become frustrated during testing. He was not disinhibited or inappropriate, nor did he appear to be responding to internal stimuli at any point. Insight was good. He appeared to put forth good effort on all tests.

## PROCEDURES
### April 2, 2008
Clinical Interview
Beck Depression Inventory, Second Edition (BDI-2)
Boston Naming Test (BNT)
Delis-Kaplan Executive Function System (DKEFS)
    Trail Making Test
    Verbal Fluency Test
    Color Word Interference Test
Finger Tapping Test
Grooved Pegboard
Hooper Visual Organization Test (HVOT)
Millon Clinical Multiaxial Inventory –III (MCMI-III)
Wechsler Adult Intelligence Scales-Third Edition (WAIS-III)
Wechsler Memory Scale-Third Edition (WMS-III)
Wechsler Test of Adult Reading (WTAR)
Wisconsin Card Sorting Test – 64 (WCST)

### May 8, 2008
Delis-Kaplan Executive Function System (DKEFS)
    Verbal Fluency (Alternate Form)
Conners' Continuous Performance Test, Second Edition (CPT-II)

### May 15, 2008
Woodcock Johnson Psychoeducational Battery, Third Edition (WJ-III) – Standard Battery

Jayatilaka, Druvi

RECEIVED
DEC 2 9 2008
Disability Services

5

# RESULTS

## General Intellectual Functioning/Premorbid Ability

On the WAIS-III, Dr. Jayatilaka obtained a Full Scale IQ score of 103, which places him within the Average range (58%ile) of overall intellectual functioning. This score consisted of a Verbal IQ score of 100 (50%ile) and Performance IQ score of 107 (68%ile). Overall, Dr. Jayatilaka's visual/nonverbal abilities are somewhat stronger than verbal, although this does not appear to be a significant difference. His strongest performances came on measures of attention/working memory and visuoconstruction (all 84%ile). Conversely, his weakest performance was on a measure of vocabulary (37%ile).

Psychometric estimates of premorbid functioning, including the WTAR and subtests of the WAIS-III, indicate that Dr. Jayatilaka has likely been functioning within the Average range of intellectual ability for some time.

## Achievement Testing

Dr. Jayatilaka was administered the WJ-III in order to assess basic academic skills. He obtained very high scores on measures of reading, arithmetic, and mathematical reasoning, consistent with reported level of education. Speeded measures of reading, calculation, and writing were also within expectation. Conversely, his scores of measures of auditory and reading comprehension were below expectation. On the former, in which he had to listen to a list of instructions and then carry them out, his performance was at the 10th grade equivalent. On the latter, for which he had to read a short passage and then fill in a missing word, his performance was at the 12th grade equivalent. Finally, spelling was equivalent to an individual with 14 years of formal education.

Together, results of academic testing suggest relative difficulty with comprehension for both written and oral language. Although his scores still fell within the Average range when compared to individuals from his age group, it is quite possible that they reflect sequelae of his Traumatic Head Injury (THI). Specifically, they are lower scores than would be expected, given his presumed premorbid intelligence and education, and, in addition, are discordant with most of the other test data, which support a presumption of higher premorbid capabilities overall. This supposition of specific losses consequent the THI would, of course, also explain the aforementioned difference between visual and verbally mediated abilities found during intellectual testing.

## Attention/Working Memory

To clinical observation, Dr. Jayatilaka did not evince difficulty sustaining attention or concentration during the evaluation. Formal tests of auditory attention found basic attention, or registration, to be average relative to peers. For example, he was able to repeat back a string of 7 digits, an average performance (42%ile). Auditory working memory, assessed by repeating a string of digits in reverse order, was above average (83%ile). Verbal alternating attention was assessed with a verbal fluency task in which he had to alternate response categories. He obtained an above average performance on this task (91%ile).

Dr. Jayatilaka's performance on a visual measure of registration and working memory was average. Basic visual attention, assessed by having him watch and then repeat tapping a series of blocks, was average (25%ile). Visual working memory, assessed by performing the same task in reverse order, was also average (63%ile). Visual divided attention, assessed with the Trail Making Test, was average (63%ile), and he made one error on this test (Error Rate – 50%ile).

Dr. Jayatilaka completed the CPT-II on 5/08/08. This measure is used to assess sustained attention and vigilance via a computerized format. Dr. Jayatilaka's performance on the CPT-II was within normal limits, and not indicative of difficulties with either inattention or impulsivity. He was noted to have an unusually fast reaction time, but not in a manner that affected his accuracy rate or resulted in a high number of commission errors.

In sum, Dr. Jayatilaka does not demonstrate deficits in attention or working memory. Note that on span tests (Spatial and Digit Span), his reverse spans were longer or equal in length to the forward ones. This finding would suggest either difficulty sustaining attention or varying effort level. His good performance on the CPT-II indicates the latter. For example, he may have increased effort sensing the difficulty of a test was increasing.

## Speech and Language Functioning

In casual conversation, Dr. Jayatilaka's speech was normal for volume, rate, and tone. No obvious instances of word-finding difficulty were observed. Formal testing found deficits in expressive language. This included confrontation naming ability, in which he was able to name only 52 or 60 pictures (18%ile). He named an additional 5 with phonemic cueing, suggesting some difficulty with word retrieval. Verbal fluency for letters (FAS) was impaired (2%ile). For example, he generated only 6 words beginning with the letter "F" in 60 seconds. Conversely, verbal fluency for semantic categories (Animals and Boy's names) was average (50%ile). To determine the reliability of this finding, this measure was re-administered on 05/08/08. His performance was slightly better for letter fluency, perhaps due to the effects of practice. However, it was still below expectation (16%ile). His performance for category fluency improved somewhat, again likely due to practice effect (75%ile). Writing was grossly intact, as was repetition. Fund of vocabulary was average (37%ile).

Receptive language abilities were also below expectation. As noted above, he had some difficulty on achievement tests that involved auditory and reading comprehension, performing below expectation.

In sum, expressive language deficits were noted in confrontation naming and phonemic fluency. Receptive language was notable for auditory and reading comprehension that is below expectation considering educational attainment, albeit average for his age.

## Visuospatial Functioning

Visuospatial functioning was intact. Dr. Jayatilaka did well on a visuoconstruction task in which he had to use blocks to reproduce designs (84%ile). Visuoperception ability was also intact, as he was able to accurately identify missing aspects of pictures and abstract designs (both 63%ile). Dr. Jayatilaka performed within normal limits on measure in which he had to

RECEIVED

DEC 9 2008

Disability Services

Jayatilaka, Druvi

7

identify items that had been cut up and rearranged spatially. Visual Scanning, color discrimination, left-right orientation, and object recognition were intact.

In sum, visuospatial functioning is intact.

### Learning and Memory

Dr. Jayatilaka's ability to acquire and immediately recall information was also assessed as part of a comprehensive memory evaluation. Reflective on his learning ability, he obtained an overall Auditory Immediate Memory score of 94 (34%ile, Average range) and a Visual Immediate Memory score of 112 (79%ile, High Average range). On the auditory (verbal) tasks, he demonstrated adequate learning curve on list learning, as his acquisition increased with additional trials. His overall learning of a word-list was above average (84%ile). Conversely, his learning of short stories was unexpectedly poor (16%ile). On visually mediated tasks, his performance varied from average to very high average. For example, his acquisition (learning) of a series of geometric figures, which he had to draw immediately after seeing them, was very good (91%ile). He had similar ability for learning the details and spatial arrangement of a series of pictures showing family scenes (84%ile). He had average performance learning discriminating a series of faces he had just been shown from a series of similar faces (63%ile).

Dr. Jayatilaka's General Memory Index score of 105 placed him within the Average range. This Index was composed of a Visual Delayed Memory score of 112 (79%ile, High Average range), an Auditory Delayed Memory score of 99 (47%ile, Average range), and an Auditory Recognition Index score of 100 (50%ile, Average range). He did not demonstrate significant forgetting of visual material he had acquired during the learning phase, therefore providing no evidence to suggest an encoding (memory) problem for material learned through this modality. His Auditory/Verbal memory was comparatively poorer, albeit still within average. On these tasks, including story learning and list learning, he recalled approximately 66% of the material he had previously learned. His performance on recognition tasks indicated that he had encoded additional material, but had not retrieved it on his own.

To summarize, Dr. Jayatilaka demonstrated High Average visual learning and memory. Auditory/Verbal learning was characterized by below average learning of prose and above average learning of word-lists, suggesting perhaps that Dr. Jayatilaka is prone to being overwhelmed when presented with too much information at once. Further, Auditory/Verbal memory was comparatively weaker than visual. These findings are consistent with those of intellectual and achievement testing, in which he demonstrated relatively weaker performances on auditory/verbal tests.

### Executive Functioning

Performances on measures of executive functioning were generally within expectation with one exception. That was on the WCST, a measure of conceptual thinking and flexibility of thought. On this test, Dr. Jayatilaka made a large number of errors (Error Rate – 1%ile), and took an unusually long time to figure out the purpose of the test. However, once he discovered the purpose of the task, he quickly developed a successful strategy. Basic executive abilities were within the average range. This included response inhibition, set

Jayatilaka, Druvi

shifting, and working memory. Conceptual reasoning was average for tasks relying on visual or verbal stimuli (both 63%ile). No other behavioral indications of frontal lobe pathology were noted. Specifically, no other instances of perseveration, disinhibition, apathy, or difficulties maintaining mental set.

### Motor/Psychomotor Functioning

Manual dexterity, as assessed with the Grooved Pegboard, was below expectation. Performance was average for the dominant (right) hand (46%ile), but impaired on the left (2%ile). Fine motor speed was impaired for the right (3%ile) and left (2%ile) hand, based on his speed on the Finger Tapping test. Basic psychomotor speed, as assessed with a line tracing task, was intact (84%ile), as was his performance on more complex visuomotor tasks (WAIS-III Processing Speed Index - 58%ile). Finally, visuomotor processing speed was further indicated to be within expectation based on his reaction time on the CPT-II (77%ile).

### Personality and Emotional Functioning

Dr. Jayatilaka's score on the BDI-2, an objective measure of current depressive symptoms, was not indicative of current depression.

## SUMMARY AND IMPRESSIONS

Psychometric estimates of premorbid functioning indicate that Dr. Jayatilaka is a man of Average intellectual ability. This differs from what one would expect based on his academic achievement, which includes medical school and a medical internship, not to mention college. Indeed, achievement testing indicates a strong base of basic academic skills, with the exception of language comprehension (discussed below) and spelling.

Individual cognitive domains were well-characterized in this evaluation. Attention and working memory were average or better. A notable finding was that his performance on reverse span tests was better than that of forward span tests. This may have been due to varying effort level. It was observed that Dr. Jayatilaka applied more effort on the more difficult reverse span tests, as he appeared to rise to the challenge. This is reflective of his overall approach during testing. In most instances, when he realized that he had to put additional effort in to do well, he did. However, he still did poorly on some measures despite apparent redoubling of effort.

Language functioning was characterized by deficits expressive and receptive functions. Regarding the former, he had below average scores on measures of confrontation naming and phonemic fluency. Both tasks require the examinee to perform a mental search. In the case of the former, one must search for the word that matches a picture they are being shown. For the latter, examinees are required to search for words beginning with a particular letter. The common denominator, therefore, is a mental search and retrieval of information based on particular criteria. For the fluency test, this must be done under the pressure of time. Thus, the speed with which Dr. Jayatilaka can access this information appears to be below average. Regarding receptive language functioning, Dr. Jayatilaka's scores on measures of auditory and reading comprehension were equivalent to those of a high school student. While this is consistent with his estimated intellectual ability, these scores are modestly lower than others from achievement testing, and therefore may indicate a relative weakness in this area.

Jayatilaka, Druvi

RECEIVED
DEC 2 3 2008
Disability Services

9

Of note, visuospatial functioning was found to be intact. Considering the site of his open-head injury, this is the cognitive domain most likely to have been affected. Dr. Jayatilaka's most prominent injury was inflicted by a focal impact (pistol butt) that was unlikely to result in a contracoup-type injury.

Manual motor ability was impaired. This was especially true for the left (non-dominant) hand. These findings are of uncertain significance, as Dr. Jayatilaka did not report difficulty with manual activities and his cognitive profile is not indicative of right-hemisphere pathology.

There were discrepancies between auditory/verbal and visual learning. Dr. Jayatilaka demonstrated above average visual learning, while auditory/verbal learning was characterized by below average learning of prose and above average learning of word-lists. This finding indicates that Dr. Jayatilaka is prone to being overwhelmed when presented with a relatively large amount of information at once, such as stories. It may also reflect a difficulty with auditory comprehension, as noted on achievement testing. Note that he is able to organize unstructured material, such as word lists, by utilizing inherent characteristics of the words (e.g., semantic relationships). Thus, he may be able to compensate for a poor auditory learning by relying on well-developed organizational skills. With regards to memory, visual memory was relatively stronger than auditory/verbal memory, consistent with intellectual testing.

Executive abilities were generally intact, with the exception of conceptual thinking and flexibility of thought, as assessed with the WCST. On this test, Dr. Jayatilaka took an unusually long time to figure out the purpose of the test. Once he discovered the purpose of the task, he quickly developed a successful strategy; however, it was too late to obtain a score that was outside of the impaired range.

To summarize, the most notable findings from this evaluation are:
- Scores on tests of visual abilities were consistently better than those of language.
- Auditory and reading comprehension ability that is below expectation considering his educational attainment.
- Below expectation spelling ability, considering educational attainment.
- Below average functioning in both expressive and receptive language, with notable difficulty retrieving words within a reasonable time.
- Difficulties with adaptability and mental flexibility.
- Marked motor slowing, with considerably slower dexterity on the left hand.

Diagnostically, a significant discrepancy must exist between his intellectual ability (as measured by the WAIS-III) and his scores on achievement testing (as measured by the WJ-III). Such a discrepancy was not found. Indeed, his scores on many tests of achievement exceeded expectation based on his estimated IQ, although they were consistent with educational attainment. Despite the absence of learning disability per this psychometric definition, it does appear that Dr. Jayatilaka has areas of deficit that are likely to affect his capacity to perform well on standardized testing. Most notable were deficits in language.

Jayatilaka, Druvi

RECEIVED
DEC 2 9 2008
Disability Services

10

This includes difficulty with auditory and writing comprehension, for which his ability was equivalent to that of a high school student. It also includes slower than normal word-retrieval. It is unclear if his deficits have been present throughout his life or were acquired in the 1995 assault. Regardless of their origin, such deficits are likely to require Dr. Jayatilaka to re-read the questions on the medical exam that he is currently studying for, in order to fully comprehend them, and to answer them in a timely manner. Therefore, Dr. Jayatilaka may qualify for an additional time allotment in order to complete this testing. Indeed, current results suggest that he would be apt to need additional time for effective completion of any such written/verbal examination.

## RECOMMENDATIONS/PLAN

1. It is recommended that Dr. Jayatilaka be given provision, under the Americans with Disabilities Act, for extended time for completion of current and future written medical examinations. Indeed, regardless of the time of onset or nature of the difficulties present, current examination results indicate that Dr. Jayatilaka does, in fact have cognitive challenges that will be reflected in test performance if such provisions are not made.
2. It is further recommended that the patient become engaged, on a daily basis in either formal or self-directed cognitive rehabilitation program, with specific emphasis on enhancing speed of processing/performance, overall verbal skills, and mental flexibility and control. Such a process could be as straightforward as the use of commercially available tools or programs (e.g., Nintendo's "Brain Age" or Brain Age2"); professionally created and supported programs (e.g., Brain Train interactive package typically used in outpatient cognitive rehabilitation) or even the more formally directed face-to-face programs (e.g., Orange Coast College or similar facility and long-term; group and individual all day training). The latter is only rarely available for individuals who are as highly functioning as Dr. Jayatilaka. However, this degree of structure might be precisely what would be most efficient to focus on the cognitive and behavioral areas of concern.
3. Informal practice of any and all cognitively challenging tasks/approaches that are geared towards enhancing general cognitive functions would be apt to be of some benefit as well. For example, approaches such as Dr. Mezinech's Posit Science has a growing data base that is reportedly reflecting enhanced cognitive skills in almost all domains for people utilizing the approach with any regularity. Similarly, Dr. Gary Small's "Memory Bible" approach is also data based and has been shown to enhance a broad range of cognitive skills across all adult age ranges and across a broad range of prior levels of cognitive functioning.
4. It is also possible that some degree of medication management might be of value. For example, Provigil or even low dose Ritalin or Sonata have some potential for enhancing focus, concentration and processing speed.
5. Furthermore, psychiatric medications, such as low dose Ativan, might be considered on an as needed basis for anxiety.

Jayatilaka, Druvi

RECEIVED

DEC 9 9 2008                    11

Disability Services

☒011

6. It is recommended that Dr. Jayatilaka reconsider biofeedback as a stress management, relaxation enhancement tool. This approach can be of great value in areas as basic as reteaching diaphragmatic breathing and can have significant secondary benefits to attention, concentration and mental tracking.

7. It is quite likely that, if he was to open to addressing underlying issues, both cognitive-behavioral and psychodynamic approaches to individual psychotherapy would be of benefit. There were various areas addressed in the clinical interview and history taking aspects of this evaluation that reflected significant "unfinished business" that undoubtedly is weighing upon Dr. Jayatilaka.

We hope that this report has been of value in your evaluation and treatment planning for Dr. Druvi Jayatilaka. Please feel free to contact our office if we can be of any further service or if you have any questions or comments about the above report.

Sincerely Yours,

Andrew Levine, Ph.D.
Clinical Neuropsychologist
License PSY-20320

Terrance W. Dushenko, Ph.D.
Licensed Clinical & Neuropsychologist
CA License #PSY8397
And
Director, Dept. of Behavioral Medicine
St. Mary Medical Center
Long Beach, CA 90813

Jayatilaka, Druvi

RECEIVED
DEC 2 3 2015
Disability Services

12

12/10/2008 11:51 FAX                                                                              ☑012

| Name:<br>Date of Birth:<br>Age: | Education: 20+<br>Date of Evaluation:<br>Handedness: | | |
|---|---|---|---|
| General Intellectual Functioning/<br>Premorbid Intelligence | Raw Score | Scaled Score | %ile |

Jayatilaka, Druvi

RECEIVED
DEC 2 4 2008
Disability Service

13

12/18/2008 11:51 FAX                                                                                  ☒013

| WAIS-III Verbal Subtests | | | |
|---|---|---|---|
| Vocabulary | 41 | 9 | 37 |
| Similarities | 25 | 11 | 63 |
| Arithmetic | 16 | 11 | 63 |
| Digit Span | 21 | 13 | 84 |
| Information | 17 | 10 | 50 |
| Letter Number Seq | 13 | 13 | 84 |
| **Performance Subtests** | | | |
| Picture Completion | 21 | 11 | 63 |
| Digit Symbol | 77 | 10 | 50 |
| Block Design | 52 | 13 | 84 |
| Matrix Reasoning | 18 | 11 | 63 |
| Symbol Search | 36 | 11 | 63 |
| | **Raw Score** | **Standard Score** | **%ile** |
| Full Scale IQ | 117 | 103 | 58 |
| Verbal IQ | 61 | 100 | 50 |
| Performance IQ | 56 | 107 | 68 |
| Verbal Comprehension Index | 30 | 100 | 50 |
| Perceptual Organization Index | 35 | 109 | 73 |
| Working Memory Index | 37 | 113 | 81 |
| Processing Speed Index | 21 | 103 | 58 |
| WTAR | 42 | Estimated IQ-109 | 73 |

| Achievement Testing (WJ-III) | Raw Score | Grade Estimate | %ile |
|---|---|---|---|
| Letter-Word Identification (Reading) | 72 | >18 | 52 |
| Reading Fluency | 90 | >18 | 78 |
| Understanding Directions | 20 | 10.4 | 49 |
| Calculation | 31 | >18 | 70 |
| Math Fluency | 148 | >18 | 81 |
| Spelling | 50 | 13.9 | 57 |
| Writing Fluency | 34 | >18 | 94 |
| Passage (Reading) Comprehension | 38 | 12.5 | 42 |
| Applied Problems (Math Reasoning) | 54 | >18 | 69 |

| Attention/Working Memory | Raw Score | Scaled Score | %ile |
|---|---|---|---|
| WAIS-III Digit Span | 21 | 13 | 84 |
| Longest Forward | 7 | -- | 42 |
| Longest Backward | 7 | -- | 83 |
| WMS-III Spatial Span | 15 | 10 | 50 |
| Forwards | 7 | 8 | 25 |
| Backwards | 8 | 11 | 63 |
| WMS-III Working Memory Index | 23 | 108 (Standard) | 70 |
| WMS-III Word List Trial 1 | 7 | 13 | 84 |
| DKEFS Verbal Fluency Switch Acc. | 16 | 14 | 91 |
| DKEFS Trail Making Test Switching | 66" | 11 | 63 |

Jayatilaka, Druvi

RECEIVED
DEC 9 8 2008
Disability Services

14

missing
pg 15 q16
pg