# EXHIBIT C

**TERRANCE W. DUSHENKO, PHD**
**1045 ATLANTIC AVE. #806**
**LONG BEACH, CA 90813**

**CURRICULUM VITAE**

**NAME:**        Terrance William Dushenko, Ph.D.

**MAILING**
**ADDRESS:**      1045 Atlantic Ave. #806
               Long Beach, CA 90813

**TELEPHONE:**  (562)590-5594
**FAX:**         (562)590-5596

**EDUCATION:**
| | |
|---|---|
| 5/76 | B.A. (Hons.), - U. of Manitoba, Winnipeg, CAN |
| 5/78 | M.A., - U. of Manitoba, Winnipeg, CAN |
| 7/80-7/81 | Ph.D. Internship, - UCLA, Los Angeles |
| 2/83 | Ph.D. - U. of Manitoba, Winnipeg, CAN |
| 1/86-6/88 | Post-Doctoral Training, - Rosenberg-Rand Institute Integrative Body Psychotherapy |

**SPECIALTY**
**TRAINING:**     Neuropsych. and Psych. Assessment
               Geropsychology
               Forensic Psych. Evaluation
               Cognitive Rehabilitation
               Pain Management, including Biofeedback
               Sleep Disorders
               Post Traumatic Stress Disorders
               Eye Movement Desensitization (EMDR)
               Rehabilitation/Medical Psychology
               Integrative Medicine

**LICENSURE:**    State of California - Psychology
1/25/84         CA License #PSY8397

**CERTIFICATION:**
| | |
|---|---|
| 1992-ongoing | State of CA - Indus. Med. Council Qualified Medical Examiner |
| 1993-ongoing | International Critical Incident Stress Foundation (ICISF) - Basic and Advanced Trauma Debriefing Certification |
| 1995-ongoing | National Register of Health Care Providers |
| 1995-ongoing | Eye Movement Desensitization and Reprocessing Level I Certification |
| 2004-ongoing | Level 3 – Certification-Intuition in Psychotherapy (NICABM) |



Page 2

**HOSPITAL AFFILIATIONS:**

| | |
|---|---|
| 1986-ongoing | St. Mary Medical Center, Long Beach, CA |
| 1998-2002 | Centinela Hospital, Inglewood, CA |
| As-needed | Community Hospital, Long Beach, CA |

**CURRENT PRACTICE:**

Geropsychology
Neuropsych. and Psych. Evaluation
Post Trauma Stress Treatment
Adult (group and individual) Psychotherapy
Integrative Medicine (including meditation, dreamwork, & guided imagery)

**ACADEMIC AWARDS:**

| | |
|---|---|
| 1974-1975 | Isbister Undergraduate Scholarship (Highest GPA - Faculty of Arts) |
| 1974 | Lt. M. M. Soronow Scholarship |
| 1974 | J. W. Osborne Scholarship |
| 1974-76 | Dean's Honor List |
| 1976 | Summa Cum Laude Graduate |
| 1976-1977 | U. of Manitoba Graduate Fellowship |
| 1977-80 | Canada Council Doctoral Fellowship (requiring departmental nomination) |

**PROFESSIONAL AFFILIATIONS:**

American Psychological Association
    Full Member Status
    Div. 40 - Neuropsychology
    Div. 22 - Rehabilitation
    Div. 38 - Health

International Association of Trauma Counselors
Internat'l Critical Incident Stress Foundation
Internat'l Society for Traumatic Stress Studies
International Neuropsychology Society
National Register for Health Care Providers in Psychology
American Association for Advancement of Psychology

**PROFESSIONAL POSITIONS:**
**(CLINICAL)**

| | |
|---|---|
| 1/84-1996 | Private practice, Santa Monica, CA 429 Santa Monica Blvd., #200 Psychotherapy, assessment, consultation |

Page 3

| | |
|---|---|
| 4/86-ongoing | Private practice, Torrance, CA<br>25550 Hawthorne Blvd., #212 |
| 7/86-ongoing | Director, Dept. of Behavioral Medicine<br>St. Mary Medical Center, Long Beach, CA |
| 8/98-2002 | Director of Psychology Services<br>Centinela Hospital, Inglewood, CA |
| 6/92-Elasped | Qualified medical Examiner, State of California |
| 6/98-ongoing | President and CEO, Health Psychology Associates |
| 1/84-12/87 | Psych. Assessment Specialists, Los Angeles, CA<br>10780 Santa Monica Blvd.<br>Independent Contractor - WCAB & PI<br>Psychotherapy, Neuropsych/Psych. Evaluation |
| 1/81-12/90 | Polysomnographer/Sleep Consultant<br>Various hospitals and clinics, Los Angeles<br>County, Orange County, and Ventura County |
| 1985-1998 | Staff Member<br>Various psychiatric hospitals including Charter Long Beach, Suncrest, Del Amo, Westwood, as needed. Roles range from most basic psycho-therapies to most types assessment/consultation. |
| 1983-ongoing | Various public presentations including multiple guest lectures, television and film work (incl. PBS documentary and cable access talk shows on trauma and stress). |

**PROFESSIONAL POSITIONS:**
**(RESEARCH)**

| | |
|---|---|
| 1984-91 | Staff Research Psychologist, UCLA<br>Assessment - Epilepsy and Geriatrics Program Coordinator-USAF project on EEG in high-performance flight |
| 1981-1983 | Staff Research Associate III, UCLA<br>Neuropsych. Lab, VA Medical Center<br>Sepulveda, CA - EEG Biofeedback for seizure reduction with intransigent epilepsy; workload performance evaluation of pilots, including neuropsych. battery development, assessment, data analysis, and polysomnographic study. |

Page 4

## PROFESSIONAL POSITIONS:
## (ACADEMIC)

### Graduate School Teaching

1983-1985             Physiological Psychology
                      California School of Professional Psych (CSPP-LA):  Physiological
                      bases of behavior, psychopharm, basic clinical neuropsych.

1983-1985             Psychodiagnostic Assessment
                      CSPP-LA:  Clinical assessment, including most major child, adolescent
                      and adult tests (eg. WISC-R, WAIS-R, Stanford-Binet, CAT, TAT,
                      MMPI, Figure Drawing, Rorschach, etc.)

1983                  Cognitive/Affective Bases of Behavior
                      CSPP-LA: Advanced topics in learning, cognition and emotion
                      regarding clinical practice and theory

1985                  Brain and Behavior
                      CSPP-LA:  Introduction to clinical neuro-psychology; fundamentals of
                      neuropsych. assessment

### Extension Teaching

1986                  Psychology of Sleep and Dreams
                      UCLA:  Psychophysiology of sleep, dreaming, sleep disorders, how to
                      improve sleep, alleviating sleep disorders, using dreams

### Guest Teaching

1984-1985             Evaluation of Organic Brain Syndromes
                      Psychophysiological Study of Sleep
                      Cal. State University, Northridge (CSUN)

1985                  Sleep and Aging
                      UCLA Faculty Emeritus Group

                      Ongoing guest lectures for various colleges, charitable and community
                      organizations; hospital inservices; as well as consultation lectures to business.

## PROFESSIONAL EXPERIENCES (pre-Ph.D.)
## (Political-Administrative)

1977-80               Student Member - Clinical curriculum and issues group, University of
                      Manitoba

1978-80               Student Rep. - Psychology Dept. staff nominating comm. Univ. of Manitoba

Page 5

| 1978-80 | President - Graduate Assoc. for Students in Psychology, University of Manitoba |
| 1979-91 | Article Reviewer - various professional journals |

## PROFESSIONAL EXPERIENCES (pre-Ph.D)
### (Clinical)

| 1975-1977 | Student Coordinator - Child Development and Support Services (Manitoba Gov't agency) in interlake region of rural Manitoba, summer job - peds/dev/educ/psych |
| 1977-79 | Group Therapy Leader - Various adult groups, including drug rehab and ICU nursing, University of Manitoba externship programs |
| 1977-80 | Clerkship/practica - Gen. clinical psych populations incl. specialty practicum in sex therapy, U. of Manitoba Psych. Services Center |
| 1978-79 | Pediatric Psychology - Practica in child and family problems, especially psychosomatic. Health Sciences Center, Manitoba Clinic, Winnipeg, Manitoba, CAN |
| 1979 | Assessment - Intellectual and Personality testing of school children, coord. by Dr. D. Fillis, Winnipeg Child Guidance Clinic, Transcona School Division, Winnipeg |
| 1980-81 | Pre-doctoral Internship - Neuropsych. foci including consultation-liaison to neurology wards, short-term therapy, neurobehavioral assessment, differential diagnoses, treatment recommendations, mult. seminar experiences and presentations.<br>UCLA - Neuropsychiatric Institute, Mentor - Dr. Jeffrey Schaeffer, additional Supervisor - Dr. Dan Mungas |

## PROFESSIONAL EXPERIENCES (pre-Ph.D.)
### (Research-Consultation)

| 1973-80 | Research Assistantships - profs. include Drs. R. Perry, D. Dyck, L. Breen, J. G. Adair, M. LeBow, and D. Martin. Basic and applied psychology research, University of Manitoba, Dept. of Psychology |
| 1974-1975 | Applied Operant Research - work with autistic and mongoloid children, St. Amant Hospital, St. Vital, Manitoba |
| 1976 | Personality Research – characteristics of student nurses in different areas of nursing. |

Page 6

| 1976 | Research done for Drs. Perry & Breen, Manitoba Assoc. of Reg. Nurses (MARN), Brandon & Portage LaPraire, Manitoba |
|------|---|
| 1977 | Corrections Res./Consultation - federal prison project, data analysis for Univ. of Calgary, Alberta, CAN |
| 1978 | Group Psychotherapy Res. - experiences in T-Groups for ICU nurses, Dr. G. Mittler, U. of Manitoba, Dept. of Psychiatry Health Sciences Center, Winnipeg |
| 1978 | Sleep Research - effects of pre-sleep stressors on REM patterns, Univ. of Manitoba, Dept. of Psychology |
| 1978 | Alcoholism Research - programs available in Manitoba businesses, evaluation of. for Drs. D. Lange and D. Harper, Univ. of Manitoba, Dept. of Psychiatry |
| 1978-80 | Psychotherapy Outcome Res. - eval. of psych. consults in pediatric clinics, University of Manitoba, Manitoba Clinic Health Sciences Center, Winnipeg |

## PROFESSIONAL EXPERIENCES (pre-Ph.D.)
**(Academic)**

### Undergraduate Teaching

| 1978 | Social Psychology - Teaching Asst. to Dr. R. Perry, summer semester |
|------|---|
| 1979 | Abnormal Psychology - Theory, research, prevention, and treatment of pathology, Univ. of Manitoba, Dept. of Psychology |
| 1979 | Organizational Psychology - Behavior in various types of organizations, Univ. of Manitoba, Dept. of Psychology |
| 1979-80 | Introductory Psychology - Basic concepts, theorists and gen. knowledge base, taught to med./max. security prisoners, Stony Mountain Federal Penitentiary, U. of Manitoba, Dept. of Psychology |

### Related Didactic Experiences

| 1975-77 | Workshops for parents and teachers of learning-disabled children, Manitoba Gov't - Ms. R. McVicar |
|------|---|
| 1977 | Guest lecturer - physical attractiveness research, undergrad. Soc. Psych. class, U. of Manitoba, Dept. of Psychology |

Page 7

1978                    Student lecturer - pain management, for Dr. M. Thomas pain clinic, Victoria
                       Hospital Back Clinic, Winnipeg

**PAPER PRESENTATIONS:**

Perry, R.P., Abrami, P.C., & Dushenko, T.W.  The effect of donor and recipient characteristics on
        prosocial behavior in non-emergency situations.  Paper presented at the annual meeting of the
        Canadian Psychological Association, Quebec City, June 1975.

Dushenko, T.W. & Perry, R.P.  Physical attractiveness stereotype:  Generalizability as a function of
        personality traits and length of exposure.  Paper presented at the annual meeting of the
        Canadian Psychological Association, Toronto, June 1976.

Dushenko, T.W. & Perry, R.P.  Self-esteem, severity of transgression, & interpersonal attraction &
        derogation:  When physical attractiveness may not be enough.  Paper presented at the annual
        meeting of the Canadian Psychological Association, Vancouver, June 1977.

Briere, J., Koulack, D., & Dushenko, T.W.  Ph.D. candidacy examinations as a stressful stimulus-effect
        on REM sleep parameters in a single subject.  Paper presented at the Annual Conference of the
        Association of the Psychophysiological Study of Sleep, Palo Alto, California, April 1978.

Dushenko, T.W.  Cystic Fibrosis:  Psychological Intervention.  Poster presented at the annual meeting
        of the Canadian Psychological Association. Quebec City, June 1979.

Dushenko, T.W.  College teacher characteristics and the creation of learned helplessness.  Paper
        presented at the annual meeting of the American Psychological Association, Montreal,
        September 1980.

Dushenko, T.W.  Hemisphere-specific psychomotor epilepsy and lateralized deficits of function.
        Poster presented at the annual meeting of the Canadian Psychological Association, Winnipeg,
        June 1983.

Sterman, M.B., Hamel, A.R., & Dushenko, T.W.  The sleep spectral profile:  Applications of EEG
        feedback therapy for epilepsy.  Paper presented at the annual meeting of the American
        Biofeedback Society, Albuquerque, New Mexico, March 1984.

Dushenko, T.W.  A hemispheric comparison of EEG patterns during flight-related performance.  Paper
        presented at the 10th Annual Convention of the Biofeedback Society of California, Monterey,
        California, November 1984.

Schummer, G.J., & Dushenko, T.W.  Electroencephalographic correlates of workload and high g-force
factors in laboratory and in-flight studies.  Invited paper presented at AGARD-NATO Conference,
Trondheim, Norway, May 1987.

Page 8

Sterman, M.B., Hoppenbrowers, T., Hamel, A., Dushenko, T.W., & Sterman, L. The sleep-EEG
spectral profile: Hemisphere, repeated measures, and age effects. Paper presented at the 5th
International Congress of Sleep Research, Copenhagen, Denmark, June 1987.

**SYMPOSIA:**

Dushenko, T.W. Seldom asked questions about assessment and treatment of the elderly.
Assessment: The importance of context. Symposium on aging presented at the annual
meeting of the western Psychological Association, Los Angeles, California, April 1981.

**BOOKS:**

Lange, D.E., Harper, D.W., Dushenko, T.W. & Elliott, C.A. Occupational alcoholism programs: A
bibliography of research and an examination of company programs in Manitoba. Special
Project: Nonmedical Use of Drugs, Government of Canada and Department of Psychiatry,
University of Manitoba, 1978.

**PUBLICATIONS:**

Dushenko, T.W., Perry, R.P., Schilling, J., & Smolarski, S.
Generalizability of the physical attractiveness stereotype across young and old subjects of either
sex. Journal of Social Psychology, 1978,
105, 303-304.

Briere, J., Koulack, D., & Dushenko, T.W. Ph.D. candidacy
examinations as a stressful stimulus-effect on REM sleep parameters in a single subject.
Published in the Proceedings of the Annual Conference of the Association of the
Psychophysiological Study of Sleep. Palo Alto, California, 252, April 5-8, 1978.

Briere, J., Koulack, D., & Dushenko, T.W. Ph.D.
Candidacy examinations as a stressful stimulus-effect on REM sleep parameters. Sleep
Research, 1978, 7, 168.

Dushenko, T.W. Cystic Fibrosis: A medical overview and critique of the psychological literature.
Social Science and Medicine, 1981, 15E, 43-56.

Dushenko, T.W. Differential effects on the two cerebral   -9-hemispheres that result from loss of
REM sleep: Deprivation and epileptic vs nonepileptic subjects. Newsletter of the California
Neuropsychology Society, 1982, 3(3), 3-4.

Wersh, J., Tritt, S., Stambrook, M., & Dushenko, T.W. Providing psychological services in a private
pediatric setting: Development of a model. Canadian Psychology, 1982, 23(4), 221-228.

Martin, D.G., Hawryluk, G.A., Berish, C.M., & Dushenko, T.W.
Selective forgetting of aversive memories cued in the right hemisphere. International Journal

Page 9

of Neuroscience, 1984, 23, 169-176.

Dushenko, T.W., & Sterman, M.B.  Hemisphere-specific deficits on cognitive/perceptual tasks
        following REM sleep deprivation.  International Journal of Neuroscience, 1984, 25, 25-45.

Adair, J.G., Dushenko, T.W., & Lindsay, R.C.L.  Ethical regulations
        and their impact on research practice.  American Psychologist, 1985, 40(1), 59-72.

Sterman, M.B., Dushenko, T.W. & Hamel, A.S.  Measurement and
        modification of sensorimotor system function during visual motor performance.  USAF Tech.
        Report #AFOSR 82-0335, 1985, Bolling AFB, Washington D.C.

Sterman, M.B., Schummer, G.J., Dushenko, T.W. & Smith, J.C.
        Measurement and modification of sensorimotor system function during visual motor
        performance.  USAF Tech. Report #AFOSR 82-0335, 1987, Bolling AFB, Washington D.C.

Schummer, G.J., & Dushenko, T.W.  EEG correlates of workload and high g-force factors in
        laboratory and in-flight studies.  Proceedings of the AGARD-NATO Conference, Trondheim,
        Norway, May-June 1987.

Dushenko, T.W.  Benefits of liver support groups.  Report of the United Liver Association, 1991,
        summer, 2.

Dushenko, T.W.  Living with prostate cancer, Cancer Quarterly,
        1991, spring, 2a-2b.

Dushenko, T.W.  What - me tense?  Report of the United Liver Asociation, 1991, summer, 2-3.

Dushenko, T.W.  No I'm not angry - I'm relaxing.  Report of the United Liver Association, 1993,
        Spring, 2a-2b

Dushenko, T.W.  Why do we need support groups?  Report of the United Liver Association, 1993,
        Fall, 2-4