```
COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (pro hac vice)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX  79120-1656
Telephone: (806) 372-5050
Facsimile:  (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>  Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**STIPULATION RE: PRESENTATION OF EVIDENCE AT APRIL 6, 2010 TRIAL** |

In accordance with the Court's Civil Minute Order dated March 5, 2010 (which required the Parties to inform the Court on or before March 25, 2010 as to whether the Parties elect to submit the matter to the Court based upon the record filed with the Court in lieu of presentation of evidence at the April 6, 2010 court

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

841591 v2/HN                                    1.                            STIPULATION
                                                                    CASE NO. CV 09-02932 PA (CWx)

trial), the Parties hereto, through their counsel, hereby stipulate as follows:

1. **PREVIOUSLY SUBMITTED EVIDENCE.** Pursuant to the Court's Orders, the Parties already have submitted evidence to the Court as follows:

    a. **Stipulated Facts.** The Parties have stipulated to 168 facts as set forth in Exhibit A to the joint Proposed Pre-Trial Conference Order, filed herein on February 19, 2010 (Docket No. 51).

    b. **Exhibits.** The Parties have filed a Pre-Trial Exhibit Stipulation (Docket No. 48)(filed herein on February 19, 2010) which sets forth all of the documents that either Party wishes to introduce into evidence at trial. Both Parties have no objection to the authenticity or admissibility of any documents on the Pre-Trial Exhibit Stipulation and seek to move the documents set forth therein into evidence. On April 6, 2010, the Parties will be providing binders containing such exhibits to the Court pursuant to the Court's scheduling orders. The Parties further are willing to stipulate that the Pre-Trial Exhibit Stipulation shall be deemed the Final Trial Exhibit Stipulation (which is to be filed with the Court on April 1, 2010 pursuant to previous Court Orders).

    c. **Deposition Testimony.** The Parties have designated the portions of witness deposition testimony that they seek to enter into evidence in their Witness Testimony Summaries - Deposition Designations (Docket Nos. 79 and 80)(filed herein on March 22, 2010). The Parties have no objections to the admissibility of any of the deposition testimony designated by either party in these filings and seek to move such testimony into evidence. The Parties will submit the original deposition transcripts on April 6, 2010 per the Court's previous order.

    d. **Witness Declarations.** On March 23, 2010, the Parties have filed and served witness direct testimony in the form of declarations for all five anticipated trial witnesses: (1) Plaintiff Druvi Jayatilaka (Docket No. 85); (2) Dr. George Jayatilaka (Docket No. 84); (3) Terrance Dushenko (Docket No. 83); (4) Dr. George Litchford (Docket No. 82); and (5) Dr. Nancy Nussbaum (Docket No.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

841591 v2/HN

2.

STIPULATION
CASE NO. CV 09-02932 PA (CWx)

81) (collectively, the "Witness Declarations"). The Parties already have submitted motions in limine that pertain to some of this testimony (Docket Nos. 55, 56, 57, 59) and have offered such testimony subject to the Court's final rulings on these motions in limine. The Parties do not have any evidentiary objections to the Declarations of Terrance Dushenko; Dr. George Litchford; and Dr. Nancy Nussbaum. The NBME will submit their evidentiary objections to the Declarations of Plaintiff Druvi Jayatilaka and Dr. George Jayatilaka on or before March 30, 2010, in accordance with the Court's previous Order.

   e. **Rebuttal Deposition Testimony**. Plaintiff agrees that on or before March 26, 2010, the NBME shall be allowed to submit rebuttal evidence in the form of the following deposition excerpts from Plaintiff Druvi Jayatilaka's deposition: 54:3-56:22; 166:15-167:4. Similarly, the NBME agrees that on or before March 26, 2010, Plaintiff shall be allowed to submit rebuttal evidence in the form of deposition excerpts from the depositions of Drs. Litchford and Nussbuam. The Parties have no objections to the admissibility of any of the deposition testimony designated by either party (except for any objections set forth in the deposition transcripts themselves) and seek to move such testimony into evidence (subject to the Court's ruling on the transcript objections). The Parties will submit the original deposition transcripts on April 6, 2010 per the Court's previous order.

  2. **ELECTION TO SUBMIT MATTER.** In light of the evidence previously submitted, and to be submitted, to the Court, the Parties jointly elect to submit the matter to the Court in lieu of the presentation of evidence at the April 6, 2010 court trial.

  3. **REQUESTED FURTHER ORDERS AS A RESULT OF THE ELECTION.** As a result of this joint election, the Parties respectfully request:

   a. The Court deem the evidence set forth in Section 1 herein admitted into evidence (subject to any Court rulings on the motions in limine and on the forthcoming NBME objections to the Declarations of Plaintiff Druvi

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

841591 v2/HN   3.   STIPULATION
CASE NO. CV 09-02932 PA (CWx)

1 Jayatilaka and Dr. George Jayatilaka);

2     b. The Court accept the Pre-Trial Exhibit Stipulation as the Final Trial Exhibit Stipulation to avoid an additional court filing;

    c. The Court relieve the Parties of the obligation to submit a Final Joint Witness Trial Estimate Form on April 1, 2020, as provided by previous Court Orders;

    d. The Court take the current Motion in Limine hearing set for March 29, 2010, at 1:30 p.m. off-calendar; and

    e. The Court schedule a date after the final submission of all evidence for the Parties' counsel to argue their respective positions and answer any questions the Court may have about the matter submitted.

**So Stipulated:**

Dated: March 25, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

_____
GREGORY C. TENHOFF (154553)
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

Dated: 3/25, 2010

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
VINCENT E. NOWAK (*pro hac vice*)

_____
VINCENT E. NOWAK
Attorneys for the Plaintiff
DRUVI JAYATILAKA

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

841591 v2/HN

4.

STIPULATION
CASE NO. CV 09-02932 PA (CWx)