| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | GREGORY C. TENHOFF (154553) |
| 2 | (gtenhoff@cooley.com) |
| | WENDY J. BRENNER (198608) |
| 3 | (wbrenner@cooley.com) |
| | Five Palo Alto Square, 4th Floor |
| 4 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2155 |
| 5 | Telephone:  (650) 843-5000 |
| | Facsimile:   (650) 857-0663 |

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA, | Case No. CV 09-02932 PA (CWx) |
| Plaintiff, | **DEFENDANT NBME'S DEPOSITION DESIGNATIONS FOR REBUTTAL EVIDENCE** |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | (TO SUPPLEMENT AND NOT TO REPLACE DESIGNATIONS FILED AND SERVED ON MARCH 22, 2010) |
| Defendant. | Trial Date: April 6, 2010 |
| | Judge: Hon. Percy Anderson |

On March 22, 2010, Defendant National Board of Medical Examiners ("NBME") submitted deposition designations to the Court to be entered as evidence in the bench trial scheduled in this matter on April 6, 2010. (*See* Docket No. 79.) On March 24, the Parties submitted witness direct testimony in the form of declarations for all anticipated trial witnesses. (*See* Docket Nos. 81-85.) Pursuant to the Parties' Stipulation and [Proposed] Order filed with this Court on March 25, 2010, Plaintiff Druvi Jayatilaka ("Plaintiff") agreed that on or before March 26, 2010, the NMBE shall be allowed to submit rebuttal evidence in the form of

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

842126 v1/HN

1.

CASE NO. CV 09-02932 PA (CWX)
NBME DEPO. DESIGNATIONS FOR REBUTTAL
(SUPPLEMENTING 3/22/10 DESIGNATIONS)

designating additional deposition excerpts from Plaintiff's deposition transcript, with such designation supplementing and not replacing the NBME's Deposition Designations filed with this Court on March 22, 2010. (*See* Docket No. 86).

THE NBME HEREBY designates the following deposition testimony to be submitted as evidence at the trial scheduled for April 6, 2010 in rebuttal to Plaintiff's direct testimony submitted in Plaintiff's Declaration (*see* Docket Entry 85):

**Druvi Jayatilaka**.  Deposition excerpts listed below are attached hereto as Exhibit A.

1. 54:3-56:22
2. 166:15-167:4

Plaintiff agreed in the Parties' Stipulation and [Propsed] Order that he has no objections to the admissibility of the additional designations of Druvi Jayatilaka's deposition testimony identified above.

Dated:   March 26, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)


/S/
GREGORY C. TENHOFF (154553)
Attorneys for the Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

842126 v1/HN

2.

CASE NO. CV 09-02932 PA (CWX)
NBME DEPO. DESIGNATIONS FOR REBUTTAL
(SUPPLEMENTING 3/22/10 DESIGNATIONS)