# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA, ) | No. CV09-2032 PA |
| ) | (CAx) |
| Plaintiff, ) | |
| ) | Volume 1 |
| vs. ) | Pages 1 to 147 |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

DEPOSITION OF:

        DRUVI ANTHONY JAYATILAKA

        Thursday, October 8, 2009

        1:10 p.m.

Reported by:

        MONICA T. VOGELBACHER

        CSR No. 6406

1  previous MRI that was in your medical file, correct?
2  A  Yes.
3  Q  And at the time that you were treated at the
4  Mayo Clinic, was there ever any diagnosis that connected
5  the incident in Guadalajara in 1995 with migraines?
6  A  I had told them that's what Dr. Gorbunov said.
7  I don't know if they picked up on that and put it into
8  their -- their -- but it does say here in the first page,
9  "Recommendations regarding optimal management of
10  patient's posttraumatic migraine headaches."  So...
11  Q  Right.
12     And what was the treatment that was prescribed
13  for you as a result of the consultation and evaluation
14  done at the Mayo Clinic?
15  A  They started me on a therapeutic dose of
16  Topamax.  Originally, the people that put me on that
17  hadn't given me a high enough dose for my weight, so it
18  didn't do anything for me.
19  Q  And did you take the Topamax for a while?
20  A  I took it till I realized, when I was teaching,
21  that I was getting a little bit of a short-term memory
22  loss.  I'd forget one thing from one day to the next.
23  And I actually called him to get switched to a different
24  type of medication.
25  Q  And how long did you take the Topamax?

1   A   Oh, I believe for -- well, from when I first
2   started in 2001?
3   Q   Okay. Yeah, well, when was the first time it
4   was prescribed to you?
5   A   I believe Dr. Salgado, Moran Salgado is the one
6   who started me on Topamax but not enough -- high of a
7   dosage. So the point is, I cannot -- during that time
8   frame when it wasn't -- during, I believe, from 2001 to,
9   say, '06, because 20 milligrams of the stuff wasn't doing
10  anything, what's the point of taking this, it's not doing
11  anything for me.
12  Q   Okay. When was the period of time that you
13  noticed some memory loss as a result of the Topamax? Was
14  it after 2006, when they increased the dosage?
15  A   Yeah, yeah, yeah.
16  Q   All right. So that was, roughly, July, August
17  of 2006 --
18  A   I believe --
19  Q   -- is that correct?
20  A   -- in about, say -- I don't recall the date, but
21  I do remember -- probably about, maybe, say, August,
22  September I felt I was getting a couple side effects.
23  Q   And when did you change medication?
24  A   I don't remember that date. Hopefully, it's in
25  here. I don't remember the exact date.

1   Q   Do you know if it was six months?  A year?
2   A   No, it was probably two -- within probably two,
3  three months of taking it I called up there and he
4  switched me out to something else.
5   Q   Okay.  And what did he switch you to?
6   A   I don't remember.
7   Q   And did you have the same short-term memory loss
8  with that?
9   A   No.  No.
10  Q   And since 2006, has the medication that's been
11 prescribed been controlling your migraines?
12  A   It was, and then I just -- when I stopped having
13 some, like, for the last, say -- I'd like to say year,
14 year and a half, I stopped taking everything.
15  Q   And have you had any migraines in the last year
16 and a half?
17  A   Here and there, like, a couple, but not like
18 where -- like, really bad debilitating ones.
19  Q   And when they went from Topamax, what did they
20 prescribe for you?
21  A   I forgot.  I forgot what I stopped taking after
22 Topamax.
23  Q   Okay.  And during the time that you were taking
24 the replacement for Topamax up until a year and a half
25 ago, when you ceased taking it, did you have any issues

   I, DRUVI ANTHONY JAYATILAKA, do hereby declare under penalty of perjury, under the laws of the United States, that I have read the foregoing transcript; that I have made such corrections as noted herein, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

   EXECUTED this \_\_\_\_\_ day of _____, 20\_\_\_\_, at _____, _____.

        (City)       (State)


_____

DRUVI ANTHONY JAYATILAKA

```
 1   STATE OF CALIFORNIA        )
                                : ss
 2   COUNTY OF LOS ANGELES      )

 3

 4           I, the undersigned, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify:

 6           That the foregoing proceedings were taken before

 7   me at the time and place herein set forth; that any

 8   witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath; that a verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is a true record

13   of the testimony given.

14           Before completion of the deposition, review of

15   the transcript [X] was [ ] was not requested.  If

16   requested, any changes made by the deponent (and provided

17   to the reporter) during the period allowed are appended

18   hereto.

19           I further certify that I am not interested in

20   the outcome of the action.

21           WITNESS my hand this date

22   _October 30, 2009_____.

23

24   _Monica Vogelbacher_____

25           MONICA T. VOGELBACHER, CSR No. 6406
```

147

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA, ) | No. CV09-2032 PA |
| ) | (CAx) |
| Plaintiff, ) | |
| ) | Volume 2 |
| vs. ) | Pages 148 to 193 |
| ) | |
| NATIONAL BOARD OF MEDICAL ) | |
| EXAMINERS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEPOSITION OF:

DRUVI ANTHONY JAYATILAKA

Friday, October 9, 2009

9:04 a.m.

Reported by:

MONICA T. VOGELBACHER

CSR No. 6406

1  refresh your memory as to whether it was ever
2  communicated, this topic was communicated to you.
3       If you look in the second paragraph, the third
4  sentence -- it's on page 1, sorry.  Page 1, second
5  paragraph, third sentence, quote, The headaches appear to
6  occur more often when he is under stress, closed quote.
7       Did anybody ever communicate that to you, either
8  Dr. Hornstein or your father communicating
9  Dr. Hornstein's advice?
10     A   Some of these guys have always said that, I
11 guess, I mask whatever stress I have and I have
12 headaches.  But from the get-go, before even taking any
13 of these exams, I've had migraines since '95, before even
14 attempting any test.
15     Q   And again, in terms of the migraines, I believe
16 you testified it's been a year and a half since you've
17 stopped taking the medication; is that right?  With
18 regard to the migraines?
19     A   Probably.  Yes.
20     Q   Okay.  And during the last year and a half or so
21 you haven't experienced any migraines?
22     A   I've had probably a couple, but it's a -- as I
23 said before, this is a good year, a good year and a half.
24 And I've had good years and bad years, and some years
25 have been really bad and a couple of years have been

1   good, and this year has been good so far.
2       Q   And are you requesting any accommodation on the
3   USMLE due to migraine headaches?
4       A   No.
5       Q   Let me ask you a little bit about your family
6   and family pressure.
7           Do you feel as if any pressure from your family,
8   particularly your father, could be a significant factor
9   or a factor contributing to anxiety about the test?
10      A   No. I don't believe -- my parents don't give me
11  any anxiety over the test. They just want to see the
12  best for me, and I just want to, you know, finish what I
13  started and go on and get my license and, you know, be
14  productive in this society.
15      Q   Did you report to Dr. Higgins that your parents
16  were, quote, obsessed with the examination?
17      A   I probably said that. But the thing is, because
18  they just -- you know, they want me to -- they -- because
19  this has been a noose around my neck for God knows how
20  many years, it's kind of encompassed everything, so
21  they're doing their best to help me out in this
22  situation.
23      Q   Let me ask you about what we'll mark as
24  Exhibit 40 here.
25          (Defendant Exhibit 40 was marked

167

A-10

I, DRUVI ANTHONY JAYATILAKA, do hereby declare under penalty of perjury, under the laws of the United States, that I have read the foregoing transcript; that I have made such corrections as noted herein, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this _____ day of _____, 20____, at _____, _____.
                      (City)                 (State)

_____
DRUVI ANTHONY JAYATILAKA

192

```
 1    STATE OF CALIFORNIA          )
                                   : ss
 2    COUNTY OF LOS ANGELES        )

 3

 4           I, the undersigned, a Certified Shorthand

 5    Reporter of the State of California, do hereby certify:

 6           That the foregoing proceedings were taken before

 7    me at the time and place herein set forth; that any

 8    witnesses in the foregoing proceedings, prior to

 9    testifying, were placed under oath; that a verbatim

10    record of the proceedings was made by me using machine

11    shorthand which was thereafter transcribed under my

12    direction; further, that the foregoing is a true record

13    of the testimony given.

14           Before completion of the deposition, review of

15    the transcript [X] was [ ] was not requested.  If

16    requested, any changes made by the deponent (and provided

17    to the reporter) during the period allowed are appended

18    hereto.

19           I further certify that I am not interested in

20    the outcome of the action.

21           WITNESS my hand this date

22    _____.

23

24    _____

25           MONICA T. VOGELBACHER, CSR No. 6406
```