
| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | GREGORY C. TENHOFF (154553) (gtenhoff@cooley.com) |
| 3 | WENDY J. BRENNER (198608) (wbrenner@cooley.com) |
| 4 | Five Palo Alto Square, 4th Floor 3000 El Camino Real |
| 5 | Palo Alto, CA 94306-2155 Telephone: (650) 843-5000 |
| 6 | Facsimile: (650) 857-0663 |
| 7 | Attorneys for Defendant NATIONAL BOARD OF MEDICAL EXAMINERS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA, | Case No. CV 09-02932 PA (CWx) |
| Plaintiff, | **NOTICE OF LODGING OF NBME'S RESPONSE TO PLAINTIFF'S [PROPOSED] FINDINGS OF FACTS AND CONCLUSIONS OF LAW** |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

PLEASE TAKE NOTICE that the National Board of Medical Examiners hereby lodges with the Court the NBME's Response to Plaintiff's [Proposed] Findings of Facts and Conclusions of Law.

Dated: March 30, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

/S/
Gregory C. Tenhoff (154553)
Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843123 v1/HN         1.         NOTICE OF LODGING OF NBME'S RESPONSE TO PLF'S [PROPOSED] FINDINGS OF FACTS
CASE NO. CV 09-02932 PA (CWx)