COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant. | Case No. CV 09-02932 PA (CWx) <br><br> **ORDER REGARDING PRESENTATION OF EVIDENCE AT APRIL 6, 2010 TRIAL** |

In accordance with the Court's Civil Minute Order dated March 5, 2010 (which required the Parties to inform the Court on or before March 25, 2010 as to whether the Parties elect to submit the matter to the Court based upon the record filed with the Court in lieu of presentation of evidence at the April 6, 2010 court

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

[PROPOSED] ORDER RE: PRESENTATION OF
EVIDENCE AT APRIL 6, 2010 TRIAL
CASE NO. CV 09-02932 PA (CWx)

trial), and the Parties' Stipulation filed concurrently herewith, the Court hereby orders as follows:

   1.  **PREVIOUSLY SUBMITTED EVIDENCE.**  Pursuant to the Court's Orders, the Parties already have submitted evidence to the Court as follows:

   a.  **Stipulated Facts.**  The Parties have stipulated to 168 facts as set forth in Exhibit A to the joint Proposed Pre-Trial Conference Order, filed herein on February 19, 2010 (Docket No. 51).  The Court accepts the Parties' stipulation as to these facts and admits them into evidence.

   b.  **Exhibits.**  The Parties have filed a Pre-Trial Exhibit Stipulation (Docket No. 48)(filed herein on February 19, 2010) which sets forth all of the documents that either Party wishes to introduce into evidence at trial.  Both Parties have no objection to the authenticity or admissibility of any documents on the Pre-Trial Exhibit Stipulation and therefore these documents shall be admitted into evidence once they are provided to the Court.  On April 6, 2010, the Parties shall provide binders containing such exhibits to the Court pursuant to the Court's scheduling orders.

   c.  **Deposition Testimony**.  The Parties have designated the portions of witness deposition testimony that they seek to enter into evidence in their Witness Testimony Summaries - Deposition Designations (Docket Nos. 79 and 80)(filed herein on March 22, 2010).  Since the Parties have no objections to the admissibility of any of the deposition testimony designated by either party, all such testimony shall be admitted into evidence.  The Parties shall submit the original deposition transcripts on April 6, 2010 per the Court's previous order.

   d.  **Witness Declarations.**  On March 23, 2010, the Parties have filed and served witness direct testimony in the form of declarations for all five anticipated trial witnesses: (1) Plaintiff Druvi Jayatilaka (Docket No. 85); (2) Dr. George Jayatilaka (Docket No. 84); (3) Terrance Dushenko (Docket No. 83); (4) Dr. George Litchford (Docket No. 82); and (5) Dr. Nancy Nussbaum (Docket No.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

[PROPOSED] ORDER RE: PRESENTATION OF
EVIDENCE AT APRIL 6, 2010 TRIAL
CASE NO. CV 09-02932 PA (CWx)

1  81) (collectively, the "Witness Declarations").  The Parties already have submitted
2  motions in limine that pertain to some of this testimony (Docket Nos. 55, 56, 57,
3  59) and the Court will issue final rulings on these motions in limine.  The Parties do
4  not have any evidentiary objections to the Declarations of Terrance Dushenko; Dr.
5  George Litchford; and Dr. Nancy Nussbaum.  The NBME will submit their
6  evidentiary objections to the Declarations of Plaintiff Druvi Jayatilaka and Dr.
7  George Jayatilaka on or before March 30, 2010, in accordance with the Court's
8  previous Order.  Accordingly, the Court shall admit the Witness Declarations into
9  evidence subject to its subsequent Order on the Parties' motions in limine and the
10 NBME's evidentiary objections to the Declarations of Plaintiff Druvi Jayatilaka and
11 Dr. George Jayatilaka.

12        **e.   Rebuttal Deposition Testimony**.  On or before March 26,
13 2010, the NBME shall be allowed to submit rebuttal evidence in the form of the
14 following deposition excerpts from Plaintiff Druvi Jayatilaka's deposition:  54:3-
15 56:22; 166:15-167:4.  Similarly, on or before March 26, 2010, Plaintiff shall be
16 allowed to submit rebuttal evidence in the form of deposition excerpts from the
17 depositions of Drs. Litchford and Nussbuam.  The Parties have no objections to the
18 admissibility of any of the deposition testimony designated by either party (except
19 for any objections set forth in the deposition transcripts themselves) and therefore
20 such testimony shall be admitted into evidence once the transcripts are submitted to
21 the Court (subject to the Court's ruling on the transcript objections).  The Parties
22 will submit the original deposition transcripts on April 6, 2010 per the Court's
23 previous order.

24        **2.   ELECTION TO SUBMIT MATTER.**  In light of the foregoing evidence
25 previously submitted, and to be submitted, to the Court, and the Parties' joint
26 election to submit the matter to the Court in lieu of the presentation of evidence at
27 the April 6, 2010 court trial, the Court hereby orders that the matter shall be deemed
28 submitted upon the receipt of all evidence specified herein and no further evidence

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

[PROPOSED] ORDER RE: PRESENTATION OF
EVIDENCE AT APRIL 6, 2010 TRIAL
CASE NO. CV 09-02932 PA (CWx)

will be presented at the April 6, 2010 court trial. The Parties, their counsel, and the witnesses need not appear for trial on April 6, 2010.

      3.     **FURTHER ORDERS.**  The Court further orders as follows:

           a.     The Court will accept the Pre-Trial Exhibit Stipulation as the Final Trial Exhibit Stipulation to avoid an additional court filing;

           b.     The Court relieves the Parties of their obligation to submit a Final Joint Witness Trial Estimate Form on April 1, 2010, as provided by previous Court Orders;

           c.     The Court hereby takes the current Motion in Limine hearing set for March 29, 2010, at 1:30 p.m. off-calendar; and

           e.     The Court shall schedule a date after the final submission of all evidence for the Parties' counsel to argue their respective positions and answer any questions the Court may have about the matter submitted.

**IT IS SO ORDERED:**

Dated: <u>March 31, 2010</u>

                                                   The Honorable Percy Anderson
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.

[PROPOSED] ORDER RE: PRESENTATION OF
EVIDENCE AT APRIL 6, 2010 TRIAL
CASE NO. CV 09-02932 PA (CWX)