1  Vincent E. Nowak, Texas State Bar No. 15121550
   MULLIN HOARD & BROWN, LLP
2  P.O. Box 31656
   Amarillo, TX 79120-1656
3  Telephone: (806) 372-5050
   Facsimile: (806) 372-5086
4
   Alisa M. Morgenthaler, State Bar No. 146940
5  GLASER, WEIL, FINK, JACOBS
     HOWARD & SHAPIRO, LLP
6  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
7  Telephone: (310) 282-6287
   Facsimile: (310) 556-2920
8
   Attorneys for Plaintiff
9

10

11                  UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13

14 | DRUVI JAYATILAKA,           ) Case No. CV 09-2932 PA (CWx)
                                 )
15 |        Plaintiff,            ) **NOTICE OF LODGING OF ORIGINAL
                                 ) DEPOSITION TRANSCRIPT: DR. NANCY
16 |    v.                        ) L. NUSSBAUM**
                                 )
17 | NATIONAL BOARD OF MEDICAL   ) Judge: Hon. Percy Anderson
   | EXAMINERS,                  ) Trial Date: April 6, 2010
18 |                              )
   |        Defendant.            )
19 |_____)

20

21       Pursuant to Local Rule 16.2-7, Plaintiff Druvi Jayatilaka hereby lodges the

22 following document:

23       Original deposition transcription of Dr. Nancy L. Nussbaum.

24
   Dated: April 5, 2010.
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MULLIN HOARD & BROWN, LLP

By: /s/ Vincent E. Nowak
Vincent E. Nowak
Attorneys for Plaintiff

# **PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, 19th Floor, Los Angeles, California 90067.

On April 5, 2010, at the direction of a member of the Bar of this Court, I served the document described below:

NOTICE OF LODGING OF ORIGINAL DEPOSITION TRANSCRIPT: DR. NANCY L. NUSSBAUM.

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

Gregory C. Tenhoff, Esq.
Cooley, Godward, Kronish, LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
(650) 843-5000
(650) 857-0663 (fax)

[X]   (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Amarillo, Texas. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

| | |
|---|---|
| 1 | ☐ (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for. |
| 6 | ☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s). |
| 8 | ☐ (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number: |

Executed this 5th day of April, 2010, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Erika Barbour*
ERIKA BARBOUR