| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | GREGORY C. TENHOFF (154553) |
| 2 | (tenhoffgc@cooley.com) |
| | WENDY J. BRENNER (198608) |
| 3 | (brennerwj@cooley.com) |
| | Five Palo Alto Square |
| 4 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2155 |
| 5 | Telephone:   (650) 843-5000 |
| | Facsimile:     (650) 857-0663 |
| 6 | |
| 7 | Attorneys for Defendant |
| | NATIONAL BOARD OF MEDICAL EXAMINERS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA, | Case No.  CV 09-02932 PA (CWx) |
| Plaintiff, | **NOTICE OF LODGING OF ORIGINAL DEPOSITION TRANSCRIPT OF ANDREW J. LEVINE, PH.D.** |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | **TRIAL DATE: 4/6/10** |
| Defendant. | |

PLEASE TAKE NOTICE that National Board of Medical Examiners hereby lodges with the Court the Original Deposition Transcript of Andrew Jeremiah Levine, Ph.D., taken on October 7, 2009.

Dated:  April 5, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

/S/
_____
Gregory C. Tenhoff (154553)
Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

844378 v1/HN

NOTICE OF LODGING OF ORIGINAL
DEPOSITION TRANSCRIPT OF ANDREW J.
LEVINE, PH.D. CV 09-02932 PA (CWx)