COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(tenhoffgc@cooley.com)
WENDY J. BRENNER (198608)
(brennerwj@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>Defendant. | Case No.  CV 09-02932 PA (CWx)<br><br>**NOTICE OF LODGING OF ORIGINAL DEPOSITION  TRANSCRIPT OF TERRANCE W. DUSHENKO, PH.D.**<br><br>**TRIAL DATE: 4/6/10** |

PLEASE TAKE NOTICE that National Board of Medical Examiners hereby lodges with the Court the Original Deposition Transcript of Terrance W. Dushenko, Ph.D., taken on October 8, 2009.

Dated:  April 5, 2010

COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
WENDY J. BRENNER (198608)

_____/S/_____

Gregory C. Tenhoff (154553)
Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

844381 v1/HN

**NOTICE OF LODGING OF ORIGINAL
DEPOSITION TRANSCRIPT OF TERRANCE W.
DUSHENKO, PH.D. CV 09-02932 PA (CWx)**