COOLEY GODWARD KRONISH LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

MULLIN HOARD & BROWN, LLP
JOHN M. BROWN (87985)
(jmb@mhba.com)
VINCENT E. NOWAK (*pro hac vice*)
(venowak@mhba.com)
P.O. Box 31656
Amarillo, TX 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086

Attorneys for Plaintiff
DRUVI JAYATILAKA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>  Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**STIPULATED INDEX OF DEPOSITION TRANSCRIPT DESIGNATIONS OF DEFENDANT NBME AND PLAINTIFF DRUVI JAYATILAKA**<br><br>Trial Date: April 6, 2010<br>Judge: Hon. Percy Anderson |

Pursuant to Local Rule 16-2.7(c), Defendant National Board of Medical Examiners ("NBME") and Plaintiff Druvi Jayatilaka ("Plaintiff") hereby submit an index of all deposition transcript designations by all Parties to this matter:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

1.

CASE NO. CV 09-02932 PA (CWx)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

### A. DEPOSITION OF DRUVI JAYATILAKA.

The NBME designated the following deposition testimony to be submitted as evidence:

1. 9:24-10:2
2. 10:14-11:2
3. 30:9-30:16
4. 35:23-36:19
5. 46:4-46:6
6. 50:24-51:5
7. 54:3-56:22
8. 59:14-59:18
9. 66:5-66:7
10. 66:23-67:5
11. 68:15-69:5
12. 77:1-77:17
13. 81:12-81:17
14. 99:4-99:17
15. 101:12-101:18
16. 101:24-103:1
17. 107:11-107:20
18. 108:3-108:5
19. 110:17-111:3
20. 114:16-114:24
21. 119:4-119:5
22. 120:11-120:19
23. 166:15-167:4
24. 167:15-167:22
25. 168:3-168:4

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

2.

CASE NO. CV 09-02932 PA (CWX)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

|   |   |
|---|---|
| 26. | 169:20-170:2 |
| 27. | 171:15-172:1 |
| 28. | 175:23-177:8 |
| 29. | 182:8-183:12 |
| 30. | 184:17-185:9 |

Plaintiff did not designate any testimony from Plaintiff Druvi Jayatilaka's deposition.

## B. Deposition of Dr. Catherine Farmer.

The NBME designated the following deposition testimony to be submitted as evidence:

|   |   |
|---|---|
| 1. | 4:8–7:4 |
| 2. | 12:14–14:12 |
| 3. | 15:2–15:21 |
| 4. | 16:7–16:22 |
| 5. | 22:17–27:8 |

Plaintiff designated the following deposition testimony to be submitted as evidence:

|   |   |
|---|---|
| 1. | 4:8-4:15 |
| 2. | 8:10-8:11 |
| 3. | 9:10-9:24 |
| 4. | 10:1-10:10 |
| 5. | 11:4-11:8 |
| 6. | 11:20-11:24 |
| 7. | 13:6-13:13 |
| 8. | 13:21-13:23 |
| 9. | 14:13-14:18 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

3.

CASE NO. CV 09-02932 PA (CWx)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

| | | |
|---|---|---|
| 10. | 14:21-14:23 | |
| 11. | 15:24-16:10 | |
| 12. | 29:16-29:19 | |
| 13. | 33:8-33:16 | |
| 14. | 33:19-33:21 | |
| 15. | 33:24-34:1 | |
| 16. | 47:15-48:4 | |
| 17. | 51:6-51:7 | |
| 18. | 51:10-51:12 | |
| 19. | 51:15-51:16 | |

**C. DEPOSITION OF DR. ANDREW LEVINE.**

The NBME designated the following deposition testimony to be submitted as evidence:

| | | |
|---|---|---|
| 1. | 11:5-11:15 | |
| 2. | 11:21-12:6 | |
| 3. | 13:5-14:19 | |
| 4. | 15:3-15:13 | |
| 5. | 18:5-23:10 | |
| 6. | 29:25-31:24 | |
| 7. | 35:10-36:19 | |
| 8. | 42:2-43:22 | |
| 9. | 50:18-51:16 | |
| 10. | 62:18-62:25 | |
| 11. | 63:21-64:1 | |
| 12. | 64:11-64:20 | |
| 13. | 67:10-69:24 | |
| 14. | 70:19-71:7 | |
| 15. | 72:5-72:11 | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

4.

CASE NO. CV 09-02932 PA (CWx)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

| | | |
|---|---|---|
| 16. | 73:16-73:19 | |
| 17. | 74:23-75:18 | |
| 18. | 77:7-77:15 | |
| 19. | 81:25-82:16 | |
| 20. | 84:4-85:21 | |
| 21. | 92:18-93:2 | |
| 22. | 94:12-99:25 | |
| 23. | 105:6-105:11 | |
| 24. | 108:6-111:13 | |
| 25. | 112:4-112:23 | |
| 26. | 113:3-116:9 | |
| 27. | 116:18-118:18 | |
| 28. | 119:5-121:21 | |
| 29. | 122:9-124:8 | |
| 30. | 125:4-125:17 | |
| 31. | 126:3-126:24 | |
| 32. | 144:23-146:20 | |
| 33. | 149:4-150:23 | |
| 34. | 152:15-153:14 | |

Plaintiff designated the following deposition testimony to be submitted as evidence:

1. 11:5-11:11
2. 13:5-13:17
3. 66:22-67:6
4. 69:25-70:12
5. 80:17-80:25
6. 81:1-81:22
7. 90:21-92:1

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

5.

CASE NO. CV 09-02932 PA (CWx)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

| | | |
|---|---|---|
| 8. | 92:7-94:3 | |
| 9. | 108:6-109:10 | |
| 10. | 122:9-123:4 | |
| 11. | 149:4-150:8 | |
| 12. | 150:24-151:24 | |

**D. DEPOSITION OF DR. TERRANCE DUSHENKO.**

The NBME designated the following deposition testimony to be submitted as evidence:

| | |
|---|---|
| 1. | 19:3-19:18 |
| 2. | 20:9-21:5 |
| 3. | 23:1-23:14 |
| 4. | 24:9-24:17 |
| 5. | 24:21-26:25 |
| 6. | 27:4-28:23 |
| 7. | 31:3-33:10 |
| 8. | 47:18-47:21 |
| 9. | 49:20-50:8 |
| 10. | 55:3-59:16 |
| 11. | 59:23-61:13 |
| 12. | 62:16-63:15 |
| 13. | 66:17-68:25 |
| 14. | 69:1-71:18 |
| 15. | 74:7-76:11 |
| 16. | 76:24-78:5 |
| 17. | 79:4-80:25 |
| 18. | 81:6-85:19 |
| 19. | 93:17-94:9 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

6.

CASE NO. CV 09-02932 PA (CWx)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

|  |  |  |
|---|---|---|
| 20. | 98:8-99:11 |
| 21. | 101:7-102:10 |
| 22. | 115:5-119:9 |
| 23. | 124:15-124:22 |

Plaintiff did not designate any testimony from Dr. Terrance Dushenko's deposition.

### E. DEPOSITION OF DR. NANCY L. NUSSBAUM.

Plaintiff designated the following deposition testimony to be submitted as evidence:

| 1. | 5:5-5:6 |
| 2. | 6:6-6:21 |
| 3. | 7:16-7:18 |
| 4. | 9:19-10:17 |
| 5. | 16:6-16:23 |
| 6. | 17:17-18:2 |
| 7. | 20:24-21:2 |
| 8. | 21:12-21:18 |
| 9. | 22:13-23:2 |
| 10. | 33:15-33:18 |
| 11. | 33:21-34:3 |
| 12. | 34:5 |
| 13. | 34:9-34:16 |

The NBME did not designate any testimony from Dr. Nancy Nussbaum's deposition.

// //
// //
// //

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

7.

CASE NO. CV 09-02932 PA (CWX)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

### F. DEPOSITION OF DR. GEORGE LITCHFORD, JR., PH.D.

Plaintiff designated the following deposition testimony to be submitted as evidence:

1. 4:8-4:9
2. 4:23-5:15
3. 7:4-9:12
4. 12:21-13:8
5. 13:24-14:6
6. 14:8-14:9

The NBME did not designate any testimony from Dr. George Litchford's deposition.

### G. NO OBJECTIONS.

The Parties have no objections to the admissibility of any of the designated deposition testimony designated by either Party.

### H. MARKED ORIGINAL DEPOSITION TRANSCRIPTS.

Pursuant to Local Rule 16-2.7(a), the Parties have lodged the original depositions transcripts with this Court as of the date of this Stipulated Index. Testimony designated by the NBME is bracketed in blue; testimony designated by Plaintiff is bracketed in red.

// //
// //
// //
// //
// //
// //
// //
// //

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

8.

CASE NO. CV 09-02932 PA (CWx)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES

| | | |
|---|---|---|
| Dated: | April 5, 2010 | Cooley Godward Kronish LLP<br>GREGORY C. TENHOFF (154553)<br>WENDY J. BRENNER (198608)<br><br>*/s/ Gregory C. Tenhoff/*<br>GREGORY C. TENHOFF (154553)<br>Attorneys for the Defendant<br>NATIONAL BOARD OF MEDICAL EXAMINERS |
| Dated: | April 5, 2010 | MULLIN HOARD & BROWN, LLP<br>john m. brown (87985)<br>VINCENT E. NOWAK (*pro hac vice*)<br><br>*/s/ Vincent E. Nowak/*<br>VINCENT E. NOWAK<br>Attorneys for the Plaintiff<br>DRUVI JAYATILAKA |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

843918 v1/HN

9.

CASE NO. CV 09-02932 PA (CWX)
STIP. INDEX OF DEPO. DESIGNATIONS
BY ALL PARTIES