JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRUVI JAYATILAKA, | CV 09-2932 PA (CWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | |
| Defendant. | |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on January 20, 2011,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant National Board of Medical Examiners ("Defendant") shall have judgment in its favor against plaintiff Druvi Jayatilaka ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: January 20, 2011     _____

Percy Anderson
UNITED STATES DISTRICT JUDGE