1    COOLEY LLP
     GREGORY C. TENHOFF (154553)
2    (gtenhoff@cooley.com)
     WENDY J. BRENNER (198608)
3    (wbrenner@cooley.com)
     Five Palo Alto Square, 4th Floor
4    3000 El Camino Real
     Palo Alto, CA 94306-2155
5    Telephone: (650) 843-5000
     Facsimile: (650) 857-0663
6
     Attorneys for Defendant
7    NATIONAL BOARD OF MEDICAL EXAMINERS

8

9

10              UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT

12                   WESTERN DIVISION

| | |
|---|---|
| 13  DRUVI JAYATILAKA, | Case No. CV 09-02932 PA (CWx) |
| 14             Plaintiff, | **DEFENDANT NATIONAL BOARD OF** |
| | **MEDICAL EXAMINERS' NOTICE OF** |
| 15        v. | **APPLICATION TO THE CLERK TO** |
| | **TAX COSTS** |
| 16  NATIONAL BOARD OF MEDICAL | |
|     EXAMINERS, | Hearing Date: Thur. Feb. 24, 2011 |
| 17             Defendant. | Hearing Time: 10:00 a.m. |
| 18 | Location: Telephonic (213-894-0007) |

19

20       TO THE PLAINTIFF AND HIS ATTORNEYS OF RECORD:

21          NOTICE IS HEREBY GIVEN that on Thursday February 24, 2011 at

22   10:00 a.m., or as soon thereafter as the matter may be heard before the clerk of the

23   above-entitled court, located at 312 N. Spring Street, Los Angeles, CA 90012,

24   Room 163, Defendant National Board of Medical Examiners ("NBME"), as the

25   prevailing party under Local Rule 54-2.2 on Plaintiff Druvi Jayatilaka's claims

26   against NBME, will and hereby does make this application to tax costs with respect

27   to Mr. Jayatilaka's claims pursuant to Local Rule 54-3.

28   //

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

915187 v1/HN                        1.        CASE NO. CV 09-02932 PA (CWx)
                                              NOTICE OF APPLICATION TO TAX COSTS

1   Pursuant to Local Rule 54-7, Mr. Jayatilaka may file and serve objections to

2   items listed in NBME's Bill of Costs, filed concurrently herewith, no later than

3   seven (7) days before the above-noticed date of application.

4   This Application is based upon this Notice of Application, the accompanying

5   Bill of Costs and Declaration of Gregory C. Tenhoff and accompanying exhibits,

6   the Judgment on Mr. Jayatilaka's claims entered by the Court on January 20, 2011,

7   all pleadings and papers on file in this action, and upon such other matters as the

8   Court shall consider.

9   Dated:   February 4, 2011                    COOLEY LLP
                                                  GREGORY C. TENHOFF (154553)
10                                                WENDY J. BRENNER (198608)

11

12                                                /s/ _____
                                                  GREGORY C. TENHOFF (154553)
13                                                Attorneys for the Defendant
                                                  NATIONAL BOARD OF MEDICAL
14                                                EXAMINERS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

915187 v1/HN                         2.                    CASE NO. CV 09-02932 PA (CWx)
                                                           NOTICE OF APPLICATION TO TAX COSTS