COOLEY LLP
GREGORY C. TENHOFF (154553)
(gtenhoff@cooley.com)
WENDY J. BRENNER (198608)
(wbrenner@cooley.com)
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| DRUVI JAYATILAKA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>　　　　Defendant. | Case No. CV 09-02932 PA (CWx)<br><br>**DECLARATION OF GREGORY C. TENHOFF IN SUPPORT OF DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' BILL OF COSTS**<br><br>Hearing Date: Thur. Feb. 24, 2011<br>Hearing Time: 10:00 a.m.<br>Location: Telephonic (213-894-0007) |

I, Gregory C. Tenhoff, hereby declare:

1.  I am an attorney duly licensed to practice law before the courts of the state of California and before this Court. I am a partner at the law firm of Cooley LLP, formerly Cooley Godward Kronish LLP, attorneys of record for Defendant National Board of Medical Examiners ("NBME"). I have personal knowledge of the matters set forth herein and, if called upon to do so, could and would testify competently thereto. The items claimed as costs are correct. The costs have been necessarily incurred in this case. Services for which fees have been charged were

1  actually and necessarily performed. I submit this declaration in support of NBME's Bill of Costs.

2. Pursuant to Local Rule 54.2.2, NBME is the prevailing party on Plaintiff Druvi Jayatilaka's claims against NBME, because the Court entered judgment in favor of NBME on all of Mr. Jayatilaka's claims on January 20, 2011, stating, "Defendant shall have its costs of suit." Attached hereto as **Exhibit A** is a true and correct copy of the Court's Judgment.

3. Attached hereto as **Exhibit B** are true and correct copies of invoices documenting the costs NBME incurred in this matter for filing fees, which are recoverable as costs pursuant to Local Rule 54-4.1. NBME incurred $231.91 in such costs.

4. Attached hereto as **Exhibit C** are true and correct copies of invoices documenting the costs NBME incurred in this matter for service of process, including service of deposition subpoenas, which are recoverable as costs pursuant to Local Rule 54-4.2. NBME incurred $991.40 in such costs.

5. Attached hereto as **Exhibit D** are true and correct copies of invoices documenting the costs NBME incurred in this matter for depositions, including deposition transcripts and exhibit reproductions, which are recoverable as costs pursuant to Local Rule 54-4.6. NBME incurred $4,649.50 in such costs.

6. Attached hereto as **Exhibit E** are true and correct copies of invoices documenting the costs NBME incurred in this matter for certification, exemplification and reproduction of documents, which are recoverable as costs pursuant to Local Rule 54-4.11. NBME incurred $460.82 in such costs.

//
//
//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

915193 v1/HN    2.    CASE NO. CV 09-02932 PA (CWx)
TENHOFF DECL. ISO BILL OF COSTS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of February, 2011 in Palo Alto, California.

_____
GREGORY C. TENHOFF

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

915193 v1/HN

3.

CASE NO. CV 09-02932 PA (CWx)
TENHOFF DECL. ISO BILL OF COSTS