# EXHIBIT B

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-10977

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5    INVOICE: 9-220-22037    INVOICE DATE: 06/08/09    REMIT: 244199

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

REDACTED

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| 1   1#<br><br>7981-0302-2336<br><br>141551-205   141551 205 | Gregory Tenhoff<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306<br><br>Drop Off 06/01/09 | US<br><br>03 | US District Court<br>Chambers of Judge Percy Anders<br>312 N Spring St Ste 163<br>LOS ANGELES, CA 90012<br>Signed W.WOO<br>Deliver 06/02/09 09:23 | Priority<br>185 Discount<br>257 Discount - Earned<br>US 010 Fuel Surcharge<br>A1 | | 25.95<br>(14.27)<br>(2.60)<br>0.09<br><br>$9.17 |

REDACTED

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

RR212.835 6/11/2009

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

Federal Express Invoice Details - Domestic

PA-10977

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5    INVOICE: 9-244-38146    INVOICE DATE: 06/29/09    REMIT: 245157

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

REDACTED

| 1  1# | Gregory Tenhoff<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | | Hon. Percy Anderson<br>US District Court, Central Dis<br>312 N. Spring St., Ctrm. 15<br>LOS ANGELES, CA 90012 | Priority<br>185 Discount<br>257 Discount - Earned | | 25.95<br>(14.27)<br>(2.60) |
| 7912-3176-8092 | Drop Off 06/25/09 | US | Signed J.PENA<br>Deliver 06/26/09 09:56 | US  010 Fuel Surcharge<br>A1 | | 0.09 |
| 141551-205  141551.205 | | 03 | | | | $9.17 |

REDACTED

Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535

RR212.835 7/2/2009

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800          PA-13395

Federal Express Invoice Details - Domestic
Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5   INVOICE: 7-006-18101   INVOICE DATE: 03/01/10   REMIT: 254794

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |
| 1 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | US | Hon. Judge Percy Anderson<br>US District Court, Central Dis<br>312 N Spring St, Courtroom 15<br>LOS ANGELES, CA 90012<br>Signed M.COBIAM<br>Deliver 02/22/10 10:17 | US A1 | Priority<br>010 Fuel Surcharge<br>185 Discount<br>257 Discount - Earned | 20.20<br>0.42<br>(11.51)<br>(2.22) |
| 7906-9625-2882 | Pick-up 02/19/10 | | | | | |
| 141551-204  141551.204 | | 03 | | | | $6.89 |
| 1  3# | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | US | Hon. Judge Percy Anderson<br>US District Court, Central Dis<br>312 N Spring St, Courtroom 15<br>LOS ANGELES, CA 90012<br>Signed M.COBIAM<br>Deliver 02/22/10 10:17 | US A1 | Priority<br>185 Discount<br>257 Discount - Earned<br>010 Fuel Surcharge | 31.35<br>(17.56)<br>(3.45)<br>0.67 |
| 7915-2067-5405 | Drop Off 02/19/10 | | | | | |
| 141551-204  141551.204 | | 03 | | | | $11.01 |
| | | | | | 141551-204  141551.204 | $17.90 |

*Prepared by Audit Associates, 3220 Blume Drive, Suite 210, Richmond, CA 94806   Phone: 510-235-0300*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5   INVOICE: 7-006-18101   INVOICE DATE: 03/01/10   REMIT: 254794

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | | SERVICES / CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| 1  2# | Aimee Logan | | Hon. Judge Percy Anderson | | Priority | 29.55 |
| | Cooley Godward Kronish LLP | | US District Court, Central Dis | | 257 Discount - Earned | (3.25) |
| | Five Palo Alto Square | | 312 N Spring St, Courtroom 15 | | 010 Fuel Surcharge | 0.63 |
| | PALO ALTO, CA 94306 | US | LOS ANGELES, CA 90012 | US | 185 Discount | (16.55) |
| 7995-1106-3754 | | | Signed J.PRADO | A1 | | |
| | Drop Off 02/22/10 | | Deliver 02/23/10 10:29 | | | |
| 141551-205  141551.205 | | 03 | | | | $10.38 |

REDACTED

Prepared by Audit Associates, 3220 Blume Drive, Suite 210, Richmond, CA 94806  Phone: 510-235-0300

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA  94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 2490-8845-5    INVOICE: 7-013-69260    INVOICE DATE: 03/08/10    REMIT: 255055

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CHARGES COST |
|---|---|---|---|---|---|


REDACTED

| 1  2# | Wendy Brenner | | Hon. Percy Anderson | Priority | 20.20 |
| | Cooley Godward Kronish LLP | | U.S. District Court - Central | 514 Signature Direct | 3.00 |
| | 3175 Hanover Street | | 312 N Spring St | 185 Discount | (11.51) |
| 7912-5858-4192 | PALO ALTO, CA  94304 | | LOS ANGELES, CA  90012 | US  257 Discount - Earned | (2.22) |
| | | US | Signed A.CABIAN | A1  010 Fuel Surcharge | 0.49 |
| | Pick-up 03/04/10 | | Deliver 03/05/10 10:29 | | |
| 141551-205  141551 205 | | 03 | | | 9.96 |

REDACTED

*Prepared by Audit Associates, 3220 Blume Drive, Suite 210, Richmond, CA 94806   Phone: 510-235-0300*

RR212.835 3/11/2010

Page: 6

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800                    PA-13395

Federal Express Invoice Details • Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 2490-8845-5    INVOICE: 7-021-66364    INVOICE DATE: 03/15/10    REMIT: 255409

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | | SERVICES | CHARGES COST |
|---|---|---|---|---|---|---|
| 1 7902-0664-0343 141551-205  141551 205 | Gregory Tenhoff Cooley Godward Kronish LLP 3175 Hanover Street PALO ALTO, CA 94304 Pick-up 03/11/10 | US 03 | Judge Percy Anderson USDC Central District of Calif 312 N Spring St LOS ANGELES, CA 90012 Signed A.COBIAN Deliver 03/12/10 10:30 | US A1 | Priority 010 Fuel Surcharge 185 Discount 257 Discount - Earned | 20.20 0.49 (11.51) (2.22) 6.96 |

REDACTED

*Prepared by Audit Associates, 3220 Blume Drive, Suite 210, Richmond, CA 94806   Phone: 510-235-0300*

RR212.835 3/18/2010

Page: 2

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

Federal Express Invoice Details • Domestic

PA-13395

Sorted by account, invoice, subtotaled on reference.

### ACCOUNT: 2490-8845-5   INVOICE: 7-037-39046   INVOICE DATE: 03/29/10   REMIT: 255961

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CHARGES COST |
|---|---|---|---|---|---|
| 141551-205  141551.205 | | | | | |
| 1 | Gregory Tenhoff Cooley Godward Kronish LLP 3175 Hanover Street PALO ALTO, CA 94304 | US | Hon. Percy Anderson US District Court, Central Dis 312 N. Spring St., Ctrm. 15 LOS ANGELES, CA 90012 | Priority 185 Discount 257 Discount - Earned US 010 Fuel Surcharge | 20.20 (11.51) (2.22) 0.49 |
| 7902-0805-6030 | | | Signed A.COBIAN A1 | | |
| | Pick-up 03/25/10 | | Deliver 03/26/10 10:30 | | 6.96 |
| 141551-205  141551.205 | | 03 | | | |
| 1 | Court Information Officer US DISTRICT COURT-CENTRAL DIST 312 N Spring St Ste G19 LOS ANGELES, CA 90012 | US | Rich Nieva Cooley Godward Kronish LLP 3175 Hanover Street PALO ALTO, CA 94304 | Priority 010 Fuel Surcharge 257 Discount - Earned US 185 Discount | 20.20 0.49 (2.22) (11.51) |
| 7906-9928-3045 | | | Signed .MALONE A2 | | |
| | Drop Off 03/23/10 | | Deliver 03/24/10 09:27 | | 6.96 |
| 141551-205  141551.205 | | 03 | | | |
| 1 | Rich Nieva Cooley Godward Kronish LLP 3175 Hanover Street PALO ALTO, CA 94304 | US | Court Information Officer US DISTRICT COURT-CENTRAL DIST 312 N Spring St Ste G19 LOS ANGELES, CA 90012 | Priority 257 Discount - Earned 010 Fuel Surcharge US 185 Discount | 20.20 (2.22) 0.49 (11.51) |
| 7912-6025-6816 | | | Signed E.RAMIREZ A1 | | |
| | Pick-up 03/19/10 | | Deliver 03/22/10 09:56 | | 6.96 |
| 141551-205  141551.205 | | 03 | | | |
| 1 | Wendy Brenner Cooley Godward Kronish LLP 3175 Hanover Street PALO ALTO, CA 94304 | US | Hon. Percy Anderson U.S.D.C. - Central District 312 N Spring St LOS ANGELES, CA 90012 | Priority 514 Signature Direct 185 Discount US 257 Discount - Earned A1 010 Fuel Surcharge | 20.20 3.00 (11.51) (2.22) 0.49 |
| 7994-4649-6244 | | | Signed A.COBIAN | | |
| | Pick-up 03/23/10 | | Deliver 03/24/10 10:30 | | 9.96 |
| 141551-205  141551.205 | | 03 | | | |
| | | | | 141551-205  141551.205 | $30.84 |



REDACTED

*Prepared by Audit Associates, 3220 Blume Drive, Suite 210, Richmond, CA 94806   Phone: 510-235-0300*

RR212.835 4/1/2010

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA  94111-5800

PA-13395

Federal Express Invoice Details - Domestic.

Sorted by account, invoice, subtotaled on reference.

## ACCOUNT: 2490-8845-5   INVOICE: 7-044-66863   INVOICE DATE: 04/05/10   REMIT: 256067

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CHARGES COST |
|---|---|---|---|---|---|



REDACTED

| | | | | | |
|---|---|---|---|---|---|
| 1   1#<br>7902-0857-4992<br>Drop Off 03/30/10<br>141551-205  141551.205 | Gregory Tenhoff<br>Cooley Godward Kronish LLP<br>3175 Hanover Street<br>PALO ALTO, CA 94304<br>US | 03 | Hon. Percy Anderson<br>US District Court, Central Dis<br>312 N. Spring St., Ctrm. 15<br>LOS ANGELES, CA 90012<br>Signed A.COBAIN<br>Deliver 03/31/10 10:12 | Priority<br>010 Fuel Surcharge<br>185 Discount<br>US 257 Discount - Earned<br>A1 | 20.20<br>0.49<br>(11.51)<br>(2.22)<br>6.96 |
| 1<br>7994-4682-9980<br>Pick-up 03/26/10<br>141551-205  141551.205 | Gregory Tenhoff<br>Cooley Godward Kronish LLP<br>3175 Hanover Street<br>PALO ALTO, CA 94304<br>US | 03 | Hon. Percy Anderson<br>US District Court, Central Dis<br>312 N. Spring St., Ctrm. 15<br>LOS ANGELES, CA 90012<br>Signed S.COBIAN<br>Deliver 03/29/10 10:27 | Priority<br>010 Fuel Surcharge<br>185 Discount<br>US 257 Discount - Earned<br>A1 | 20.20<br>0.49<br>(11.51)<br>(2.22)<br>6.96 |
| | | | | 141551-205  141551.205 | $13.92 |

REDACTED

Prepared by Audit Associates, 3220 Blume Drive, Suite 210, Richmond, CA 94806  Phone: 510-235-0300

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic
Sorted by account, invoice, subtotaled on reference.

**ACCOUNT: 2490-8845-5   INVOICE: 7-052-67151   INVOICE DATE: 04/12/10   REMIT: 256472**

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CHARGES COST |
|---|---|---|---|---|---|
| | | | REDACTED | | |
| 141551-205   141551.205 | | | | | |
| 1  1# | Gregory Tenhoff | | Hon. Percy Anderson | Priority | 20.20 |
| | Cooley Godward Kronish LLP | | US District Court, Central Dis | 257 Discount - Earned | (2.22) |
| | 3175 Hanover Street | | 312 N. Spring St., Ctrm. 15 | 185 Discount | (11.51) |
| 7921-8027-5677 | PALO ALTO, CA 94304 | US | LOS ANGELES, CA 90012 | US  010 Fuel Surcharge | 0.45 |
| | | | Signed A.COBIAN | A1 | |
| | Drop Off 04/05/10 | | Deliver 04/06/10 10:30 | | 6.92 |
| 141551-205   141551.205 | | 03 | | | |
| 1  16# | Gregory Tenhoff | | ATTN: FILING | Priority | 54.45 |
| | Cooley Godward Kronish LLP | | One Legal LLC | 185 Discount | (30.49) |
| | 3175 Hanover Street | | 350 S. Figueroa Street, Suite | 516 Signature Adult | 4.00 |
| 7994-4760-3709 | PALO ALTO, CA 94304 | US | LOS ANGELES, CA 90071 | US  257 Discount - Earned | (5.99) |
| | | | Signed S.SOLOMON | A1  010 Fuel Surcharge | 1.26 |
| | Pick-up 04/05/10 | | Deliver 04/06/10 09:36 | | 23.23 |
| 141551-205   141551.205 | | 03 | | | |
| | | | | 141551-205   141551.205 | $30.15 |
| | | | REDACTED | | |

*Prepared by Audit Associates, 3220 Blume Drive, Suite 210, Richmond, CA 94806   Phone: 510-235-0300*

Cooley,Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

Federal Express Invoice Details - Domestic

PA-13395

Sorted by account, invoice, subtotaled on reference.

## ACCOUNT: 0951-3335-5    INVOICE: 9-290-89149    INVOICE DATE: 08/10/09    REMIT: 246826

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |
| 1 | Wendy Brenner Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Hon, Percy Anderson United States District Court 312 N Spring St Ste 163 LOS ANGELES, CA 90012 Signed P.RAMOS | Priority 010 Fuel Surcharge 185 Discount US 257 Discount - Earned | | 19.10 0.42 (10.70) (1.91) |
| 7994-2550-3193 Pick-up 08/06/09 | | | Deliver 08/07/09 10:25 | A1 | | |
| 141551-205  141551 205 | | 03 | | | | 36.91 |
| | | | REDACTED | | | |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

## ACCOUNT: 0951-3335-5    INVOICE: 9-267-75275    INVOICE DATE: 07/20/09    REMIT: 245982

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

REDACTED

| 1 | Gregory Tenhoff Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Hon. Percy Anderson US District Court, Central Dis 312 N. Spring St., Ctrm. 15 LOS ANGELES, CA 90012 Signed W.WOO | Priority 010 Fuel Surcharge 185 Discount US 257 Discount - Earned A1 | | 19.10 0.16 (10.70) (1.91) |
| 7915-0044-9797 | Drop Off 07/13/09 | | Deliver 07/14/09 09:22 | | | |
| 141551.205  141551.205 | | 03 | | | | $6.65 |

REDACTED

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

RR212.835 7/23/2009

*0*

**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

COOLEY  GODWARD KRONISH,  LLP
ATTN: Christina  Salinas
101 CALIFORNIA ST
5th Floor
SAN FRANCISCO, CA 94111-5800


**1647813**

| INVOICE No. | |
|---|---|
| 7101061 | |
| **Date:** | 3/23/10 |
| **Cust. No.:** | 0000339 |

**REMIT PAYMENT TO:**
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

| Cust. No.:0000339 |
|---|
| Invoice No.:7101061 |
| Inv. Date:3/23/10 |
| Due Date:4/7/10 |
| Total:$ 59.95 |
| Terms:Net 15 |

*ONE LEGAL IS GOING GREEN!*

**Introducing eBilling!**
**Call (800) 938-8815, option #1,**
**to receive your invoices via email.**
**It's easy and free.**

| | |
|---|---|
| **Law Firm Contact:** | Wendy J. Brenner |
| **Client File No.:** | 141551-205 |
| **Case Short Title:** | Druvi Jayatilaka V. National Board of Medical Examiners' |
| **Documents:** | Defendant NBME's Deposition Designations, Exhibits A, B, Exhibit C, Exhibit D |
| **One Legal Branch:** | Los Angeles |
| **Court: Description:** | Central District of California - District - Los Angeles - 312 N. |

| | |
|---|---|
| **COURT FILING ON-DEMAND CHARGE** | $40.00 |
| **COURTESY COPY** | $19.95 |

Please Approve/Identify
Name: _Wendy Brenner_
Timekeeper No. _7200_
Client or G/L No. _141551-205_
Date: _5/10/10_
Return to SF: Alana Lin - 2809 _s\s_

**RECEIVED**

**MAY 1 1 2010**

**ACCOUNTING**



| Due Date | 4/7/10 | Total This Invoice | $59.95 |
|---|---|---|---|

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046


1647473

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



| Cust. No.: | 0000339 |
|---|---|
| Invoice No.: | 7101932 |
| Inv. Date: | 4/6/10 |
| Due Date: | 4/21/10 |
| Total: | $19.95 |
| Terms: | Net 15 |

COOLEY  GODWARD  KRONISH,  LLP
ATTN: Christina  Salinas
101 CALIFORNIA ST
5th Floor
SAN FRANCISCO, CA  94111-5800

| INVOICE No. |  |
|---|---|
| 7101932 |  |
| Date: | 4/6/10 |
| Cust. No.: | 0000339 |

| Law Firm Contact: | Gregory C. Tenhoff |
| Client File No.: | 141551-205 |
| Case Short Title: | Druvi Jayatilaka V. National Board of Medical Examiners |
| Documents: | Instructions |
| One Legal Branch: | Los Angeles |
| Court: Description: | Central District of California - District - Los Angeles - 312 N. |

*ONE LEGAL IS GOING GREEN!*

**Introducing eBilling!**
Call (800) 938-8815, option #1,
to receive your invoices via
email.
It's easy and free.

COURTESY COPY                                          $19.95

OK TO PAY
DATE: 4-7-10
CLIENT/MATTER #: 141551-205
TIMEKEEPER #: 2215
SIGNATURE:

RECEIVED

APR 1 2 2010

ACCOUNTING



| Due Date | 4/21/10 | Total This Invoice | $19.95 |
|---|---|---|---|