# EXHIBIT C

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5   INVOICE: 9-275-67312   INVOICE DATE: 07/27/09   REMIT: 246252

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|---|

REDACTED

| 1 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | | Custodian of Records<br>Chadwick High School<br>26800 Academy Dr<br>PALOS VERDES PENIN, CA 90274 | US | Priority<br>010 Fuel Surcharge<br>185 Discount<br>257 Discount - Earned | | 21.95<br>0.19<br>(12.29)<br>(2.20) |
| 7901-8224-1727 | Drop Off 07/24/09 | US | Signed<br>Deliver 07/24/09 15:22 | A2 | | | |
| 141551-205   141551.205 | | 04 | | | Credit Request Denied | | $7.65 |
| 1 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | | William Hornstein, M.D.<br><br>1045 Atlantic Ave Ste 719<br>LONG BEACH, CA 90813 | US | Priority<br>010 Fuel Surcharge<br>185 Discount<br>257 Discount - Earned | | 21.95<br>0.19<br>(12.29)<br>(2.20) |
| 7901-8224-9268 | Drop Off 07/24/09 | US | Signed<br>Deliver 07/24/09 15:20 | A1 | | | |
| 141551-205   141551.205 | | 04 | | | Credit Request Denied | | $7.65 |
| 1 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | | James Pratty, M.D.<br>AMHA Medical Group<br>21081 S Western Ave Ste 250<br>TORRANCE, CA 90501 | US | Priority<br>010 Fuel Surcharge<br>185 Discount<br>257 Discount - Earned | | 21.95<br>0.19<br>(12.29)<br>(2.20) |
| 7901-8224-9555 | Drop Off 07/24/09 | US | Signed<br>Deliver 07/24/09 15:22 | A1 | | | |
| 141551-205   141551.205 | | 04 | | | Credit Request Denied | | $7.65 |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

Federal Express Invoice Details - Domestic

PA-13395

Sorted by account, invoice, subtotaled on reference.

| ACCOUNT: 0951-3335-5 | INVOICE: 9-275-67312 | INVOICE DATE: 07/27/09 | REMIT: 246252 |

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| 141551-205  141551.205 | | | | | | |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | James F. Sipich, Ph.D. 202 W Green St URBANA, IL 61801 Signed Deliver 07/24/09 15:23 | Priority 185 Discount 010 Fuel Surcharge 257 Discount - Earned | US A4 | 26.40 (14.78) 0.22 (2.64) |
| 7901-8225-0000 | Drop Off 07/24/09 | 08 | | Credit Request Denied | | $9.20 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Custodian of Records Franklin & Marshall College 415 Harrisburg Ave LANCASTER, PA 17603 Signed Deliver 07/24/09 15:23 | Priority 257 Discount - Earned 010 Fuel Surcharge 185 Discount | US A2 | 26.40 (2.64) 0.22 (14.78) |
| 7901-8226-5595 | Drop Off 07/24/09 | 08 | | Credit Request Denied | | $9.20 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Custodian of Records Univers. de Autonoma de Guadal 110 Gallery Cir SAN ANTONIO, TX 78258 Signed Deliver 07/24/09 15:22 | Priority 185 Discount 257 Discount - Earned 010 Fuel Surcharge | US A1 | 25.55 (14.31) (2.56) 0.22 |
| 7906-7397-8814 | Drop Off 07/24/09 | 07 | | Credit Request Denied | | $8.90 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Terrance Dushenko, Ph.D. Health Psychology Associates 1045 Atlantic Ave Ste 806 LONG BEACH, CA 90813 Signed Deliver 07/24/09 15:22 | Priority 010 Fuel Surcharge 257 Discount - Earned 185 Discount | US A1 | 21.95 0.19 (2.20) (12.29) |
| 7906-7397-9979 | Drop Off 07/24/09 | 04 | | Credit Request Denied | | $7.65 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Andrew Levine, Ph.D. Health Psychology Associates 1045 Atlantic Ave Ste 806 LONG BEACH, CA 90813 Signed Deliver 07/24/09 15:21 | Priority 257 Discount - Earned 185 Discount 010 Fuel Surcharge | US A1 | 21.95 (2.20) (12.29) 0.19 |
| 7906-7398-0413 | Drop Off 07/24/09 | 04 | | Credit Request Denied | | $7.65 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Custodian of Records St. Vincent's Hospital 355 Bard Ave STATEN ISLAND, NY 10310 Signed Deliver 07/24/09 15:21 | Priority 010 Fuel Surcharge 257 Discount - Earned 185 Discount | US A1 | 26.40 0.22 (2.64) (14.78) |
| 7906-7398-0685 | Drop Off 07/24/09 | 08 | | Credit Request Denied | | $9.20 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Custodian of Records Pass Program 505 W University Ave CHAMPAIGN, IL 61820 Signed Deliver 07/24/09 15:21 | Priority 185 Discount 010 Fuel Surcharge 257 Discount - Earned | US A4 | 26.40 (14.78) 0.22 (2.64) |
| 7912-3488-8810 | Drop Off 07/24/09 | 08 | | Credit Request Denied | | $9.20 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | US | Kathaleen Bucchi Educational Testing Services Rosedale Road MS 23C PRINCETON, NJ 08541 Signed Deliver 07/24/09 15:21 | Priority 257 Discount - Earned 185 Discount 010 Fuel Surcharge | US A2 | 26.40 (2.64) (14.78) 0.22 |
| 7912-3488-9596 | Drop Off 07/24/09 | 08 | | Credit Request Denied | | $9.20 |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA  94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5     INVOICE: 9-275-67312     INVOICE DATE: 07/27/09     REMIT: 246252

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| 141551-205  141551.205 | | | | | | |
| 1<br><br>7912-3489-0236 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA  94306<br><br>Drop Off 07/24/09 | US | William  Gorbunoff, M.D.<br>Bauer Professional Building<br>1045 Atlantic Ave Ste 619<br>LONG BEACH, CA  90813<br>Signed<br>Deliver 07/24/09 15.21 | US<br>A1 | Priority<br>010 Fuel Surcharge<br>185 Discount<br>257 Discount - Earned<br><br>Credit Request Denied | 21.95<br>0.19<br>(12.29)<br>(2.20) |
| 141551-205  141551.205 | | 04 | | | | $7.65 |
| 1<br><br>7912-3489-0556 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA  94306<br><br>Drop Off 07/24/09 | US | Allen J.  Aksamit, Jr., M.D.<br>Mayo Clinic<br>200 1st St SW<br>ROCHESTER, MN  55905<br>Signed<br>Deliver 07/24/09 15:20 | US<br>A1 | Priority<br>257 Discount - Earned<br>010 Fuel Surcharge<br>185 Discount<br><br>Credit Request Denied | 25.55<br>(2.56)<br>0.22<br>(14.31) |
| 141551-205  141551.205 | | 07 | | | | $8.90 |
| 1<br><br>7981-0916-9758 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA  94306<br><br>Drop Off 07/24/09 | US | Custodian of Records<br>Assn of American Medical Colle<br>2450 N St NW<br>WASHINGTON, DC  20037<br>Signed<br>Deliver 07/24/09 15:21 | US<br>A1 | Priority<br>010 Fuel Surcharge<br>185 Discount<br>257 Discount - Earned<br><br>Credit Request Denied | 26.40<br>0.22<br>(14.78)<br>(2.64) |
| 141551-205  141551.205 | | 08 | | | | $9.20 |
| 1<br><br>7981-0917-0394 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA  94306<br><br>Drop Off 07/24/09 | US | Record Copy Review<br>Mayo Clinic<br>200 1st St SW<br>ROCHESTER, MN  55905<br>Signed<br>Deliver 07/24/09 15:21 | US<br>A1 | Priority<br>257 Discount - Earned<br>185 Discount<br>010 Fuel Surcharge<br><br>Credit Request Denied | 25.55<br>(2.56)<br>(14.31)<br>0.22 |
| 141551-205  141551.205 | | 07 | | | | $8.90 |
| 1<br><br>7981-0917-4459 | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA  94306<br><br>Drop Off 07/24/09 | US | Miran W. Salgado, M.D.<br><br>263 7th Ave<br>BROOKLYN, NY  11215<br>Signed<br>Deliver 07/24/09 15:22 | US<br>A2 | Priority<br>010 Fuel Surcharge<br>257 Discount - Earned<br>185 Discount<br><br>Credit Request Denied | 26.40<br>0.22<br>(2.64)<br>(14.78) |
| 141551-205  141551.205 | | 08 | | | | $9.20 |
| | | | | 141551-205   141551.205 | | $137.00 |



REDACTED

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5   INVOICE: 9-283-08622   INVOICE DATE: 08/03/09   REMIT: 246574

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

REDACTED



| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| 1  2# | Aimee Logan | | Vincent E. Nowak, Esq | Priority | | 43.30 |
| | Cooley Godward Kronish LLP | | Mullin Hoard & Brown, LLP | 010 Fuel Surcharge | | 0.38 |
| | Five Palo Alto Square | | PO Box 213 | 257 Discount - Earned | | (4.33) |
| | PALO ALTO, CA 94306 | | AMARILLO, TX 79105 | 185 Discount | | (23.82) |
| 7915-0157-4352 | | US | Signed M.WHITLEY | | | |
| | Drop Off 07/24/09 | | Deliver 07/27/09 09:23 | | | |
| 141551-205  141551.205 | | 06 | | | | $15.53 |
| 1  2# | Aimee Logan | | Alisa M. Morgenthaler | Priority | | 28.25 |
| | Cooley Godward Kronish LLP | | Glasser Weil Fink Jacobs et al | 010 Fuel Surcharge | | 0.25 |
| | Five Palo Alto Square | | 10250 Constellation Blvd Fl 19 | 257 Discount - Earned | | (2.83) |
| | PALO ALTO, CA 94306 | | LOS ANGELES, CA 90067 | 185 Discount | | (15.54) |
| 7921-5704-3038 | | US | Signed P.KLOPPING | | | |
| | Drop Off 07/24/09 | | Deliver 07/27/09 09:05 | | | |
| 141551-205  141551.205 | | 03 | | | | $10.13 |
| | | | | 141551-205  141551.205 | | $25.66 |

REDACTED

Cooley, Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5    INVOICE: 9-290-89149    INVOICE DATE: 08/10/09    REMIT: 246826

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |
| 1 | Customer Service | | aimee logan | Express Saver | | 9.70 |
| | FDX/LGBA Station | | cooley godward kronish | 010 Fuel Surcharge | | 0.35 |
| | 2451 Palm DR. | | five palo alto sq | 257 Discount - Earned | | (0.97) |
| | LONG BEACH, CA 90806 | | PALO ALTO, CA 94306 | 185 Discount | | (3.33) |
| 4010-4527-5350 | | US | Signed P.CROCKETT | US | | |
| 791234890236 | Drop Off 08/03/09 | 04 | Deliver 08/05/09 09:43 | A2 | 14 551·205 | $5.75 |
| | | | REDACTED | | | |
| 1 | Aimee Logan | | William Gorbunoff, M.D. | Priority | | 21.95 |
| | COOLEY GODWARD KRONISH LLP | | Bauer Professional Building | 185 Discount | | (12.29) |
| | 3000 EL CAMINO REAL STE 5-400 | | 1045 Atlantic Ave Ste 619 | 257 Discount - Earned | | (2.20) |
| | PALO ALTO, CA 94306 | US | LONG BEACH, CA 90813 | 010 Fuel Surcharge | | 0.19 |
| 7912-3489-0236 | | | Signed | US | | |
| | Drop Off 07/24/09 | | Deliver 08/03/09 15:03 | A1 | | |
| 08 Closed/No Recipient | | 04 | Attempt 7/27/2009 09:10 | | SoCurry 14 551-205 | $7.65 |
| NO REFERENCE INFORMATION | | | | | | |
| | | | REDACTED | | | |

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA  94111-5800

Federal Express Invoice Details - Domestic

PA-13395

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5      INVOICE: 9-298-88987      INVOICE DATE: 08/17/09      REMIT: 247132

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| 141551-205  141551.205 | | | | | | |
| 1   2# | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | | Vincent E. Nowak, Esq. Mullin Hoard & Brown, LLP 500 S Taylor St Ste 800 AMARILLO, TX  79101 | Priority 010 Fuel Surcharge 257 Discount - Earned 185 Discount | | 43.30 0.98 (4.33) (23.82) |
| 7901-8376-2850 | | US | Signed  M.WHITLEY | US AA | | |
| | Drop Off  08/07/09 | | Deliver  08/10/09  10:12 | | | |
| 141551-205  141551.205 | | 06 | | | | $16.13 |
| 1   1# | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | | Dr  Theresa Higgins 1945 Palo Verde Ave Ste 204 LONG BEACH, CA  90815 | Priority 010 Fuel Surcharge 185 Discount 257 Discount - Earned | | 31.75 0.72 (17.46) (3.18) |
| 7921-5816-7354 | | US | Signed  T.HIGGER | US A1 | | |
| | Drop Off  08/06/09 | | Deliver  08/10/09  09:47 Attempt 8/7/2009  09:46 | | | |
| 08  Closed/No Recipient | | 04 | | | | $11.83 |
| 141551-205  141551.205 | | | | | | |
| 1   2# | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | | Shelley Green, Esq. National Board of Medical Exam 3750 Market St PHILADELPHIA, PA  19104 | Priority 185 Discount 257 Discount - Earned 010 Fuel Surcharge | | 46.70 (25.69) (4.67) 1.06 |
| 7928-0199-6180 | | US | Signed  E.PRATHER | US A1 | | |
| | Drop Off  08/07/09 | | Deliver  08/10/09  09:02 | | | |
| 141551-205  141551.205 | | 08 | | | | $17.40 |
| | | | | 141551-205  141551.205 | | $45.36 |



Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5   INVOICE: 9-306-88122   INVOICE DATE: 08/24/09   REMIT: 247342

REDACTED

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

REDACTED

| 1   1# | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | US | Shelley Green, Esq.<br>National Board of Medical Exam<br>3750 Market St<br>PHILADELPHIA, PA 19104<br>Signed S.BATES | Standard<br>185 Discount<br>010 Fuel Surcharge<br>257 Discount - Earned | | 37.15<br>(20.06)<br>0.87<br>(3.72) |
| 7928-0260-8859 | Drop Off 08/14/09 | | US<br>A1 | | | |
| 141551-205  141551.205 | | 06 | Deliver 08/17/09 09:19 | | | $14.24 |
| 1   1# | Aimee Logan<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>PALO ALTO, CA 94306 | US | Vincent E. Nowak, Esq.<br>Mullin Hoard & Brown, LLP<br>500 S Taylor St Ste 800<br>AMARILLO, TX 79101<br>Signed M.WHTILEY | Standard<br>257 Discount - Earned<br>010 Fuel Surcharge<br>185 Discount | | 33.95<br>(3.40)<br>0.79<br>(18.33) |
| 7928-0260-8918 | Drop Off 08/14/09 | | US<br>AA | | | |
| 141551-205  141551.205 | | 06 | Deliver 08/17/09 11:36 | | | $13.01 |
| | | | | 141551-205  141551.205 | | $27.25 |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA  94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5     INVOICE: 9-322-55955     INVOICE DATE: 09/07/09     REMIT: 247864

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

REDACTED

| 1  5# | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | US | Vincent E. Nowak, Esq. Mullin Hoard & Brown, LLP 500 S Taylor St Ste 800 AMARILLO, TX  79101 Signed: M.T | Standard 185 Discount 257 Discount - Earned 010 Fuel Surcharge | | 49.50 (26.73) (4.95) 1.16 |
| 7906-7778-8171 | Drop Off 08/28/09 | | US AA | Deliver 08/31/09 09:52 | | |
| 141551-205  141551.205 | | 06 | | | | $18.98 |
| 1  5# | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | US | Shelley Green, Esq. National Board of Medical Exam 3750 Market St PHILADELPHIA, PA  19104 Signed: S BATES | Standard 185 Discount 257 Discount - Earned 010 Fuel Surcharge | | 52.55 (28.38) (5.26) 1.23 |
| 7906-7778-8230 | Drop Off 08/28/09 | | US A1 | Deliver 08/31/09 09:18 | | |
| 141551-205  141551.205 | | 08 | | | | $20.14 |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5    INVOICE: 9-338-09363    INVOICE DATE: 09/21/09    REMIT: 248351

**REDACTED**

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

**REDACTED**

| 1  1# | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 |  | Vincent E. Nowak, Esq. Mullin Hoard & Brown, LLP 500 S Taylor St Ste 800 AMARILLO, TX 79101 | Standard 257 Discount - Earned 185 Discount 010 Fuel Surcharge | | 33.95 (3.40) (18.33) 0.67 |
| 7921-6148-9776 | Drop Off 09/11/09 | US | Signed M WHITLEY | US AA | | |
| 141551-205  141551 205 | | 06 | Deliver 09/14/09 09:21 | | | $12.89 |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5    INVOICE: 9-346-15421    INVOICE DATE: 09/28/09    REMIT: 248725

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |
| 1   1# | Gregory Tenhoff | | Vincent Nowak, Esq. | Priority | | 38.30 |
| | Cooley Godward Kronish LLP | | John Brown,Mullin Hoard & Brow | 010 Fuel Surcharge | | 0.74 |
| | Five Palo Alto Square | | 500 S Taylor St Lbby Box 213 | 516 Signature Adult | | 3.75 |
| | PALO ALTO, CA 94306 | | AMARILLO, TX 79101 | 185 Discount | | (21.07) |
| 7901-8853-6437 | | US | Signed D.NEW | 257 Discount - Earned | | (3.83) |
| 141551-205  141551.205 | Drop Off 09/22/09 | 06 | Deliver 09/23/09 11:07 | AA | | $17.89 |
| 1   1# | Gregory Tenhoff | | Alisa M. Morgenthaler, Esq. | Priority | | 25.95 |
| | Cooley Godward Kronish LLP | | Glasser, Weil, Fink, Jacobs, e | 010 Fuel Surcharge | | 0.50 |
| | Five Palo Alto Square | | 10250 Constellation Blvd Fl 19 | 516 Signature Adult | | 3.75 |
| | PALO ALTO, CA 94306 | | LOS ANGELES, CA 90067 | 257 Discount - Earned | | (2.60) |
| 7906-8027-3540 | | US | Signed P.KLOPPING | 185 Discount | | (14.27) |
| 141551-205  141551.205 | Drop Off 09/22/09 | 03 | Deliver 09/23/09 09:23 | A1 | | $13.33 |
| 1   1# | Aimee Logan | | Vincent E. Nowak, Esq. | 2 Day (economy) | | 15.00 |
| | Cooley Godward Kronish LLP | | Mullin Hoard & Brown, LLP | 185 Discount | | (6.45) |
| | Five Palo Alto Square | | 500 S Taylor St Ste 800 | 257 Discount - Earned | | (1.50) |
| | PALO ALTO, CA 94306 | | AMARILLO, TX 79101 | 010 Fuel Surcharge | | 0.39 |
| 7912-4121-7960 | | US | Signed M.WHATLEY | AA | | |
| 141551-205  141551.205 | Drop Off 09/22/09 | 06 | Deliver 09/24/09 10:17 | | | $7.44 |
| 1   1# | Aimee Logan | | Shelley Green, Esq. | 2 Day (economy) | | 15.95 |
| | Cooley Godward Kronish LLP | | National Board of Medical Exam | 257 Discount - Earned | | (1.60) |
| | Five Palo Alto Square | | 3750 Market St | 185 Discount | | (6.86) |
| | PALO ALTO, CA 94306 | | PHILADELPHIA, PA 19104 | 010 Fuel Surcharge | | 0.41 |
| 7981-1546-6682 | | US | Signed L.SMITH | A1 | | |
| 141551-205  141551.205 | Drop Off 09/22/09 | 08 | Deliver 09/24/09 09:28 | | | $7.90 |
| | | | | 141551-205  141551.205 | | $46.56 |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

| ACCOUNT: 2490-8845-5 | INVOICE: 9-477-59833 | INVOICE DATE: 01/25/10 | REMIT: 253411 |
|---|---|---|---|

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|

REDACTED

| 1   1# | Gregory Tenhoff Cooley Godward Kronish LLP 3175 Hanover Street PALO ALTO, CA 94304 | | Deborah Saxe, Esq. Jones Day 555 S Flower St Fl 50 LOS ANGELES, CA 90071 | Priority 185 Discount 257 Discount - Earned 514 Signature Direct | 20.20 (11.51) (2.22) 3.00 |
|---|---|---|---|---|---|
| 7915-1765-1136 | Pick-up 01/20/10 | US | Signed .SANTOS Deliver 01/21/10 09:26 | A1 010 Fuel Surcharge | 0.45 |
| 141551-205   141551.205 | | 03 | | | $9.92 |

REDACTED

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5    INVOICE: 9-290-89149    INVOICE DATE: 08/10/09    REMIT: 246826

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| | | | | REDACTED | | |
| 1 | Wendy Brenner Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 Drop Off 08/06/09 | US | John Brown / Vincent Nowak Mullin Hoard & Brown LLP 500 S Taylor St Ste 800 AMARILLO, TX 79101 Signed M.WHITLEEY Deliver 08/07/09 10:31 | US AA | Priority 185 Discount 257 Discount - Earned 010 Fuel Surcharge | 23.80 (13.33) (2.38) 0.53 |
| 7006-7528-1799 141551-205  141551.205 | | | 06 | | | $8.62 |
| 1   1# | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 Drop Off 08/06/09 | US | Alisa M. Morgenthaler Glasser Weil Fink Jacobs et al 10250 Constellation Blvd Fl 19 LOS ANGELES, CA 90067 Signed M MARK Deliver 08/07/09 09:50 | US A1 | Priority 185 Discount 257 Discount - Earned 010 Fuel Surcharge | 25.95 (14.27) (2.60) 0.59 |
| 7915-0270-0992 141551-205  141551.205 | | | 03 | | | $9.67 |

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

Cooley,Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA  94111-5800

Federal Express Invoice Details - Domestic

PA-13395

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5    INVOICE: 9-290-89149    INVOICE DATE: 08/10/09    REMIT: 246826

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| 141551-205   141551.205 | | | | | | |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | US | Vincent E. Nowak, Esq. Muflin Hoard & Brown, LLP PO Box 213 AMARILLO, TX  79105 Signed  M.WHITLEEY Deliver 08/07/09  10:31 | US AA | Priority 185 Discount 257 Discount - Earned 010 Fuel Surcharge | 23.80 (13.33) (2.38) 0.53 |
| 7928-0182-1443 | Drop Off  08/06/09 | 06 | | | | |
| 141551-205   141551.205 | | | | | | $8.62 |
| 1 | Aimee Logan Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | US | Dr. Lawrence Jeckel 2500 Galen Dr CHAMPAIGN, IL  61821 Signed  C.STEWART Deliver 08/07/09  08:47 | US A4 | Priority 010 Fuel Surcharge 257 Discount - Earned 185 Discount | 26.40 0.58 (2.64) (14.78) |
| 7928-0182-2196 | Drop Off  08/06/09 | 08 | | | | |
| 141551-205   141551.205 | | | | | | $9.56 |
| 1 | Wendy Brenner Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | US | Alisa Morgenthaler Glaser Weil 10250 Constellation Blvd Fl 9 LOS ANGELES, CA  90067 Signed  M.MARK Deliver 08/07/09  09:50 | US A1 | Priority 010 Fuel Surcharge 257 Discount - Earned 185 Discount | 19.10 0.42 (1.91) (10.70) |
| 7981-1046-1623 | Drop Off  08/06/09 | 03 | | | | |
| 141551-205   141551.205 | | | | | | $6.91 |
| 1 | Wendy Brenner Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA  94306 | US | Hon. Percy Anderson United States District Court 312 N Spring St Ste 163 LOS ANGELES, CA  90012 Signed  P.RAMOS Deliver 08/07/09  10:25 | US A1 | Priority 010 Fuel Surcharge 185 Discount 257 Discount - Earned | 19.10 0.42 (10.70) (1.91) |
| 7994-2560-3193 | Pick-up  08/06/09 | 03 | | | | |
| 141551-205   141551.205 | | | | | | $6.91 |
| | | | | 141551-205   141551.205 | | $50.29 |



REDACTED

Cooley Godward Kronish LLP
101 California Street 5th floor
San Francisco, CA 94111-5800

PA-13395

Federal Express Invoice Details - Domestic

Sorted by account, invoice, subtotaled on reference.

ACCOUNT: 0951-3335-5   INVOICE: 9-267-75275   INVOICE DATE: 07/20/09   REMIT: 245982

| PIECES & WT LBS TRACKING NUMBER REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION DELIVERY | SERVICES | CREDITS | CHARGES COST |
|---|---|---|---|---|---|---|
| | | | REDACTED | | | |
| 141551-205  141551.205 | | | | | | |
| 1   2# | Wendy Brenner Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | | Alisa Morgenthaler Glaser Weil 10250 Constellation Blvd Fl 9 LOS ANGELES, CA 90067 | Priority 010 Fuel Surcharge 257 Discount - Earned 185 Discount | | 28.25 0.25 (2.83) (15.54) |
| 7912-3391-5340 | Drop Off 07/15/09 | US 03 | Signed M.MALDONADO Deliver 07/16/09 09:22 | US A1 | | |
| 141551-205  141551.205 | | | | | | $10.13 |
| 1 | Gregory Tenhoff Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | | Hon. Percy Anderson US District Court, Central Dis 312 N. Spring St., Ctrm. 15 LOS ANGELES, CA 90012 | Priority 010 Fuel Surcharge 185 Discount 257 Discount - Earned | | 19.10 0.16 (10.70) (1.91) |
| 7915-0044-9797 | Drop Off 07/13/09 | US 03 | Signed W.WOO Deliver 07/14/09 09:22 | US A1 | | |
| 141551-205  141551.205 | | | | | | $6.65 |
| 1   2# | Wendy Brenner Cooley Godward Kronish LLP Five Palo Alto Square PALO ALTO, CA 94306 | | John Mark Brown / Vincent Nowa Mullin Hoard & Brown 500 S. Taylor St., Ste 600 AMARILLO, TX 79120 | Priority 257 Discount - Earned 185 Discount 010 Fuel Surcharge | | 43.30 (4.33) (23.82) 0.38 |
| 7981-0819-9695 | Drop Off 07/15/09 | US 06 | Signed N.WHITLEY Deliver 07/16/09 10:02 | US AA | | |
| 141551-205  141551.205 | | | | | | $15.53 |
| | | | | 141551-205   141551.205 | | $32.31 |

REDACTED

*Prepared by AUDIT ASSOCIATES, 186 Broadway, 2nd Floor, Richmond, CA 94804 Phone: 510/235-0300 Fax: 510/215-4535*

U.S. Legal Management Services, Inc

**Mail Payments to:**
**U. S. Legal Management Services, Inc.**
**File 749286**
**Los Angeles,  CA  90074-9286**

REDACTED

COOLEY GODWARD, LLP
FIVE PALO ALTO SQUARE
PALO ALTO, CA 94306

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | | CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|---|---|
| TAX ID# 34-2003879 | | 12010 | 1207104 | 8/31/09 | REDA | 2 | US LEGAL MANAGEMENT |

REDACTED

| 5/06/09 | 3025198 | BAP | COOLEY GODWARD, LLP<br>FIVE PALO ALTO SQUARE<br>PALO ALTO      CA 94306<br>Caller: SAUNDRA CURRY<br>Case No.: CV 09-02932<br>Signed: DIONE LAVANN, A | ST. MARY'S MEDICAL CENTER<br>1050 LINDEN AVENUE<br>LONG BEACH      CA 90813<br>Case Title: JAYATILAKA VS. NATIO<br>Ref: 141551-205 | Base Chg  :<br>Fuel Chge :<br>Adv Fees  : | 145.25<br>8.72<br>15.00 | 168.97 |
| BRANCH ASAP | PROCESS | | | | | | |

REDACTED

| | | | | | | Please pay-> | Continued |

**INVOICE PAYMENT DUE UPON RECEIPT**



U.S. Legal Management Services, Inc

**Mail Payments to:**
**U. S. Legal Management Services, Inc.**
**File 749286**
**Los Angeles,  CA  90074-9286**



REDACTED

COOLEY GODWARD, LLP
FIVE PALO ALTO SQUARE
PALO ALTO, CA 94306

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | | | CUSTOMER' | INVOICE | PERIOD. END | AMOUNT | PAGE | |
|---|---|---|---|---|---|---|---|---|
| TAX ID# 34-2003879 | | | | 12010 | 1207428 | 9/30/09 | REDA | 6 | US LEGAL MANAGEMENT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/22/09 | 8026282 | BAP | COOLEY GODWARD, LLP<br>FIVE PALO ALTO SQUARE<br>PALO ALTO         CA 94306<br>Caller: SAUNDRA CURRY<br>Case No.: CV-09-02932 PA<br>Signed: PERSONAL | TERRANCE DUSHENKO, Ph.C<br>1045 ATLANTIC AVENUE<br>LONG BEACH       CA 90813<br>Comment: 2 ATTEMPTS<br>Case Title: JAYATILAKA VS. NAT'L<br>Ref: 141551-205<br>141551-205 | Base Chg  :<br>Atmp/Addr :<br>Fuel Chge :<br>Adv Fees  :<br>Check Chg : | 145.25<br>72.63<br>8.72<br>43.00<br>4.30 | 273.90<br>313.80 |
| BRANCH ASAP | PROCESS | | | | | | |
| 9/22/09 | 8026283 | BAP | COOLEY GODWARD, LLP<br>FIVE PALO ALTO SQUARE<br>PALO ALTO         CA 94306<br>Caller: SAUNDRA CURRY<br>Case No.: CV-09-02932 PA<br>Signed: personal | ANDREW LEVINE, Ph.D.<br>1045 ATLANTIC AVENUE<br>LONG BEACH       CA 90813<br>Comment: RELATED PROCESS<br>Case Title: JAYATILAKA VS. NAT'L<br>Ref: 141551-205<br>141551-205 | Base Chg  :<br>Adv Fees  :<br>Check Chg : | 35.00<br>59.00<br>5.90 | 99.90 |
| BRANCH ASAP | PROCESS | | | | | | |

REDACTED

| | | | | | | | Please pay> | Continued |
|---|---|---|---|---|---|---|---|---|

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

## First Reprographics
Document Management Solutions

P.O. BOX 75249
LOS ANGELES, CA 90075
Phone: (415) 626-3111 Fax:(415) 626-1331
TAX ID: 75-3026537

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 90228 | August 31, 2009 | SF503514-01-01 |

Bill To:

**AIMEE LOGAN**
**COOLEY GODWARD KRONISH LLP**
**Five Palo Alto Square, 3000 El Camino Real**
**Palo Alto, CA 943060000**

Ordered by:

**AIMEE LOGAN**
**COOLEY GODWARD KRONISH LLP**
**Five Palo Alto Square, 3000 El Camino Real**
**Palo Alto, CA 943060000**

| Claim Number: | File Ref:: |
|---|---|
| Case No:  CV 09-02932 | Patient:  DRUVI ANTHONY JAYATILAKA |
| Court:  UNITED STATES DISTRICT COURT | SSN:  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 |
| Plaintiff:  DRUVI JAYATILAKA | DOB:  10/21/1969       DOI: |
| Defendant:  NATIONAL BOARD OF MEDICAL EXAMINERS | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Deposition Officer Fee | | | 52.50 |
| Pages | 84.00 | .29 | 24.36 |
| *Fuel Surcharge | 1.00 | 3.00 | 3.00 |

1620211

OK TO PAY
DATE: 10-15-09
CLIENT/MATTER #: 141551-205
TIMEKEEPER #: 2215
SIGNATURE: Omb

| | | | |
|---|---|---|---|
| Regarding: DRUVI ANTHONY JAYATILAKA at  DR. JAMES PRATTY, AMHA MEDICAL GROUP Torrance | | SUB-TOTAL | 79.86 |
| | | SALES TAX | 2.25 |
| This order is billed for work already performed.  A follow-up order has been created.  For details please contact our office.  Thank You. | | TOTAL DUE | $ 82.11 |

Thank you for choosing First Reprographics! For billing inquiries, please call Tel. (877) 591-9979.