# EXHIBIT D

# INVOICE

SUMMIT COURT REPORTING, INC.
1500 Walnut Street
Suite 1610
Philadelphia, PA 19102
Phone:(215) 985-2400  Fax:(215) 985-2420

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 33810 | 1/13/2010 | 12381 |
| Job Date | Case No. | |
| 12/18/2009 | | |
| Case Name | | |
| Jayatilaka v. National Board | | |
| Payment Terms | | |
| Net 30 Days or 1.5% interest charged. | | |

GREGORY C. TENHOFF, ESQUIRE
Cooley, Godward, Kronish, LLP
Five Palo Alto Square, 4th Floor
Palo Alto, CA 94306-2155

DEPOSITION TRANSCRIPT/INDEX OF:
　Catherine Farmer, Psy.D.                                                          233.30
DEPOSITION TRANSCRIPT/INDEX OF:
　George Litchford, Jr., Ph.D.                                                       68.25

ACCOUNTING
JAN 25 2010

TOTAL DUE >>>    $301.55

*** FREE MINI * FREE E-TRANSCRIPT ***

* Thank you. We appreciate your business! *
Call on Summit for all of your Deposition, Video & Videoconference needs... 24/7 worldwide service.
Terms: Payments in full due within 30 days of receipt of invoice. After 30 days, interest and/or late fees may accrue at 1.5%.

OK TO PAY
DATE: 1/19/10
CLIENT/MATTER #: 14151-205
TIMEKEEPER #: 0215
SIGNATURE: [signed]

KD

1640052

Tax ID: 23-2746102                                                    Phone: 650-843-5054   Fax:

*Please detach bottom portion and return with payment.*

---

GREGORY C. TENHOFF, ESQUIRE
Cooley, Godward, Kronish, LLP
Five Palo Alto Square, 4th Floor
Palo Alto, CA 94306-2155

Invoice No.  : 33810
Invoice Date : 1/13/2010
**Total Due** : **$ 301.55**

Remit To: **SUMMIT COURT REPORTING, INC.**
**1500 Walnut Street**
**Suite 1610**
**Philadelphia, PA 19102**

Job No.    : 12381
BU ID      : 1-MAIN
Case No.   :
Case Name  : Jayatilaka v. National Board

# AcuScribe Court Reporters, Inc.

*1601 Rio Grande, Suite 443*
*Austin, Texas  78701*
*FEDERAL ID NO. 38-3763119*
*(512)499-0277 / (512) 499-0298 fax / (800)497-0277*
*www.acuscribe.com*

MS. WENDY J. BRENNER                           January 26, 2010
COOLEY, GODWARD, KRONISH, LLP
FIVE PALO ALTO SQUARE, 4TH FLOOR               **Invoice#** 09-02036
3000 EL CAMINO REAL
PALO ALTO, CALIFORNIA  94306                   **Balance:**     $204.60

Re: DRUVI JAYATILAKA VS. NATIONAL BOARD OF MEDICAL EXAMINERS
    DR. NANCY L. NUSSBAUM
    *on* 12/09/09  *Billed* 12/22/09          <-- 35 Days Old!
    *by* STACI WILLIAMS, CSR

## *Invoicing Information*

Charge Description
ONE COPY OF THE ORAL DEPOSITION OF
DR. NANCY L. NUSSBAUM           $204.60

RECEIVED
JAN 29 2010
ACCOUNTING

OK TO PAY
DATE: 1/28/10
CLIENT/MATTER #: 141557-205
TIMEKEEPER #: 7200
SIGNATURE:

INVOICE DUE UPON RECEIPT

WE APPRECIATE YOUR BUSINESS!!!
Statewide Scheduling * Legal Video * Repository

RECEIVED
FEB 01 2010
ACCOUNTING

1641304

Please Remit  - - ->   Total Due:   $204.60

*Invoice due upon receipt in Travis County, Texas*
*AUSTIN    -    DALLAS    -    HOUSTON    -    SAN ANTONIO*

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor  
San Francisco, CA 94105  
Phone: (415) 357-4300  
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20095627 | 10/22/2009 | 2005-423253 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/08/2009 | LLA | CV 0902932 PA |

**CASE CAPTION**

Druvi Jayatilaka vs. National Board of Medical Examiners

**TERMS**

Immediate, sold FOB Merrill facility

Gregory C. Tenhoff  
Cooley Godward Kronish, LLP  
Five Palo Alto Square  
3000 El Camino Real  
Palo Alto, CA 94304

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Terrance Dushenko, Ph.D.          147 Pages @    6.25/Page     918.75
     EXHIBITS                        35 Pages @     .70/Page      24.50
     Reporter Certification                                       14.00
     Production and Code Comp                                     25.00
     Total Transcript I                                           40.00
     Delivery Local - Regular                                     30.00

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Druvi Jayatilaka, Vol. 1          165 Pages @    5.75/Page     948.75
     EXHIBITS                        27 Pages @     .70/Page      18.90
     Reporter Certification                                       14.00
     Production and Code Comp                                     25.00
     Total Transcript I                                           40.00
     Color Copies                                                  1.50

                                                TOTAL DUE >>>>   2,100.40
                                            AFTER 11/21/2009 PAY 2,205.42
```

OK TO PAY  
DATE: 10-29-09  
CLIENT/MATTER #: 141551-205  
TIMEKEEPER #: 2215  
SIGNATURE: See 15779

Do you have 1620821 you need transcribed? Count on Merrill for high-quality audio recording services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382                    (650) 843.5000   Fax (65) 857.0663

*Please detach bottom portion and return with payment.*

Gregory C. Tenhoff  
Cooley Godward Kronish, LLP  
Five Palo Alto Square  
3000 El Camino Real  
Palo Alto, CA 94304

```
Invoice No.:  20095627
Date       :  10/22/2009
TOTAL DUE  :  2,100.40
AFTER 11/21/2009 PAY : 2,205.42

Job No.    :  2005-423253
Case No.   :  CV 0902932 PA (CWx)
Druvi Jayatilaka vs. National Board
```

Remit To:   **LegaLink, Inc.**  
**File 70206**  
**Los Angeles, CA 90074-0206**

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20095629 | 10/22/2009 | 2005-423254 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/09/2009 | LLA | CV 0902932 PA |

**CASE CAPTION**

Druvi Jayatilaka vs. National Board of Medical Examiners

**TERMS**

Immediate, sold FOB Merrill facility

Gregory C. Tenhoff
Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94304

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Druvi Jayatilaka, Vol. 2                   55 Pages @      5.75/Page       316.25
        EXHIBITS                              16 Pages @       .70/Page        11.20
        Reporter Certification                                                 14.00
        Production and Code Comp                                               25.00
        Total Transcript I                                                     40.00
        Delivery Local - Regular                                               30.00

                                                   TOTAL  DUE  >>>>           436.45
                                              AFTER 11/21/2009 PAY            458.27
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

OK TO PAY
DATE: 10-24-09
CLIENT/MATTER #: 141551-205
TIMEKEEPER #: 2215
SIGNATURE: See 1st page

1620822

TAX ID NO.: 20-2665382

(650) 843.5000    Fax (65) 857.0663

*Please detach bottom portion and return with payment.*

Gregory C. Tenhoff
Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94304

Invoice No.: 20095629
Date        : 10/22/2009
TOTAL DUE   :     436.45
AFTER 11/21/2009 PAY : 458.27

Job No.  : 2005-423254
Case No. : CV 0902932 PA (CWx)
Druvi Jayatilaka vs. National Board

Remit To:  LegaLink, Inc.
           File 70206
           Los Angeles, CA 90074-0206

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor  
San Francisco, CA 94105  
Phone: (415) 357-4300  
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20095625 | 10/22/2009 | 2005-423252 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/07/2009 | LLA | CV 0902932 PA |

| CASE CAPTION |
|---|
| Druvi Jayatilaka vs. National Board of Medical Examiners |
| TERMS |
| Immediate, sold FOB Merrill facility |

Gregory C. Tenhoff  
Cooley Godward Kronish, LLP  
Five Palo Alto Square  
3000 El Camino Real  
Palo Alto, CA 94304

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Andrew Levine, Ph.D.                    189 Pages @      6.25/Page      1,181.25
        EXHIBITS                            156 Pages @       .70/Page        109.20
        Reporter Certification                                                 14.00
        Production and Code Comp                                               25.00
        Total Transcript I                                                     40.00
        Delivery Local - Regular                                               30.00
        Unedited ASCII (RT)                 168.00 Pages @   1.15/Page        193.20
        Color Copies                                                            1.50

                                        TOTAL DUE  >>>>               1,594.15
                                        AFTER 11/21/2009 PAY          1,673.86
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

1620823

OK TO PAY  
DATE: 10-29-09  
CLIENT/MATTER #: 14551-205  
TIMEKEEPER #: 2215  
SIGNATURE: see below

TAX ID NO.: 20-2665382

(650) 843.5000   Fax (65) 857.0663

*Please detach bottom portion and return with payment.*

Gregory C. Tenhoff  
Cooley Godward Kronish, LLP  
Five Palo Alto Square  
3000 El Camino Real  
Palo Alto, CA 94304

ok to pay  
Tenhoff 10/29/09

Invoice No.: 20095625  
Date       : 10/22/2009  
**TOTAL DUE** : 1,594.15  
AFTER 11/21/2009 PAY : 1,673.86

Job No.  : 2005-423252  
Case No. : CV 0902932 PA (CWx)  
Druvi Jayatilaka vs. National Board

Remit To: LegaLink, Inc.  
File 70206  
Los Angeles, CA 90074-0206

| | | | | | | |
|---|---|---|---|---|---|---|
| Cooley Godward Kronish LLP<br>101 California Street 5th floor<br>San Francisco, CA 94111-5800 | | | PA-13395 | Federal Express Invoice Details - Domestic<br>Sorted by account, invoice, subtotaled on reference. | | |
| ACCOUNT: 2490-8845-5 | INVOICE: 9-469-72412 | | INVOICE DATE: 01/18/10 | | REMIT: 253181 | |
| PIECES & WT LBS<br>TRACKING NUMBER<br>REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION<br>DELIVERY | SERVICES | CREDITS | CHARGES<br>COST |

REDACTED

| PIECES & WT LBS<br>TRACKING NUMBER<br>REFERENCE | SENDER INFORMATION | ZONE | RECIPIENT INFORMATION<br>DELIVERY | SERVICES | CREDITS | CHARGES<br>COST |
|---|---|---|---|---|---|---|
| 1  2#<br>7928-1597-7993<br>141551-205  141551.205 | Wendy Brenner<br>Cooley Godward Kronish LLP<br>3175 Hanover Street<br>PALO ALTO, CA 94304<br>Pick-up 01/12/10 | US<br>07 | AcuScribe Court Reporters<br>1601 Rio Grande St Ste 443<br>AUSTIN, TX 78701<br>Signed S.BURNS<br>Deliver 01/13/10 08:22 | Priority<br>514 Signature Direct<br>010 Fuel Surcharge<br>US  257 Discount - Earned<br>A1  185 Discount | | 27.30<br>3.00<br>0.61<br>(3.00)<br>(15.56)<br>$12.35 |