# EXHIBIT E

# INVOICE

**First Digital Solutions**

1517 West Beverly Blvd.
Los Angeles, CA 90026
Phone: (877) 591-9979 Fax:(213) 482-1129
TAX ID: 27-0311009

ACCOUNTING
OCT 2 1 2009

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 90228 | September 8, 2009 | FD500436-01-01 |

1631061

Bill To:
AIMEE LOGAN
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306

Ordered by:
AIMEE LOGAN
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306

ACCOUNTING
OCT 3 0 2009

| Claim Number: 141551-205 | | File Ref:: 141551-205 | |
|---|---|---|---|
| Case No: | | Patient: DRUVI JAYATILAK | |
| Court: None | | SSN: | |
| Plaintiff: KRUVI JAYATILAKA | | DOB: | DOI: |
| Defendant: THE NATIONAL BOARD OF MEDICAL EXAMIERS | | | |

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| On-Site Scanner Set Up | 1.00 | 150.00 | 150.00 |
| Images Scanned | 209.00 | .25 | 52.25 |
| Images Printed | 209.00 | .07 | 14.63 |
| Advanced Fees | 15.00 | 1.00 | 15.00 |
| Check Charge | 2.00 | 1.00 | 2.00 |

Please Approve/Identify
Name: Greg Scatwlf
Timekeeper No. 0215
Client or G/L No. 141551-205
Date: 10/25/09
Return to SF: Ruina Hartnett - 2658

Regarding: DRUVI JAYATILAK at DR. RERRANCE DUSHENKO HEALTH PSYCHOLOGY ASSOCIATES LONG BEACH

| | |
|---|---|
| SUB-TOTAL | 233.88 |
| SALES TAX | 6.19 |
| TOTAL DUE | $ 240.07 |

402-9007 Accts.
(213)

PABUEG @
First Legal Support .com

ics! For billing inquiries, please call Tel. (877) 591-9979.

AND RETURN WITH YOUR REMITTANCE

iber on payment receipt
t Reprographics

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 90228 | September 8, 2009 | FD500436-01-01 |

| TOTAL DUE: | $ 240.07 |
|---|---|

Bill To:
AIMEE LOGAN
COOLEY GODWARD KRONISH LLP
Five Palo Alto Square, 3000 El Camino Real
Palo Alto, CA 94306

Order#:FD500436-01/ARINV

# Invoice

Silicon Valley Digital Documents
4062 Fabian Way - Suite 5
Palo Alto, CA 94303
Phone # 650.493.7833 (SVDD)

| Date | Invoice # |
|---|---|
| 2/15/2010 | INV10-02036 |

**Bill To**
Cooley Godward Kronish LLP
Rich Nieva
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155

Name: *Rich Nieva*
Timekeeper No.: *13245*
Client/Matter No.: *141551-205*
Date: *3/17/10*

| Client Matter # | Project / Case Name | Account Rep. | Delivered | Terms |
|---|---|---|---|---|
| 141551-205 Druvi | see below | RG | 2/15/2010 | Net 15 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 474 | DigPrint.D | DRUVI JAYATILAKA V NATIONAL BOARD OF MEDICAL EXAMINERS<br>Blowbacks Grad D: Assembled with Tabs | 0.12 | 56.88T |
| 80 | Ind.tabs | Regular Index Tabs | 0.30 | 24.00T |
| 2 | Binder2.0 | 2" View/Spine-holder Binders | 15.50 | 31.00T |
|  |  | CA-Sales Tax | 9.25% | 10.35 |

*K - 62.14*
*M - 60.09*

RECEIVED
MAR 1 8 2010
ACCOUNTING

1650570

Thank you very much for the opportunity to serve you.

**Total** $122.23

**Silicon Valley Digital Documents**
4062 Fabian Way - Suite 5
Palo Alto, CA 94303
Phone # 650.493.7833 (SVDD)

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2010 | INV10-03047 |

| Bill To |
|---|
| Cooley Godward Kronish LLP<br>Rich Nieva<br>Five Palo Alto Square, 4th Floor<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155 |

| Client Matter # | Project / Case Name | Account Rep. | Delivered | Terms |
|---|---|---|---|---|
| **141551-205 Druvi J. v NBM** | | RG | 3/19/2010 | Net 15 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 240 | DigPrint.D | Blowbacks Grad D: Assembled | 0.12 | 28.80T |
| 1 | Color.prnt | Digital Color Printing | 0.90 | 0.90T |
| | | Druvi Jayatilaka v. National Board of Medical Examiners | | |
| | | CA-Sales Tax | 9.25% | 2.75 |

Name: Rich Nieva
Timekeeper No.: 13245
Client/Matter No.: 141551-205
Date: 3/20/10

RECEIVED
MAY 21 2010
ACCOUNTING

YE9 - 31.76
VAI - .99

1655618

Thank you very much for the opportunity to serve you.

| Total | $32.45 |
|---|---|

# Invoice

Silicon Valley Digital Documents
4062 Fabian Way - Suite 5
Palo Alto, CA 94303
Phone # 650.493.7833 (SVDD)

| Date | Invoice # |
|---|---|
| 3/17/2010 | INV10-03055 |

**Bill To**

Cooley Godward Kronish LLP
Rich Nieva
Five Palo Alto Square, 4th Floor
3000 El Camino Real
Palo Alto, CA 94306-2155

| Client Matter # | Project / Case Name | Account Rep. | Delivered | Terms |
|---|---|---|---|---|
| 141551-205 DruviJ v NBME | | RG | 3/17/2010 | Net 15 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 118 | DigPrint.D | Blowbacks Grad D: Assembled | 0.12 | 14.16T |
| 54 | Ind.tabs | Regular Index Tabs | 0.30 | 16.20T |
| | | CA-Sales Tax | 9.25% | 2.81 |

YET -15.46
YA( -17.71

Name: Rich Nieva
Timekeeper No.: 13245
Client/Matter No.: 141551-205
Date: 3/20/10

RECEIVED
MAY 2 1 2010
ACCOUNTING

1655624

**Total**  $33.17



# MAYO CLINIC

**Invoice**
****Reprint****

Page: 1
Date: 8/14/2009

Mayo Clinic
200 1st Street S.W.
Rochester, MN 55905

**Customer ID:** LAW   CA8435000
**Invoice Number:** 0000033198
Federal Tax ID: 41-6011702

**Sold To:**
Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155  USA

| Customer P.O. | Contact Name and Phone | | | |
|---|---|---|---|---|
| **Item** | **Description** | **Qty Shipped** | **Price** | **Amount** |
| Medical History, copies | | 26.000 | 1.18 | 30.68 |
| | LAST ITEM | | | |

Payment/Credit from Document:

OK TO PAY
DATE: 8-18-09
CLIENT/MATTER #: 14151-205
TIMEKEEPER #: 2215
SIGNATURE: _____

1590952

RECEIVED
AUG 2 0 2009
ACCOUNTING

AUG 17 2009

Druvi Jayatilaka, MC# 6-239-388

| | |
|---|---|
| Subtotal | 30.68 |
| Sales Tax | 2.22 |
| Payment/Credit Amount | 0.00 |
| Balance | 32.90 |

To help us process your payment, please return this stub with your payment. Please note your invoice number on the front of the check.
☐ If your address has changed, check the box and write your new address and phone number on the back of this stub.

Please remit payment to:
**Mayo Clinic**
**P.O. Box 4006**
**Rochester, MN 55903-4006**

| | | |
|---|---|---|
| Customer ID: | LAW | CA8435000 |
| Invoice Number: | | 0000033198 |
| Due Date: | | 8/29/2009 |
| Payment Due: | | 32.90 |

0000070852200000000032900000033198LAW